**Suffolkcountyny.gov**   Text Only Version   
Traducir pagina en Español

Select Language





**Rodney K. Harrison**
Police Commissioner



# Online Forms

To Download these forms you must have Acrobat Reader



[Click here to download free Acrobat Reader](#)

After downloading and printing applicable forms, please fill out and mail to:

Suffolk County Police Department Headquarters
30 Yaphank Ave Yaphank, NY 11980

Scroll to Bottom of Page for Multi-Language Forms

## PISTOL LICENSING BUREAU FORMS

| Title | Español | Description | Number of Pages |
|---|---|---|---|
| Applicant Questionnaire Instructions | Español | Print and follow these instructions for help in completing the Applicant Questionnaire (PDCS-4406-2h) | 2 |
| Applicant Questionnaire | Español | Used to make application for a pistol license [Fillable Online] (PDCS-4406n) | 2 |
| Automatic License Disapprovals | Español | List of reasons (PDCS-4020) | 1 |
| Business License Requirements | Español | Application Requirements (PDCS-4017) | 1 |
| Business License Renewal Requirements | Español | Business License Renewal Requirements (PDCS-4025) | 1 |
| Character Reference Affidavit | Español | Character Reference | 1 |
| Dealer/Gunsmith Applicant Questionnaire | Español | Dealer/Gunsmith Applicant Questionnaire (PDCS-4430b) | 2 |
| Employment License Requirements | Español | Employment License Application Requirements (PDCS-4018) | 1 |

| Employment License Renewal Requirements | Español | Employment License Renewal Requirements (PDCS-4019) | 1 |
| Guide to Obtaining a Suffolk County Pistol License | Español | Pistol License Renewal Instructions (PDCS-4425r) | 1 |
| NYS Dealer in Firearms and Gunsmith's Handbook | | A guide on the, rules, regulations, procedures, duties and responsibilities of a licensed dealer in firearms and/or gunsmith (PDCS-4006d) | 44 |
| Pistol License Handbook letter size | Currently Being Updated | Rules and regulations for pistol license holders (PDCS-4000o) | 38 |
| Private Investigator | Español | Requirements | 1 |
| Security | Español | Application Requirements (PDCS-4022) | 1 |
| Security Renewal | Español | Requirements (PDCS-4023) | 1 |
| Self Protection Worksheet | Español | Requirements | 1 |

## CENTRAL RECORDS FORMS AND REQUESTS

| Title | Español | Description | Number of Pages |
| --- | --- | --- | --- |
| Instructions For Criminal Record / Letter of Good Conduct | Español | Instructions for criminal record search and/or letter of good conduct | 1 |
| PDCS-5425.pdf | Español | Application for letter of good conduct | 1 |
| FOIL PDCS-5414e.pdf | Español | Application for access to public records | 1 |
| Electronic FOIL Request | Español | Application for access to public records | 1 |
| PDCS-5426.pdf | | Application for background check | 1 |

## PROPERTY BUREAU FORMS

| Title | Español | Description | Number of Pages |
| --- | --- | --- | --- |
| PDCS-4224 | Español | Transfer of Weapons Form | 1 |
| PDCS-4224-1 | Español | Transfer of Weapons- Continuation Form | 1 |
| PDCS-4227b | Español | Attestation For Release of Firearms | 1 |
| PDCS-4255 | Español | Release of Firearms Checklist | 3 |
| Release of Property | Español | Obtaining the Release of Property From the Property Section | 2 |

## COMMON FORMS

| Substance Use Disorder Treatment Referral List | Suffolk County Communities of Solution, Substance Use Disorder Treatment Referral List | | |