## SUMMONS RIDER

SUFFOLK COUNTY, New York, Police Commissioner RODNEY HARRISON, in his Official Capacity, MICHAEL KOMOROWSKI, Individually, ERIC BOWEN, Individually, WILLIAM SCRIMA, Individually, WILLIAM WALSH, Individually, THOMAS CARPENTER, Individually, JOHN DOES 1-5, Individually, and JANE DOES 1-5, Individually,

                                                Defendants.