

October 28, 2022

**VIA ECF**

Hon. Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Giambalvo v Suffolk County* 22 Civ. 04778 (GRB)(ST)

Dear Judge Brown,

    I represent the plaintiffs in the above-referenced matter.

    As the Court will see, the plaintiffs' First Amended Complaint (FAC) was filed just moments ago. The body of the FAC identifies Acting Superintendent of the New York State Police Steven Nigrelli as a named party in his official capacity, and the allegations therein seek corresponding injunctive relief.

    Before the proposed summons is filed, I am requesting permission to amend the caption of the First Amended Complaint to include "Steven Nigrelli in his Official Capacity."

    Thank you for the Court's consideration.

Very truly yours,


Amy L. Bellantoni