AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

ZACHARY GIAMBALVO, JOHN MOUGIOS,
SHANE MASHKOW, KEVIN MCLOUGHLIN,
MICHAEL MCGREGOR, FRANK MELLONI, and
RENAISSANCE FIREARMS INSTRUCTION, INC.
and all similarly situated individuals,

*Plaintiff(s)*

v.

SEE ATTACHED RIDER

*Defendant(s)*

Civil Action No. 22 Civ. 04778 (GRB) (ST)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Suffolk County, New York c/o Steve Bellone, County Executive, H. Lee Denison Building, 100 Veterans Memorial Highway, Hauppauge, New York 11788;
Police Commissioner Rodney Harrison, Suffolk County PD, 30 Yaphank Ave., Yaphank, NY
Michael Komorowski, Suffolk County PD, 30 Yaphank Ave., Yaphank, New York
Eric Bowen, Suffolk County PD, 30 Yaphank Ave., Yaphank, New York
William Scrima, Suffolk County PD, 2nd Precinct, 1071 Park Ave., Huntington, NY
William Walsh, Suffolk County Police Academy, 503 Wicks Road, Brentwood, NY
Thomas Carpenter, Suffolk County PD, 30 Yaphank Ave. Yaphank, NY

Steven Nigrelli, Acting Supt. NYSP, NYSP Headquarters, W.A. Harriman State Office Campus Bldg. 22, Albany, NY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Bellantoni Law Firm, PLLC
2 Overhill Road, Suite 400
Scarsdale, New York 10583
abell@bellantoni-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT

Date: 11/21/2022

*Jazmin Cubano*
*Signature of Clerk or Deputy Clerk*

**SUMMONS RIDER**   22-cv-04778-GRB-ST

SUFFOLK COUNTY, New York, Police Commissioner RODNEY HARRISON, in his Official Capacity, MICHAEL KOMOROWSKI, Individually, ERIC BOWEN, Individually, WILLIAM SCRIMA, Individually, WILLIAM WALSH, Individually, THOMAS CARPENTER, Individually, JOHN DOES 1-5, Individually, and JANE DOES 1-5, Individually, Acting Superintendent of the New York State Police STEVEN NIGRELLI, in his Official Capacity,

                                                                            Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 22 Civ. 04778 (GRB) (ST)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: