# AFFIDAVIT OF SERVICE

Index #: 2:22-cv-04778-GRB-ST
Date Filed: _____
Court Date: _____
Assigned Justice: _____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

File No.: _____

**Zachary Giambalvo, et al.**

vs.

**Suffolk County, et al.**

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF New York, COUNTY OF ALBANY SS.:

__James Perone__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On **Tuesday, November 22, 2022** at **1:43 PM**. at **1220 Washington Avenue, Building 22, Albany, NY 12236** deponent served the within **Summons in a Civil Action and First Amended Complaint for Declaratory and Injunctive Relief with Supporting Papers** on: **New York State Police Headquarters** **Defendant** therein named.

CORPORATION #1 [X] By delivering to and leaving with **Lynn Rundle, Program Aide, authorized to accept** and that deponent knew the person so served to be the authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

DESCRIPTION #2 [X] (use with #1, 2 or 3)
A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Female    Color of skin: White    Color of hair: Black    Age: 50 - 65 Yrs.    Height: 5' 4" - 5' 8"
Weight: 131 - 160 Lbs.    Other Features: _____

#3 WIT FEES [ ] $ ____ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#4 OTHER [ ]

Sworn to before me on this 22nd day of November 2022

Heather Morigerato
Notary Public, State of New York
No. 01MO6261464
Qualified in Albany County
Commission Expires May 14, 2024



James Perone

Job # S1885259