## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### EASTERN District of New York

Index Number: 22 CIV 04778 (GRB)(ST)

Date Filed: _____

Plaintiff:
**ZACHARY GIAMBALVO, ET AL.,**

vs.

Defendants:
**SUFFOLK COUNTY, ET AL.,**

For:
THE BELLANTINI LAW FIRM, PLLC
2 Overhill Road
Suite 400
Scarsdale, NY 10583

Received by States Process Serving to be served on **SUFFOLK COUNTY C/O STEVE BALLONE, COUNTY EXECUTIVE C/O SUFFOLK COUNTY ATTORNEY, 100 VETERANS MEMORIAL HIGHWAY, HAUPPAUGE, NY 11788.**

I, CARMELO FACCIOLI, being duly sworn, depose and say that on the **23rd day of November, 2022 at 2:00 pm**, I:

Served the above entity by delivering a true copy of the **CIVIL COVER SHEET, SUMMONS AND FIRST AMENDED COMPLAINT (WITH CORRECTED CAPTION)** to: **LAURA COLON** as **PRINCIPAL OFFICE ASST.** at the address of: **100 VETERANS MEMORIAL HIGHWAY, HAUPPAUGE, NY 11788**, who stated they are authorized to accept service for **SUFFOLK COUNTY**

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: WHITE, Height: 5'3", Weight: 150, Hair: BROWN, Glasses: Y

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

County of Suffolk State of New York:
Subscribed and Sworn to before me on the 28th day of November, 2022 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

ANDREA MOLODY
Notary Public, State of New York
No. 01MO6037166
Qualified in Suffolk County
Commission Expires Feb. 14, 20 26

_____
CARMELO FACCIOLI
Process Server

States Process Serving
13 Taylor Avenue
Cortlandt Manor, NY 10567
(914) 243-5817

Our Job Serial Number: GOT-2022004437
Ref: 2005550

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i