## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### EASTERN District of New York

Index Number: 22 CIV 04778 (GRB)(ST)

Date Filed: _____

Plaintiff:
**ZACHARY GIAMBALVO, ET AL.,**

vs.

Defendants:
**SUFFOLK COUNTY, ET AL.,**

For:
THE BELLANTINI LAW FIRM, PLLC
2 Overhill Road
Suite 400
Scarsdale, NY 10583

Received by States Process Serving to be served on **POLICE COMMISSIONER RODNEY HARRISON SCPD, 30 YAPHANK AVENUE, YAPHANK, NY 11980.**

I, Seth Korin, being duly sworn, depose and say that on the **23rd day of November, 2022 at 12:55 pm, I:**

Served the above entity by delivering a true copy of the **CIVIL COVER SHEET, SUMMONS AND FIRST AMENDED COMPLAINT (WITH CORRECTED CAPTION)** to: **CORRI STICKLEY** as **PARALEGAL** at the address of: **30 YAPHANK AVENUE, YAPHANK, NY 11980**, who stated they are authorized to accept service for **RODNEY HARRISON**

**Description** of Person Served: Age: 42, Sex: F, Race/Skin Color: WHITE, Height: 5'3", Weight: 130, Hair: BROWN, Glasses: Y

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

County of Suffolk State of New York:
Subscribed and Sworn to before me on the 30th day of November, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

ANDREA MOLODY
Notary Public, State of New York
No. 01MO6037166
Qualified in Suffolk County
Commission Expires Feb. 14, 20___

Seth Korin
PROCESS SERVER

States Process Serving
13 Taylor Avenue
Cortlandt Manor, NY 10567
(914) 243-5817

Our Job Serial Number: GOT-2022004440
Ref: 2005551