## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### EASTERN District of New York

Index Number: 22 CIV 04778 (GRB)(ST)　　　　　　　　　　　　Date Filed: _____

Plaintiff:
**ZACHARY GIAMBALVO, ET AL.,**

vs.

Defendants:
**SUFFOLK COUNTY, ET AL.,**

For:
THE BELLANTINI LAW FIRM, PLLC
2 Overhill Road
Suite 400
Scarsdale, NY 10583

Received by States Process Serving to be served on **MICHAEL KOMOROWSKI SCPD, 30 YAPHANK AVENUE, YAPHANK, NY 11980.**

I, Seth Korin, being duly sworn, depose and say that on the **23rd day of November, 2022 at 1:01 pm, I:**

served a PERSON OF **SUITABLE AGE AND DISCRETION** by delivering and leaving a true copy of the **CIVIL COVER SHEET, SUMMONS AND FIRST AMENDED COMPLAINT (WITH CORRECTED CAPTION)** with **OFFICER LOGAN, CO WORKER** at **30 YAPHANK AVENUE, YAPHANK, NY 11980**, the said premises being the defendant's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **CIVIL COVER SHEET, SUMMONS AND FIRST AMENDED COMPLAINT (WITH CORRECTED CAPTION)** in a postpaid envelope addressed to the defendant/respondent: MICHAEL KOMOROWSKI SCPD **30 YAPHANK AVENUE, YAPHANK, NY 11980** and bearing the words "Personal & Confidential" by First Class Mail on **11/29/2022** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** AT THE TIME OF SERVICE, DEPONENT ASKED WHETHER THE DEFENDANT/RECIPIENT IS IN ACTIVE MILITARY SERVICE FOR THE UNITED STATES OF AMERICA OR FOR ANY STATE IN THE UNITED STATE IN ANY CAPACITY WHATEVER OR DEPENDENT UPON A PERSON IN ACTIVE MILITARY SERVICE AND RECEIVED A NEGATIVE REPLY.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: WHITE, Height: 5'10", Weight: 150, Hair: BROWN/FROSTED, Glasses: N

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

County of Suffolk State of New York:
Subscribed and Sworn to before me on the 30th day of November, 2022 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

ANDREA MOLODY
Notary Public, State of New York
No. 01MO6037166
Qualified in Suffolk County
Commission Expires Feb. 14, 20_26_

_____
Seth Korin
PROCESS SERVER

States Process Serving
13 Taylor Avenue
Cortlandt Manor, NY 10567
(914) 243-5817

Our Job Serial Number: GOT-2022004441
Ref: 2005552

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i