# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN District of New York

Index Number: 22 CIV 04778 (GRB)(ST)                                    Date Filed: _____

Plaintiff:
**ZACHARY GIAMBALVO, ET AL.,**

vs.

Defendants:
**SUFFOLK COUNTY, ET AL.,**

For:
THE BELLANTINI LAW FIRM, PLLC
2 Overhill Road
Suite 400
Scarsdale, NY 10583

Received by States Process Serving to be served on **THOMAS CARPENTER SCPD, 30 YAPHANK AVENUE, YAPHANK, NY 11980.**

I, Seth Korin, being duly sworn, depose and say that on the **23rd day of November, 2022 at 1:01 pm,** I:

served a **PERSON OF SUITABLE AGE AND DISCRETION** by delivering and leaving a true copy of the **CIVIL COVER SHEET, SUMMONS AND FIRST AMENDED COMPLAINT (WITH CORRECTED CAPTION)** with **OFFICER LOGAN, CO WORKER** at **30 YAPHANK AVENUE, YAPHANK, NY 11980**, the said premises being the defendant's place of Work within the State of New York. Deponent completed service by mailing a true copy of the **CIVIL COVER SHEET, SUMMONS AND FIRST AMENDED COMPLAINT (WITH CORRECTED CAPTION)** in a postpaid envelope addressed to the defendant/respondent: **THOMAS CARPENTER SCPD 30 YAPHANK AVENUE, YAPHANK, NY 11980** and bearing the words "Personal & Confidential" by First Class Mail on **11/29/2022** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** AT THE TIME OF SERVICE, DEPONENT ASKED WHETHER THE DEFENDANT/RECIPIENT IS IN ACTIVE MILITARY SERVICE FOR THE UNITED STATES OF AMERICA OR FOR ANY STATE IN THE UNITED STATE IN ANY CAPACITY WHATEVER OR DEPENDENT UPON A PERSON IN ACTIVE MILITARY SERVICE AND RECEIVED A NEGATIVE REPLY.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: WHITE, Height: 5'10", Weight: 150, Hair: BROWN/FROSTED, Glasses: N

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

County of Suffolk State of New York:
Subscribed and Sworn to before me on the 30th day of November, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

ANDREA MOLODY
Notary Public, State of New York
No. 01MO6037166
Qualified in Suffolk County
Commission Expires Feb. 14, 20__

Seth Korin
PROCESS SERVER

States Process Serving
13 Taylor Avenue
Cortlandt Manor, NY 10567
(914) 243-5817

Our Job Serial Number: GOT-2022004443
Ref: 2005553

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i