## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### EASTERN District of New York

Index Number: 22 CIV 04778 (GRB)(ST)

Date Filed: _____

Plaintiff:
**ZACHARY GIAMBALVO, ET AL.,**

vs.

Defendants:
**SUFFOLK COUNTY, ET AL.,**

For:
THE BELLANTINI LAW FIRM, PLLC
2 Overhill Road
Suite 400
Scarsdale, NY 10583

Received by States Process Serving to be served on **WILLIAM SCRIMA SCPD 2ND PRECINCT, 1071 PARK AVENUE, HUNTINGTON, NY 11743.**

I, CARMELO FACCIOLI, being duly sworn, depose and say that on the **28th day of November, 2022 at 11:15 am**, I:

served a PERSON OF **SUITABLE AGE AND DISCRETION** by delivering and leaving a true copy of the **CIVIL COVER SHEET, SUMMONS AND FIRST AMENDED COMPLAINT (WITH CORRECTED CAPTION)** with **KATHLEEN GIARRAPUTO**, PRINCIPAL OFFICE ASSISTANT/CO-WORKER at **1071 PARK AVENUE, HUNTINGTON, NY 11743**, the said premises being the defendant's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **CIVIL COVER SHEET, SUMMONS AND FIRST AMENDED COMPLAINT (WITH CORRECTED CAPTION)** in a postpaid envelope addressed to the defendant/respondent: WILLIAM SCRIMA SCPD 2ND PRECINCT **1071 PARK AVENUE, HUNTINGTON, NY 11743** and bearing the words "Personal & Confidential" by First Class Mail on **11/29/2022** and placed in an official depository of the U.S.P.S. in the State of New York.

**Description** of Person Served: Age: 53, Sex: F, Race/Skin Color: WHITE, Height: 5'3", Weight: 165, Hair: BROWN, Glasses: Y

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

County of Suffolk State of New York:
Subscribed and Sworn to before me on the 29th day of November, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

ANDREA MOLODY
Notary Public, State of New York
No. 01MO6037166
Qualified in Suffolk County
Commission Expires Feb. 14, 20_26_

CARMELO FACCIOLI
Process Server

States Process Serving
13 Taylor Avenue
Cortlandt Manor, NY 10567
(914) 243-5817

Our Job Serial Number: GOT-2022004438
Ref: 2005555