UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ZACHARY GIAMBALVO, JOHN MOUGIOS,
SHANE MASHKOW, KEVIN MCLAUGHLIN,
MICHAEL MCGREGOR, FRANK MELLONI,
and RENAISSANCE FIREARMS INSTRUCTION,
INC., and all similarly situated individuals,

                Plaintiffs,

- against -

SUFFOLK COUNTY, New York, Police Commissioner
RODNEY HARRISON, in his Official Capacity, MICHAEL
KOMOROWSKI, Individually, ERIC BOWEN, Individually,
WILLIAM SCRIMA, Individually, WILLIAM WALSH,
Individually, THOMAS CARPENTER, Individually, JOHN
DOES 1-5, Individually and JANE DOES 1-5, Individually,
Acting Superintendent of the New York State Police
STEVEN NIGRELLI, in his Official Capacity,

                Defendants.
------------------------------------------------------------------------X

Case No.: 2:22-cv-04778

(Brown, J.)(Tiscione, M.J.)

      **PLEASE TAKE NOTICE,** that Defendant Steven Nigrelli, in his official capacity as Acting Superintendent of the New York State Police (the "Superintendent"), hereby appears in the above-captioned action, by and through his attorney, LETITIA JAMES, Attorney General of the State of New York, by Patricia M. Hingerton, Assistant Attorney General, of counsel, and requests that all communications be served upon her at the address listed below.

Dated:  Hauppauge, New York
        December 9, 2022

LETITIA JAMES
Attorney General of the State of New York
Attorney for the Superintendent

By:   /s/ *Patricia M. Hingerton*
PATRICIA M. HINGERTON
Assistant Attorney General
300 Motor Parkway, Suite 230
Hauppauge, New York 11788
Patricia.Hingerton@ag.ny.gov
(631) 231-2424

1