UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
ZACHARY GIAMBALVO, JOHN MOUGIOS,
SHANE MASHKOW, KEVIN MCLAUGHLIN,
MICHAEL MCGREGOR, FRANK MELLONI,
and RENAISSANCE FIREARMS INSTRUCTION,
INC., and all similarly situated individuals,

                          Plaintiffs,

              - against -

SUFFOLK COUNTY, New York, Police Commissioner
RODNEY HARRISON, in his Official Capacity, MICHAEL
KOMOROWSKI, Individually, ERIC BOWEN, Individually,
WILLIAM SCRIMA, Individually, WILLIAM WALSH,
Individually, THOMAS CARPENTER, Individually, JOHN
DOES 1-5, Individually and JANE DOES 1-5, Individually,
Acting Superintendent of the New York State Police
STEVEN NIGRELLI, in his Official Capacity,

                          Defendants.
----------------------------------------------------------------------X

Case No.: 2:22-cv-04778

(Brown, J.)(Tiscione, M.J.)

      **PLEASE TAKE NOTICE,** that Defendant STEVEN NIGRELLI, in his official capacity as Acting Superintendent of the New York State Police (the "Superintendent"), hereby appears in the above-captioned action, by and through his attorney, LETITIA JAMES, Attorney General of the State of New York, by ROBERT E. MORELLI, Assistant Attorney General, of counsel, and requests that all communications be served upon him at the address listed below.

Dated: Hauppauge, New York
       December 10, 2022

LETITIA JAMES
Attorney General of the State of New York
Attorney for the Superintendent

                         By:    */s/ Robert E. Morelli*
                                ROBERT E. MORELLI, Esq.
                                Assistant Attorney General
                                300 Motor Parkway, Suite 230
                                Hauppauge, New York 11788
                                Robert.Morelli@ag.ny.gov
                                (631) 231-2424

CC: Counsel of Record via ECF