UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ZACHARY GIAMBALVO, JOHN MOUGIOS,
SHANE MASHKOW, KEVIN MCLAUGHLIN,
MICHAEL MCGREGOR, FRANK MELLONI,
and RENAISSANCE FIREARMS INSTRUCTION,
INC., and all similarly situated individuals,

                       Plaintiffs,                22 Civ. 04778 (GRB)(ST)

  -against-

                                                              **DECLARATION OF**
SUFFOLK COUNTY, New York,                    **AMY L. BELLANTONI**
Police Commissioner RODNEY HARRISON,
in his Official Capacity, MICHAEL
KOMOROWSKI, Individually, ERIC BOWEN,
Individually, WILLIAM SCRIMA, Individually,
WILLIAM WALSH, Individually, THOMAS
CARPENTER, Individually, JOHN DOES
1-5, Individually and JANE DOES 1-5,
Individually, Acting Superintendent of the
New York State Police STEVEN NIGRELLI,
in his official capacity,
                       Defendants.
----------------------------------------------------------------x

       AMY L. BELLANTONI, declares pursuant to 28 U.S.C. § 1746 that:

       1.      I am the Principal of The Bellantoni Law Firm, PLLC attorneys for the plaintiffs in the above-captioned matter. I am admitted to practice law before the United States District Court for the Southern District of New York. I am also admitted to practice law before the United States District Courts for the Northern and Eastern Districts of New York and the District of Columbia, the Second Circuit Court of Appeals, and the United States Supreme Court.

       2.      I have personal knowledge of the facts set forth herein based upon a review of the file maintained by my office in this matter, research, and discussions with my clients and others having personal knowledge of the facts giving rise to this litigation and the instant application. If

called as a witness, I could and would testify competently to the truth of the matters set forth herein.

3. I submit this Declaration in support of Plaintiffs' motion for a preliminary and permanent injunction.

4. Attached hereto as Exhibit 1 is a true and accurate copy of the email from the New York State Police Pistol License Bureau dated August 6, 2022.

5. Attached hereto as Exhibit 2 is a true and accurate copy of the Suffolk County Police Department Licensing Bureau Guide to the Pistol License Process.

6. Attached hereto as Exhibit 3 is a true and accurate printout of the instructions for applying for a handgun license in Sullivan County.

7. Attached hereto as Exhibit 4 is a true and accurate printout of the instructions for applying for a handgun license in Chautauqua County.

8. Attached hereto as Exhibit 5 is a true and accurate printout of the instructions for applying for a handgun license in Erie County.

I declare the foregoing to be true and accurate under the penalty of perjury.

Dated: December 11, 2022

By: *Amy L. Bellantoni*

THE BELLANTONI LAW FIRM, PLLC
*Attorneys for Plaintiffs*

Amy L. Bellantoni (AB3061)
2 Overhill Road, Suite 400
Scarsdale, New York 10583
abell@bellantoni-law.com