**EXHIBIT  1**

| | |
|---|---|
| **From:** | KINZEL, EMMETT (TROOPERS) |
| **To:** | Amy L. Bellantoni |
| **Subject:** | RE: A few questions... |
| **Date:** | Saturday, August 6, 2022 12:46:28 PM |
| **Attachments:** | image004.png |

Amy,

1. Outside of NYC, the pistol permit application, PPB-3, is a standard form, approved by the Superintendent of the NYSP. Within the last 3 years the Superintendent has not approved any forms or questionnaires relating to the application of a NYS pistol permit, nor has any application for such document been submitted. The Superintendent does routinely review and approve the form of the pistol permit card submitted to him by the Licensing Officer (not what you were asking, provided as a side note).

2. All LE agencies and courts are assigned an ORI, these numbers are used in the identification of the agency/court in all phases of law enforcement. I'm not sure how they get assigned, I'll have to inquire and get back to you. They appear to use a standard format nationally then assigned specifically by the state, standby on that though.

Emmett

Emmett R. Kinzel
Technical Sergeant, Pistol Permit Bureau

**New York State Police**
1220 Washington Avenue
Building 22
Albany, NY 12226

(518) 464-7128 (office) | emmett.kinzel@troopers.ny.gov
(518) 464-7186 (fax)

www.troopers.ny.gov

---

**From:** Amy L. Bellantoni <abell@bellantoni-law.com>
**Sent:** Saturday, August 6, 2022 11:35 AM
**To:** KINZEL, EMMETT (TROOPERS) <EMMETT.KINZEL@troopers.ny.gov>
**Subject:** A few questions...

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Hello Sgt. Kinzel,

When you have a moment, I have a few questions:

1. Sec 400 solely authorizes the use of a pistol license application that has been approved by the NYSP Superintendent ("Blank applications shall, except in the city of New York, be approved as to form by the superintendent of state police.").

   My questions are: Excluding NYC, has NYSP approved any blank application forms and/or 'questionnaires' for use by any counties in NY other than the PPB 3? And, have any counties asked for approval of their forms and been denied (last 3 years)?

2. Some counties/sheriff offices upstate provide an ORI number for pistol license applicants to obtain their DCJS criminal history report by having their fingerprints run through the IdentoGo company rather than having to come into the sheriff's office or local PD to be fingerprinted.

   My last question is:   Do LE agencies automatically have an ORI or is the ORI being provided by the sheriff offices something they had to apply for? If the LE agency has to apply for an ORI, is that request made to the FBI or a NY state agency?

As always, thank you sincerely for your time and assistance,
Amy



**Amy L. Bellantoni**

**Phone**: 914.367.0090
**Fax**: 888.763.9761
www.bellantoni-law.com

2 Overhill Road, Suite 400
Scarsdale, NY 10583

*Need to chat?*
Calendly.com/bellantoni-law

*Si vis pacem para bellum*

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, may contain highly sensitive and confidential information. It is intended only for the individual(s) named. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.