**EXHIBIT   2**



**POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y.**
**PISTOL LICENSING BUREAU**
**30 YAPHANK AVENUE YAPHANK NEW YORK 11980**
PHONE: 631-852-6311  FAX: 631-852-6670  SUFFOLK COUNTY WEBSITE: www.suffolkcountyny.gov
OFFICE HOURS: MONDAY TO FRIDAY 9:00 AM TO 4:30 PM

**PDCS-4016**

## AN OVERVIEW OF THE PISTOL LICENSING PROCESS IN SUFFOLK COUNTY

The following is a guide to the procedure to apply for a New York State Pistol License issued by the Suffolk County Police Department. The Suffolk County Police Department's Pistol Licensing Bureau is located in the John L. Barry Police Headquarters building at **30 Yaphank Ave., Yaphank, NY, 11980**. A comprehensive handbook detailing the rules, regulations, laws, and procedures governing Suffolk County Pistol License holders, as well as answers to many frequently asked questions can be found here:

http://apps.suffolkcountyny.gov/police/forms/PDCS-4000.pdf

Additionally, many of the required forms can be found by clicking on the following link to the Suffolk County Police Department's website:

http://apps.suffolkcountyny.gov/police/onlineforms htm

New York State currently has 59 pistol licensing jurisdictions. Suffolk County is unique because it is the only county in the state that has two (2) separate licensing jurisdictions. The Suffolk County Police Commissioner is the Licensing Officer of the five (5) western towns; Babylon, Islip, Huntington, Smithtown and Brookhaven. The County Sheriff is the Licensing Officer for the remaining towns on the east end of Suffolk County. **If you are a resident of one (1) of the above referenced five (5) western towns of Suffolk County, please consult this guide if you are interested in applying for a pistol license.** For those Suffolk County residents residing in the Towns of **Southold**, **Shelter Island**, **Southampton**, **East Hampton**, or **Riverhead**, please direct all pistol license inquiries to the following address:

Suffolk County Sheriff's Office
Pistol Permits
100 Center Drive Riverhead, New York 11901
Phone 631-852-2233

Website: **http://www.suffolkcountyny.gov/sheriff/Home.aspx**

The Suffolk County Police Department's pistol licensing application process may be concisely summarized as follows:

- Applicants are urged to carefully read the provided list of automatic disqualifications and determine if any are applicable. If any are, the applicant need take no further action as they are ineligible to obtain a pistol license.
- The applicant must decide what type of license she/he desires. Descriptions of each license type are provided in this guide as well as in the Pistol License Information Handbook. Please note that applicants may apply for multiple types of licenses simultaneously, i.e. Sportsman, Business, etc.
- The Applicant Questionnaire must be completed in a thorough and legible manner. It is delivered in person or by U.S. mail to the Pistol Licensing Bureau in accordance with the instructions detailed herein. A check or money order in the amount of $10.00 payable to "S.C.P.D." must accompany the completed Applicant Questionnaire.
- Character references must be provided as detailed in this guide.
- The applicant's photographs and fingerprints are taken as detailed herein.
- The applicant must provide proof of residence as detailed herein.
- The applicant must provide proof of employer as detailed herein.
- The applicant must provide proof of identity as detailed herein.
- The Pistol Licensing Bureau schedules an interview with the applicant. The applicant must present a **money order** in the amount of $88.25 payable to "S.C.P.D." to the Pistol Licensing Bureau at the time of this interview.
- The Pistol Licensing Bureau conducts an investigation in order to determine the applicant's suitability to possess a pistol license.

A more detailed explanation of the pistol license application process follows.

## AUTOMATIC PISTOL LICENSE DISQUALIFIERS PURSUANT TO NEW YORK STATE LAW

License applications will automatically be disapproved for the following reasons:

**1.** Failing to indicate on the application that the applicant has been confined to any hospital or institution, public or private for mental illness.

