**EXHIBIT   3**







## meet your GOVERNMENT

## find a DEPARTMENT

## tools for BUSINESS

## tips for VISITORS

## find JOBS

How can we help? 🔍

# Information Guide: Pistol Permits

**Quick Links** +

## County Clerk

Pistol Permits

Services Provided

Pistol Permits

Services Offered During COVID-19

Online Records Search

Fees

Veterans FAVOR Card

DMV

Precious Metal & Gems Forms

NYS Firearms License-Public Records Exemption Form

## Helpful Links

Sullivan County 2023 Tentative Budget

NEW! Calendar of County Government Events

Info on Hughes Energy

How We're Using ARPA Funds

Make Your DMV Appointment

Watch Legislature Meetings

November/December 2022 County Manager's Newsletter

Listen "Let's Talk Sullivan" Podcast

Freedom of Information Law (FOIL)

Sullivan County 2021 Annual Report

Sullivan County 2022 Adopted Budget Executive Summary

Sullivan County 2022 Adopted Budget Detail

Food Pantry Guide

English

Expand

## Contact County Clerk



Pistol Permits

County Government Center
100 North Street, PO Box 5
Monticello, NY 12701

♦ View Map

**APPOINTMENTS REQUIRED**
For Pistol Permit Applications
Call: 845-807-0477 (Army)
or 845-807-0406 (Barb)







## Information Guide: Pistol Permits

On September 1st, 2022, new legislation regarding issuance of Handgun Licenses from New York went into effect. The new legislation changes the procedure and requirements for obtaining a Handgun License. We ask for your patience as we interpret the law and apply the changes to forms and procedures. Answers to frequently asked questions can be found by clicking HERE.

Please note that Concealed Carry Pistol Permit holders are now subject to recertification every three (3) years, and five (5) years for other types of licenses.

**NEW SERVICE - By appointment**
**EXPEDITED AMENDMENT PROCESSING**
(Excludes Co-registering, Restriction changes and Transfers)

$10.00 plus amendment fees

Make an appointment,

bring your purchase receipt,

proof of NYS Safe Act certification and ID,

And receive your new permit (card) while you wait.

Click Here for Instructions for Completing a Pistol Permit Application

Click Here for Amendments and Forms

Click Here for Co-Registering Form

**1. How do I get a pistol license application?**
Applications cannot be printed off website.

In person: with a $5.00 fee

By mail: Sullivan County Clerk, 100 North Street, Monticello, NY 12701. Mail requests must include an address, telephone number and an $8.00 fee (check or money order made out to Sullivan County Clerk).

**2. What are the requirements?**
You must reside in New York State, and apply in the county in which you reside.

**3. How old must I be?**
21 years of age to apply for a license and to also purchase a pistol or semi-automatic rifle.

**4. How much does it cost?**
There is a $5.00 fee to pick up the application via an appointment, there is an $8.00 fee to mail an application to you, a $10.00 processing fee for the Sullivan County Clerk and approximately a $125.00 fingerprint fee at the time of electronic fingerprinting.

**5. How long does it take to process?**
Approximately 12 to 12 months on average, but it may take longer for some applications.

**6. For what purpose can I obtain a pistol license?**
Target shooting, hunting, fishing, hiking, and camping.

**7. What if I want to upgrade my license?**
You can apply for an upgrade at the Sullivan County Clerk's Office, or fill out and sign this amendment form and mail or drop it off at our office. Upgrades will be granted at the discretion of the Judge.

**8. What if I've been convicted of a crime before?**
You must submit a certified copy of disposition.

**9. Must the character references on my application reside in Sullivan County?**
Yes, your character references must be a legal resident of Sullivan County or an adjoining county.

**10. For how long is the pistol license valid?**
There is no expiration date on New York State pistol licenses.

**11. Must I be a citizen of the United States to get a pistol license?**
No. But if you are not a U.S. citizen, you must submit 2 copies of your green card.

**12. When and where can I be fingerprinted?**
Fingerprints are now being electronically submitted. Call toll-free 877-472-6915, or go on-line at uenroll.identogo.com to make an appointment. When you call you will be required to give an ORI number and location. The ORI number is NY0520103 the location is Clerk-Pistol Permit Monticello, NY 12701.

**13. When and where can I get my pictures taken?**
Pictures may be taken at the location of your choice. You can take photos as well for a fee of $15.00.

**14. What should I do when I move, change my employer, or wish to buy or sell a pistol?**
Fill out and sign this form and mail or drop it off at our office.

**15. What if one of my pistols is stolen?**
If a pistol is stolen it must be reported to the Police and the Pistol License Office in the Sullivan County Clerk's Office.

**16. Can I co-register a pistol with another person?**
Yes, but it must be listed on your pistol license and is only allowed between immediate family members. Each Co-Registrant must fill out an amendment form. Also, the original owner of the gun needs to fill out a Co-Registering form (notarized). You can find these forms here. Once completed, mail or drop off completed forms to our office.

**17. How many pistols can I own?**
There is no limit to the number of pistols you can own. However, upon purchase of a 50th pistol, you must submit proof of a locked safe, and submit a sworn affidavit in this regard.

**18. Who should I call if I have further questions?**
Call the Pistol License Office in the Sullivan County Clerk's Office at (845) 807-0406/0477. The office is located at 100 North Street, Monticello, New York 12701. Office hours are Monday through Friday 9:00 am - 5:00 pm.

**19. How do I recertify my license under the NYS Safe Act?**
Under a recent change to New York State Law, people who have concealed carry permits are required to recertify their permit with the New York State Police every three (3) years.

No change has been made to the recertification requirements for premises restricted permits. People with these permits will continue to recertify with the State Police every five (5) years.

To help transition from the five year recertification requirement to the new three year requirement, anyone who had a concealed carry permit issued before September 1, 2020, will have until August 31, 2023, to recertify. In addition, those individuals who were issued a concealed carry permit or recertified after September 1, 2020, will not become due to recertify under the new law before August 31, 2023, and may therefore wish to recertify under the third year after permit issuance or their last recertification.

Recertification can only be done online. State Police will no longer accept paper forms.

It is your responsibility to recertify your permit whether you receive a notification letter or not. Failure to recertify within the required time shall act as a revocation of the permit.

Recertification can be submitted online at NYS Safe Act.

NYSP Pistol Permit Bureau can be contacted at 855-529-4867 for further information.



## Contact Sullivan County:

100 North Street
Monticello, NY 12701
Phone: (845) 794-3000
Contact Us

## Navigation

Government
Departments
Business
Visitors
Jobs

## County Connections



Select Language ▾

© 2022 Copyright Sullivan County. All rights reserved.