**2.** Being convicted anywhere of a felony or serious offense.

## SERIOUS OFFENSES, AS DEFINED BY §265.00 (17) OF THE NYS PENAL LAW, ARE AS FOLLOWS:

### PRESENT PENAL LAW

| | |
|---|---|
| 120.45 | Stalking in the fourth degree |
| 120.50 | Stalking in the third degree |
| 125.60 | Issuing abortional articles. |
| 130.00 | Offenses defined in Art. 130. (Sec Offenses), sections 130.20 Sexual Misconduct; Rape, all degrees; Consensual Sodomy; Sodomy, all degrees; Sexual Abuse, all degrees; Aggravated Sexual Abuse, all degrees; Course of Sexual Conduct Against a Child, all degrees. |
| 140.45 | Possession of Burglar's Tools. |
| 165.25 | Jostling |
| 165.30 | Fraudulent Accosting |
| 165.40 | Criminal Possession of Stolen Property 3rd. |
| 220.00 | Criminal Possession of a Controlled Substance, all degrees; Criminal Sale of a Controlled Substance, all degrees, Criminal Sale of a Controlled Substance in or Near School Grounds, Criminal Possession Hypodermic Instrument; Criminal Injection of a Narcotic Drug; Criminally Using Drug Paraphernalia, all degrees; Criminal Possession of Precursors of Controlled Substances; Criminal Sale of a Prescription for a Controlled Substance. |
| 230.40 | Promoting Prostitution 3rd; |
| 235.00 | Obscenity, and related offenses defined in section 235, sections 235.05 Obscenity 3rd; 235.06 2nd; 235.07 1st; 235.10 Obscenity; presumptions; 235.15 Obscenity or disseminating indecent material to minors 2nd; 235.21 Disseminating indecent material to minors 2nd; 235.22 1st; |
| 240.35.3 | Loitering - public place for engaging, or soliciting to engage with another, in deviate sexual intercourse or other sexual behavior of a deviate nature. |
| 260.10 | Endangering the Welfare of a Child. |
| 265.01 | Criminal Possession of a Weapon 4th; - Possesses any firearm, electronic dart gun, gravity knife, switchblade knife, pilum ballistic knife, cane sword, billy, blackjack, bludgeon, metal knuckles, chuka stick, sand bag, sandclub, wrist-brace type slingshot or slungshot, shirken or "Kung Fu star.  265.01 sub.2 Criminal Possession of a weapon 4th; - Possession with intent to use against another, dagger, dangerous knife, dirk, razor, stiletto, imitation pistol.  400.00.11 |

For the purposes of section 400.00, the term Serious Offense shall include a willful failure to obey a lawful Order of Protection issued under article eight of the Family Court Act or section 530.12 of the Criminal Procedure Law, where such willful failure involves the infliction of serious physical injury, or the use or threatened use of a deadly weapon or dangerous instrument.

### OLD PENAL LAW - PRIOR TO SEPTEMBER 1, 1967

| | |
|---|---|
| 33 | Public Health Law relating to narcotic drugs which was defined as a misdemeanor by section 1751a. |
| 33A | Public Health Law relating to depressant and stimulant drugs defined as a misdemeanor by section 1747b. |
| 106 | Sodomy or rape which was designated as a misdemeanor. |
| 235.20 | Disseminating indecent material to minors. (old 484 sub. h). |
| 405 | Unlawful entry of a building. |
| 408 | Making or Possession of Burglar Instruments. |
| 483 | Endangering life or health of a child. |
| 483 sub.b | Carnal abuse of child over 10 and under 16 years of age. |

690         See Art. 106.

## OLD PENAL LAW - PRIOR TO SEPTEMBER 1, 1967 (continued)

722 sub.6    Disorderly Conduct (Jostling.)
722 sub.8    Disorderly Conduct (Loiters for purpose of committing a crime against nature or other lewdness.)
1308         Buying or Receiving Stolen Property.
1696         Aiding Escape From Prison.
1751 sub.a   See Art. 33
1747 sub.b   See Art. 33A
1897 sub.1   Illegally using, carrying or possessing a pistol or other dangerous weapon.

**3.**    Having had a license revoked or being under a suspension or ineligibility order issued pursuant to the provisions of section 530.14 of the Criminal Procedure Law (Mandatory and permissive suspension of firearms license and issuance of temporary order of protection by the courts pursuant to subdivision one of section 530.12 or subdivision one of section 530.13) or section 842(a) of the Family Court Act (court order of protection).

**4.**    Having been involuntarily committed to a facility under the jurisdiction of an office of the Department of Mental Hygiene pursuant to article nine or fifteen of the Mental Hygiene Law, article seven hundred thirty or section 330.20 of the Criminal Procedure Law, section four hundred two or five hundred eight of the Correction Law, section 322.2 or 353.4 of the Family Court Act, or having been civilly confined in a secure treatment facility pursuant to article ten of the Mental Hygiene Law.

**5.**    Having had a guardian appointed pursuant to any provision of state law, based on a determination that as a result of marked subnormal intelligence, mental illness, incapacity, condition or disease, an individual lacks the mental capacity to contract or manage his or her own affairs.

## AUTOMATIC PISTOL LICENSE DISQUALIFIERS PURSUANT TO FEDERAL LAW

**1.**    Being convicted of a misdemeanor crime of domestic violence.
**2.**    Being a fugitive from justice.
**3.**    Being an unlawful user of or addicted to any controlled substance.
**4.**    Being an alien who is illegally or unlawfully in the United States.
**5.**    Having been discharged from the Armed Forces under dishonorable conditions.
**6.**    Being an individual who, having been a citizen of the United States, has renounced his citizenship.
**7.**    Being subject to a court order that:

**(A)**    Was issued after a hearing of which such person received actual notice, and at which such person has an opportunity to participate;
**(B)**    Restrains such person from harassing, stalking, or threatening an intimate partner of such person or child of such intimate partner or person, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child; and
**(C)**    (i) Includes a finding that such person represents a credible threat to the physical safety of such intimate partner or child, or
(ii) By its terms explicitly prohibits the use, attempted use, or threatened use of physical force against such intimate partner or child that would reasonably be expected to cause bodily injury.

## DOMESTIC VIOLENCE

Federal Law prohibits anyone from possessing firearms or ammunition if they are, or have been convicted of a misdemeanor crime of domestic violence. The term misdemeanor crime of domestic violence means "any offense defined as a State or Federal misdemeanor, whether or not explicitly described in a statute as a crime of domestic violence, which has, as its factual basis, the use or attempted use of physical force, or the threatened use of a deadly weapon, committed by the victim's current or former domestic partner, parent or guardian." The term, "convicted" is generally defined in the statute as excluding anyone whose conviction has been expunged or been set aside, or anyone who has received a pardon.

3

## ADDITIONAL REASONS FOR DISAPPROVAL

**The lack of an "automatic bar" in your background does not guarantee the issuance or renewal of a pistol license. There are many other factors that are considered in the investigation into an individual's qualification to possess a pistol license. Reasons for disapproval, other than the above referenced automatic bars include, but are not limited to:**

1. Having had a pistol license revoked in the last five years.
2. Falsification of any part of the application or accompanying paperwork.
3. The concealment or omission of any information during the application process.
4. A lack of truthfulness on the application and any accompanying paperwork.
5. If the director of community services or his or her designee has made a report pursuant to section 9.46 of the Mental Hygiene Law indicating that the applicant, or a member of his/her household is likely to engage in conduct that would result in serious harm to self or others.
6. Lack of good moral character.
7. Other good cause.

## CERTIFICATE OF RELIEF FROM DISABILITIES

On occasion, an applicant who was convicted for a felony or serious offense submits, pursuant to Correction Law Section 701, a certificate of relief from disabilities. This certificate neither requires nor prevents the issuance of a pistol license. The Penal Law, Sec. 400(1) provides that a pistol license may not be issued to a person who has been convicted of a felony or serious offense, but Correction Law Sec. 701 states that, once a certificate is granted, the conviction to which it relates may no longer be considered a conviction for purposes of that Penal Law provision. Thus, the certificate removes the absolute disqualification established for convicted persons in Penal Law Sec. 400(1). **This does not mean, however, that the license must be issued.** The applicant's background, including the conviction, may still be evaluated and considered in determining the applicant's qualification to possess a pistol license. The certificate must be checked off in box (C), and the details for box (C) must indicate, "For the purpose of obtaining a pistol license", Correction Law Section 701(3) states: A certificate of relief from disabilities shall not, however, in any way prevent any judicial, administrative, licensing or other body, board or authority from relying upon the conviction specified therein as the basis for the exercise of its discretionary power to suspend, revoke, refuse to issue or refuse to renew any license, permit or other authority or privilege.

If you do not fall into one, or more of the above referenced prohibited categories, you may submit a completed Applicant Questionnaire to the Suffolk County Police Department's Pistol Licensing Bureau in order to initiate the pistol license application process. The process for doing so is as follows:

## LICENSE TYPES

**(1) SPORTSMAN** – (Premise/Dwelling, Target and Hunting) – A Sportsman endorsement entitles a licensee to possess a firearm within his/her home for the purpose of home protection, at a designated firing range for the purpose of target shooting, and in the field while actively engaged in lawful hunting. Firearms may only be transported between your residence and an authorized target shooting range and/or a legal hunting area in New York State. For the purpose of hunting, you are reminded that you must also possess a valid New York State hunting license and comply with DEC hunting regulations.

**(2) BUSINESS** – Licenses which are issued for business carry purposes are limited to the concealed carrying of the firearm while in the normal course of business for which it was issued. A Business Endorsement will be issued only for a documented, legitimate business that, by the nature of the business is more prone to robbery than the general population. If you operate a business from a residence, you will be required to submit proof from the attorney's office of the local village, town or city government stating that the business is not prohibited by zoning or building codes. You must show proof of State and Federal Tax Certificates and a Suffolk County Business Certificate where appropriate.

The requirements for a Business Endorsement are available here:

http://apps.suffolkcountyny.gov/police/forms/Business%20Class%202%20Requirments.pdf

**(3) SECURITY** – **Prior to obtaining a Security Endorsement, you must first apply for and obtain a Sportsman License.** You must be working, in uniform, for a state licensed security company and reside within the five (5) western towns of Suffolk County. The company for which you work must be incorporated in the five (5) western towns of Suffolk, or Nassau County and must be registered with the Suffolk County Police Department Pistol Licensing Bureau. Forty-seven (47) hour and eight (8) hour training courses are required in order to qualify for a Security License. All individuals employed by a security company in an armed capacity must re-qualify with their weapon every twelve (12) calendar months. A copy of your most recent firearm training certificate must be submitted, by mail or in person, to the Pistol Licensing Bureau within ten (10) days of qualification.

The firearm may be carried only:

a) **WHILE ACTUALLY ENGAGED IN EMPLOYMENT**: The firearm may be carried while performing the duties for which the license was issued. This means that you may not carry the firearm at any other time, or for any employment not listed on the license. As the licensing agency, the Suffolk County Police Pistol Licensing Bureau will determine the purposes for which a handgun may be carried in the performance of your duties. These purposes cannot be changed or expanded by your employer without the authorization of the Pistol Licensing Bureau. Further, you are required to keep the Pistol Licensing Bureau informed of all current employers for whom the firearm will be carried.

b) **WHILE TRAVELING FROM RESIDENCE TO PLACE OF EMPLOYMENT**: The firearm may be carried from your residence directly to your place of employment or assignment for that day.

c) **WHILE TRAVELING FROM PLACE OF EMPLOYMENT BACK TO RESIDENCE**: The firearm may be carried from your place of employment directly to your residence.

When transporting the firearm between your residence and place of employment, it **may not** be carried openly.

Carrying a firearm outside of the above restrictions or, for an employer not listed on the license, or any unreasonable delay in responding to work and/or returning home, will equate to a violation of licensing restrictions and punitive action will result. Failure to qualify, or submit evidence of qualification will result in the removal of a security endorsement.

The requirements for a Security Endorsement are available here:

http://apps.suffolkcountyny.gov/police/forms/Security_Class3_Application_Reqs.pdf

**(4) EMPLOYMENT**- **Prior to obtaining an Employment Endorsement, you must first apply for and obtain a Sportsman License.** You must be working in an armed capacity for a town, village, or municipality located within the five (5) western towns of Suffolk County. Forty-seven (47) hour and eight (8) hour training courses are required. All individuals employed by a municipality in an armed capacity must re-qualify with their weapon annually. A copy of your most recent firearm training certificate must be submitted, by mail or in person, to the Pistol Licensing Bureau within ten (10) days of qualification.

The firearm may be carried only:

a) **WHILE ACTUALLY ENGAGED IN EMPLOYMENT**: The firearm may be carried while performing the duties for which the license was issued. This means that you may not carry the firearm at any other time, or for any employment not listed on the license. As the licensing agency, the Suffolk County Police Pistol Licensing Bureau will determine the purposes for which a handgun may be carried in the performance of your duties. These purposes cannot be changed or expanded by your employer without the authorization of the Pistol Licensing Bureau.  Further, you are required to keep the Suffolk County Police Department Pistol Licensing Bureau informed of all current employers for whom the firearm will be carried.

b) **WHILE TRAVELING FROM RESIDENCE TO PLACE OF EMPLOYMENT**: The firearm may be carried from your residence directly to your place of employment or assignment for that day.

c) **WHILE TRAVELING FROM PLACE OF EMPLOYMENT BACK TO RESIDENCE**: The firearm may be carried from your place of employment directly to your residence.

When transporting the firearm between your residence and place of employment, it **may not** be carried openly.

Carrying a firearm outside of the above restrictions or, for an employer not listed on the license, or any unreasonable delay in responding to work and/or returning home, will equate to a violation of licensing restrictions and punitive action will result. Failure to qualify, or submit evidence of qualification will result in the removal of an employment endorsement.

The requirements for an Employment Endorsement are available here:

**************************************************

**(5) AUXILIARY POLICE** – The firearm may only be carried while working assigned duties as an auxiliary police officer, while in uniform, with your auxiliary police unit, or traveling directly to or from your residence and your assigned post.

**(6) RETIRED LAW ENFORCEMENT OFFICER**

    A) **RETIRED PEACE OFFICER**- Full carry, valid throughout New York State, NOT including New York City.

    B) **RETIRED POLICE OFFICER**- Full carry, valid throughout New York State, including New York City.

    C) **RETIRED FEDERAL LAW ENFORCEMENT OFFICER**- Full carry, valid throughout New York State, including New York City.

**(7) SELF PROTECTION** - Full carry license, for the purpose of self-protection. If an individual is seeking a Self-Protection License, they will be required to show "proper cause" pursuant to Penal Law Section 400.00 Sub. 2(f). "Proper cause" is determined by a review of all relevant information bearing on their claimed need. They must show that they are exposed to extraordinary personal danger, documented by proof of recurrent threats to life or safety requiring authorization to carry a firearm.

These factors are not all inclusive, and the Police Commissioner and/or his/her designee will consider all evidence, including Suffolk County Police Department records when making a determination whether proper cause exists. It should be noted, however, the mere fact that they have been the victim of a crime or reside or are employed in a "high crime area" does not establish "proper cause" for the issuance of a self-protection license.

If a self-protection license is approved, the Suffolk County Police Pistol Licensing Bureau may withdraw that classification at any time if it finds proper cause no longer exists. Proper cause will have to be demonstrated by the licensee each time the license is renewed and at any time when requested by Licensing Bureau personnel. If proper cause is no longer proven, the license will be changed to a different classification.

The requirements for a Self-Protection License are available here:

http://apps.suffolkcountyny.gov/police/forms/SelfProtectionWorksheet.pdf

## APPLICANT QUESTIONNAIRE

The current Applicant Questionnaire is available here:

http://apps.suffolkcountyny.gov/police/forms/PDCS-4406m.pdf

## ***IMPORTANT***

**Incomplete Applicant Questionnaires, illegible Applicant Questionnaires, or Applicant Questionnaires with unacceptable character references will be <u>rejected</u> and returned to sender. Further, if any part of your Applicant Questionnaire is found to be untruthful, if significant information is omitted, or if written explanations/statements are found to be vague, your application will be DISAPPROVED.**

The Applicant Questionnaire must be prepared by typing or *clearly* printing in **BLACK OR BLUE INK ONLY**. Read these instructions before completing the Applicant Questionnaire in order to minimize errors. All questions **MUST** be answered. All questions are to be answered completely. If you answered *'Yes'* to any of questions #38 through #52, you **MUST** attach a *notarized statement* on paper sized 8½" x 11" explaining each answer(s) in **complete detail**. Applicant Questionnaires submitted without said statements will be rejected and returned to sender.

***FALSE STATEMENTS MADE IN NOTARIZED FORMS ARE PUNISHABLE AS A CLASS 'A' MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.***

## ARREST INFORMATION

If you have ever been **arrested**, **charged**, **indicted**, or received a **Field Appearance Ticket**, or **Criminal Summons**, you **must** indicate it on the Applicant Questionnaire, question #18. On the day of your interview, you will be required to submit a *Transcript of Record* from the Court of Record indicating the offense and disposition. Additionally, as indicated above, a *detailed notarized statement* describing the circumstances for each arrest must accompany your Applicant Questionnaire at the time of submission. *You must do this even if the case was dismissed, the record was sealed, or the case was nullified by Operation of Law*. The New York State Division of Criminal Justice Services will report to us **every** instance involving the arrest of an applicant. ***DO NOT RELY ON ANYONE'S REPRESENTATION THAT YOU NEED NOT LIST A PREVIOUS ARREST.*** New York State law provides the authority for the Licensing Officer to inquire into the facts underlying the arrest of an applicant, even if the arrest was terminated in his/her favor.

***FAILURE TO DISCLOSE AND LIST THE ABOVE INFORMATION WILL RESULT IN THE DISAPPROVAL OF YOUR APPLICATION. IF YOU HAVE ANY DOUBTS AS TO WHETHER A PARTICULAR EVENT WAS AN ARREST, YOU MUST ADVISE YOUR INVESTIGATOR OF THE INCIDENT IN QUESTION DURING YOUR INTERVIEW.***

## CHARACTER REFERENCES

Four (4) character references are required. The character references **MUST** be United States Citizens and residents of Suffolk County who have known the applicant for a minimum of one (1) year. References which are **UNACCEPTABLE** are as follows: relatives; either by blood or marriage, active law enforcement officers, husband and wife combinations, or any two (2) or more members of the same family or household. The references chosen **must sign** the Questionnaire in the appropriate area. Additionally, the character references listed on the Applicant Questionnaire will be required to complete a Character Reference Affidavit which **must** be signed in front of a Notary Public. Character Reference Affidavit forms are available here:

http://apps.suffolkcountyny.gov/police/forms/Character_Reference_Affidavit.pdf

## PHOTOGRAPHS

Applicants' photographs will be taken at the time of the interview.

## FINGERPRINTS

Applicants' fingerprints will be taken at the time of the interview.

## PROOF OF RESIDENCE

Applicants must present a voter registration card, utility bill, or tax bill at the time of the interview.

## PROOF OF EMPLOYER

Applicants must present a recent pay stub or current photo ID for any employer listed on the application at the time of the interview.

## IDENTIFICATION

Applicants must submit a copy of their *Birth Certificate* or valid *United States Passport*. If you were born in a foreign country and have become a United States citizen, you **must** produce *naturalization papers*. If you are a resident alien, you **must** bring your *Alien Registration Card.*

## PISTOL LICENSE CONSULTING FIRMS

This department has received complaints concerning misrepresentations and misleading information provided by various firms who indicate that they can assist you in receiving a pistol license or expedite your application. It is this Department's position that the utilization of these firms is unnecessary and that these application instructions are self-explanatory.

## FEES

A TEN DOLLAR ($10.00) check or money order for the pistol license application fee, made payable to "**S.C.P.D.**" must accompany your questionnaire**.** In addition, you must bring an EIGHTY-EIGHT DOLLARS and TWENTY-FIVE CENTS ($88.25) *MONEY ORDER* made payable to "**S.C.P.D.**" on the day of your interview. **No other type of payment will be accepted.** All fees are non-refundable.

## OTHER GENERAL INFORMATION

After completing the Applicant Questionnaire, you may deliver it in person, or by mail to the address listed below. *THE TEN-DOLLAR APPLICATION FEE MUST ACCOMPANY THE QUESTIONNAIRE.* A self-addressed stamped envelope must accompany any request by mail that requires a reply. Following receipt of the questionnaire, an investigator will contact you to schedule an interview appointment.

A complete guide to the application process, as well as answers to many frequently asked questions are available on the Suffolk County Police Department's website. If you have any questions concerning the Applicant Questionnaire or application process that were not answered by utilizing these resources, you can contact the Pistol Licensing Bureau at (631) 852-6311 and someone will assist you.

In the event that your application for a pistol license is disapproved, you will be entitled to appeal that decision by requesting a legal review. Please note that the review of our decision will be limited to determining whether the Licensing Bureau was arbitrary and capricious and whether substantial evidence exists in the record to support the disapproval of your application.

**Personally deliver or mail the completed Applicant Questionnaire to:**

**SUFFOLK COUNTY POLICE DEPARTMENT**
**PISTOL LICENSING BUREAU/APPLICATION**
**30 YAPHANK AVENUE**
**YAPHANK, NEW YORK 11980**

**OFFICE HOURS: MONDAY - FRIDAY, 9:00 AM - 4:30 PM**

Visit us Online at:  **www.suffolkpd.org**

Crime Stoppers Confidential Tip Hotline: **1-800-220-TIPS**
Non-Emergencies Requiring Police Response: **(631) 852-COPS**



**POLICE DEPARTMENT COUNTY OF SUFFOLK**
*ACCREDITED LAW ENFORCEMENT AGENCY*
**PISTOL LICENSE APPLICANT QUESTIONNAIRE INSTRUCTIONS**
**PDCS-4406-2h**

# Instructions for completing the Applicant Questionnaire (PDCS-4406n Rev. 2)

**All Applicant Questionnaires must be typed or printed in black or blue ink ONLY. All questions must be answered clearly and completely. Incomplete or illegible Applicant Questionnaires will <u>NOT</u> be processed and will be returned to the applicant.**

## <u>Questions 1 - 11</u>

Please enter all requested information in the space provided.

## <u>Question 12</u>

Please indicate which of the following licenses you seek:

**SPORTSMAN** – Entitles a licensee to possess a firearm within his or her home for the purpose of home protection, at a firing range for the purpose of target shooting, and in the field while engaged in licensed hunting. Firearms may only be possessed outside your home while being transported between your home and an authorized firing range and/or a legal hunting area in New York State. For the purpose of hunting, you are reminded that you must also possess a valid New York State hunting license.

**BUSINESS** – Entitles a licensee to possess and carry a concealed firearm while in the normal course of the business for which it was issued. A Business License will be issued only for a documented, legitimate business that, by its nature is more prone to robbery than the general population. The specific documents required to apply for a Business License are listed in the Pistol License Handbook. (Please note, if you operate a business from a residence, you will be required to submit proof that such business is in compliance with applicable zoning and/or building codes.)

**SECURITY** – Entitles a licensee to possess and carry a firearm while working, in uniform, for a state licensed security company. Applicants must reside within the five (5) western towns of Suffolk County. The company for which you work must be incorporated in the five (5) western towns of Suffolk, or Nassau County and must also be registered with the Suffolk County Police Department Pistol Licensing Bureau. Specific documentation, training and range qualification requirements for the Security License are listed in the Pistol License Handbook. PLEASE NOTE: <u>Prior to obtaining a Security License, you must first apply for and obtain a Sportsman License.</u>

**EMPLOYMENT**– Entitles a licensee to work in an armed capacity for a town, village, or municipality located within the five (5) western towns of Suffolk County. Employment Licensees must re-qualify with their weapon annually and a copy of your most recent firearm training certificate must be submitted, by mail or in person, to the Pistol Licensing Bureau within ten (10) days of qualification. Specific documentation, training and range qualification requirements for the Employment License are listed in the Pistol License Handbook. PLEASE NOTE: <u>Prior to obtaining an Employment License, you must first apply for and obtain a Sportsman License.</u>

**AUXILIARY POLICE** – Entitles a licensee to possess and carry a firearm while working as a Suffolk County Auxiliary Police Officer, while in uniform, with your auxiliary police unit, or traveling directly to or from your residence and your assigned post.

**RETIRED LAW ENFORCEMENT OFFICER** –

RETIRED PEACE OFFICER- Full carry throughout New York State, **NOT** including New York City.

RETIRED POLICE OFFICER- Full carry throughout New York State, including New York City.

RETIRED FEDERAL LAW ENFORCEMENT OFFICER- Full carry throughout New York State, including New York City.

**SELF PROTECTION** ("Full Carry") - Entitles a licensee to possess and carry a concealed firearm for the purpose of self-protection. This license is only issued upon a showing of 'Proper Cause". As that term is defined under the law, applicants must show that they are exposed to **extraordinary** personal danger, documented by proof of recurrent threats to life or safety. PLEASE NOTE: the mere fact that an applicant has been the victim of a crime or resides, or is employed, in a "high crime area" does not in itself establish "Proper Cause" for the issuance of a Self-Protection License. The specific documents required to apply for a Self-Protection License are listed in the Pistol License Handbook.

**POLICE DEPARTMENT COUNTY OF SUFFOLK**
**PISTOL LICENSE APPLICANT QUESTIONNAIRE INSTRUCTIONS**

PDCS 4406-2h                                                         PAGE 2 OF 3

## Questions 13-17

Please provide the requested descriptive data.

## Question 18

Please indicate whether you have ever been arrested, and if so, enter that information in the boxes provided.  If you answer "yes" you must provide a separate, notarized statement explaining **each** arrest in detail (facts, dates, time, location and persons involved).

PLEASE NOTE:  If you have **ever** been arrested, charged, indicted, or issued a Field Appearance Ticket or Criminal Summons (other than a traffic/parking ticket) you must disclose and explain it.  On the day of your interview, you will be required to submit an official *Certificate of Disposition* from the Court of record, indicating the disposition of the arrest.

### *YOU MUST DISCLOSE SEALED ARRESTS!*

The law in New York State provides an exception to the sealing of arrest records when a defendant applies for a handgun license.  This means that the Licensing Bureau will be notified of every arrest in your history, no matter how minor it may have been or how long ago it may have occurred.  If you fail to disclose a sealed arrest your Application will be **DISAPPROVED**.

## Questions 19-33

Please provide the information requested.  If you require additional room, please attach a separate, signed and notarized sheet of paper.

## Question 34

Please list all persons who have lived at your residence during the past year.

## Question 35

Please indicate who will safeguard your handguns should you become incapacitated in any way.  The person you choose must be over the age of twenty-one (21), but does not need a pistol license.  This person must notify the Licensing Bureau immediately upon learning that you have become incapacitated or have died, and may only safeguard/possess your handguns for the purpose of immediately surrendering same to the Pistol Licensing Bureau.

## Question 36

Please enter the information requested regarding your four (4) chosen Character References. PLEASE NOTE:  Only qualified persons may serve as Character References.

**Qualifications**: Character References **must** be residents of Suffolk County who are twenty-one (21) or older and have known the Applicant for at least one (1) year.  Character References may **NOT** be related to the Applicant (by blood or marriage), nor may they be active law enforcement officers.  Only one member of a family or household may serve as a Character Reference for each Applicant.

## Questions 37-44

Please answer "yes" or "no" and provide additional information on a separately attached sheet of paper where necessary.

## Question 45

Please indicate whether you or anyone in your household has ever been evaluated for any mental health issues.  PLEASE NOTE: Mental health evaluation/treatment is NOT always an automatic bar under New York State or Federal Law; however, if you fail to fully disclose this information, your application will be **DISAPPROVED.**

**POLICE DEPARTMENT COUNTY OF SUFFOLK**
**PISTOL LICENSE APPLICANT QUESTIONNAIRE INSTRUCTIONS**

**PDCS 4406-2h**                                               **PAGE 3 OF 3**

After completing the Applicant Questionnaire and any additional attachments you may deliver it in person, or mail it to the address listed below.  A **check or money order** for ten dollars (**$10.00**) made payable to "S.C.P.D." must accompany your Applicant Questionnaire**.**

When you arrive for your in-person interview you will be fingerprinted and your License photo will be taken.  PLEASE BE SURE TO BRING THE FOLLOWING ITEMS WITH YOU:

New York State Driver License or Non-Driver Identification

Recent pay stub or employment identification

Original Birth Certificate or a valid U.S. Passport.  If you were born in a foreign country and have become a United States citizen, you must bring your naturalization papers. If you are a resident alien, you must bring your Alien Registration Card.

A voter registration card, utility bill, or tax bill to prove residency in Suffolk County

A *MONEY ORDER* made payable to "**S.C.P.D.**" for **eighty-eight dollars and twenty-five cents ($88.25)**.  **No other type of payment will be accepted other than a MONEY ORDER.**

Documentation supporting the types of License you wish to receive (employment verifications, business documents, etc.)

Additional information can be obtained by calling the Pistol Licensing Bureau at (631) 852-6311, or on the web at www.suffolkcountyny.gov/police/

# *FALSE STATEMENTS MADE ON THE APPLICATION FORM ARE PUNISHABLE AS CLASS 'A' MISDEMEANORS PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

---

### *IMPORTANT*
If any part of your Applicant Questionnaire is found to be untruthful, if important information is omitted, or if your written explanations/statements lack detail or are non-responsive, your application will be **DISAPPROVED.**

---

**Mail completed Applicant Questionnaire to:**

**SUFFOLK COUNTY POLICE DEPARTMENT**
**PISTOL LICENSING BUREAU/APPLICATION**
**30 YAPHANK AVENUE**
**YAPHANK, NEW YORK 11980**

**OFFICE HOURS: MONDAY - FRIDAY, 9:00 AM - 4:30 PM**

**Language Assistance is Available upon Request at No Cost**

---

Visit us Online at:  **www.suffolkcountyny.gov/police/**

Crime Stoppers Confidential Tip Hotline: **1-800-220-TIPS**          Non-Emergencies Requiring Police Response: **(631) 852-COPS**



# POLICE DEPARTMENT COUNTY OF SUFFOLK
*ACCREDITED LAW ENFORCEMENT AGENCY*
## PISTOL LICENSE APPLICANT QUESTIONNAIRE
**PDCS-4406n Rev. 2**

**PAGE 1 of 2**

| | |
|---|---|
| 1. Last Name: | 7. City and State of Birth |
| 2. First Name: | 8. Citizenship *(Country)*: |
| 3. Middle Name: | 9. Driver Lic/Non Driver I.D. number: |
| 4. Suffix: | 10. Alien Registration Number *(If applicable)* |
| 5. Date of Birth:   Male ☐   Female ☐ | 11. Marital Status: |
| 6. Social Security Number: | 12. Type of License You Are Applying For: *(See Instructions Page 1)* |

**PHYSICAL DESCRIPTIVE DATA:**

13. HEIGHT *(FEET/INCHES)*          14. WEIGHT *(POUNDS)*          15. RACE

16. HAIR COLOR          17. EYE COLOR          18. ETHNICITY

---

18. Have you *ever* been arrested, summoned, charged or indicted *anywhere* for *any* offense?

YES ☐   NO ☐

*DO NOT RELY ON ANYONE'S REPRESENTATION*
*THAT AN ARREST WAS SEALED OR REMOVED FROM YOUR RECORD*

**If yes, furnish the following information:**          **YOU MUST DISCLOSE ALL SEALED ARRESTS!**

| DATE | POLICE AGENCY | CHARGE | DISPOSITION | COURT & DATE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

19. List all handguns in your possession *(if none, so indicate)*

| MANUFACTURER | MODEL | SERIAL # | CALIBER | PISTOL OR REV | PROPERTY OF |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 20. Current Employer | |
| 21. Employer Address | |
| 22. Occupation | |
| 23. Nature of Employment | 24. Business Phone |

**25. List all prior places of employment (include business name, address, nature of business and phone #)**

**26. PRESENT ADDRESS:** include House #, City, Village, Town, State (if other than New York), Zip Code, and Telephone # *(include mailing address if different)*

Address_____ City_____ State: <u>New York</u>   Zip Code_____

Home Telephone #_____ Alternate/ Cell Telephone#_____

Mailing Address_____

**POLICE DEPARTMENT COUNTY OF SUFFOLK**

**PISTOL LICENSE APPLICANT QUESTIONNAIRE** PDCS-4406n Rev. 2
**(CONTINUED)**

27. **List all prior places of residence** (*include street address, city, state, and zip code*)          **PAGE 2 OF 2**

28. Spouse/ Domestic Partner Name:                    D.O.B.:          Telephone #:
                                                                       Cell Phone #:

29. Your Maiden Name and all Previous Married Names (*if applicable*):          30. If Married, Your Spouse's Maiden Name:

31. Your Mother's Maiden Name (*Last, First*):     32. Your Father's Name (*Last, First*):     33. Any Other Name(s) You Have Used:

34. Members of your Household (*include person's Name, Phone# and relation to you*)

35. Name and address of person who will safeguard pistol (s) and notify the Pistol Licensing Bureau in case of Applicant's death or disability (*does not need to possess a pistol license*)

   Name:                                            Telephone:

   Address:

36. Give four (4) character references who can attest to your good moral character – **list references alphabetically and print clearly.** (**S**ee qualifications in instructions.)

| LAST, FIRST, MI | D.O.B. | STREET ADDRESS | CITY, TOWN | TELEPHONE |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| | | |
|---|---|---|
| 37. Have you ever been named in an Order of Protection (*respondent, petitioner or protected party*) | YES ☐ | NO ☐ |
| 38. Have you ever been terminated from any employment, or discharged from the military under other than honorable conditions? | YES ☐ | NO ☐ |
| 39. Have you ever undergone treatment for alcohol or drug use? | YES ☐ | NO ☐ |
| 40. Have you or any member of your household ever been committed to any facility for the treatment of mental illness? | YES ☐ | NO ☐ |
| 41. Have you ever held or applied for a pistol license, dealer's license, or gunsmith license? | YES ☐ | NO ☐ |
| If **"yes"** have you ever had such license revoked or cancelled, or an application for such license disapproved? | YES ☐ | NO ☐ |
| 42. Do you have any physical condition which could interfere with the safe and proper use of a handgun? | YES ☐ | NO ☐ |
| 43. Have you ever been charged, petitioned against, been a respondent or otherwise been involved in a proceeding in Family Court? | YES ☐ | NO ☐ |
| 44. Has anyone in your household ever been arrested for a crime? | YES ☐ | NO ☐ |
| 45. Have you, or any member of your household, **ever** been **evaluated** or **treated** for **any** mental health issues? | YES ☐ | NO ☐ |
| 46. Have you *ever* tried, used, possessed or sold controlled substances, marijuana or its derivatives, narcotics, tranquilizers, or anti-depressant medication? If any of these substances were prescribed to you by a doctor, provide that doctor's name, address, and phone number. | YES ☐ | NO ☐ |
| 47. Have you ever been denied appointment to a civil service position; federal, state, or local? | YES ☐ | NO ☐ |
| 48. Have you ever served in the military? | YES ☐ | NO ☐ |
| If yes, have you ever been charged under the Uniform Code of Military Justice? | YES ☐ | NO ☐ |
| 49. Have you ever had any license, including, but not limited to, a driver license, pistol license, or liquor license issued by any agency *denied, revoked, cancelled or suspended?* | YES ☐ | NO ☐ |
| 50. Have you received a traffic summons, or been arrested or convicted for any traffic infraction in the last *five (5) years*? If yes, please attach a list of the date(s), charge(s), police agency, court, and disposition. | YES ☐ | NO ☐ |

**FALSE STATEMENTS MADE ON THE APPLICATION FORM ARE PUNISHABLE AS CLASS 'A' MISDEMEANOR S PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.**

_____          _____
        **SIGNATURE OF APPLICANT**                    **DATE**