**EXHIBIT   4**

       

🔍 Search Site

      

# Chautauqua County

## Pistol Permit

The Pistol Permit office is instrumental in the record keeping of all Pistol Permit activity and files for the County. All pistol permit related transactions go through this office, with an original application being housed in the County Clerk's Office. New York State also receives a copy of the application, as well as one being kept in the Pistol Permit Office. Pistol Permits for Chautauqua County residents are under terms and regulations of NYS laws.

Once an applicant completes an application, pistol safety course & background investigation, final approval /denial of a permit is the decision of Supreme Court Judge Cass or County Court Judge Foley.

"Please do not call the pistol permit office to check on the status of your application. We have been overwhelmed with applications. We are currently issuing permits that were submitted 6-8 months ago."

## Please note that our process has changed!

## NO WALK-INS, APPOINTMENT ONLY

All gun transactions being done via mail and must include – receipt, copy of permit, copy of drivers license, $3.00 per gun per permit fee and self addressed stamped envelope.

All fingerprinting will be completed by IdentoGO - Applicants will no longer be fingerprinted at the Pistol Permit office.

You must be 21 years of age & be a resident of Chautauqua County to apply for a permit.

Applicants with an arrest within 5 years will be denied!

### Wondering what to expect?

Obtain a permit application packet by doing one of the following:
• Download the permit application and print it out
• Pick one up at the Pistol Permit office
• Request a packet be mailed by sending a self-addressed, STAMPED business-sized envelope (large enough to fit 8 ½" x 11" paper unfolded)

Take a pistol safe handling class

Make an appointment with IdentoGO and get fingerprinted – $102 fee & mandated NYS/FBI background check (to be paid directly to Identogo)

Complete entire application packet & follow the instructions carefully. Wait at least 48 hours after fingerprinting and make an appointment to be photographed & review your application with the Pistol Permit Clerk. The applicant will pay the final licensing fee - $30 County License fee payable to Chautauqua County Finance Director (cash, check or money order accepted)

Once the application is received, the background process begins. This involves an inquiry by local law enforcement, NYS & the FBI. At the conclusion of the investigation, the application is forwarded to the Licensing Judges for consideration

Once a permit is approved by a Licensing Judge, the Pistol Permit Office will mail the completed permit to the new permit holder. The permit holder may purchase a handgun and/or co-register with another permit holder after this is received

⭐ "Due to overwhelming number of questions regarding the new gun laws, we are asking for any questions be submitted to pistolpermit@sheriff.us and we will respond via email. ⭐

**Email Pistol Permit Office**

 Pistol Permit Tools

 Chautauqua Co. Sheriff's Office
Pistol Permit Division
3 North Erie Street
P.O. Box 128
Mayville NY 14757

**Click to see on a map**

Give us a call and we will be happy to help you! 716.753.4374

Office Hours:
Mon – Thurs
8:30am – Noon
1pm – 4pm

 **Download Application**

**Download Foil Exemption**

 IdentoGO

**Make Fingerprint Appt.**

 **Enter Instructor Portal**

## eMail the Pistol Permit Clerk

Name *          Message

Email *

Subject

**Send**

### PISTOL INSTRUCTION CLASS:
• You must have instruction in the safe handling of pistols
• Firearms Instructor must be certified & County approved
• Certificate must be turned in with the application
• Certificate expires after one (1) year

**Check on Safety Course Dates!**



🐦 Twitter Follow us ▶     📘 Facebook ▶

⬛⬛⬛⬛⬛⬛

About Your Sheriff
Academy
Accident Recon
Accident Reports
Accreditation
Address Markers
Administration
Alarm Law
Animal Abuse Registry
Bail
Boater Safety Courses
Booking
Chaplain
Child Seat Safety
Civil
Contact Us
Corrections
Corrections Academy

Court Phone List
Court Security
Crime Scene
Criminal Investigation
Crisis Negotiation Team
Designated Driver Program
Drug Drop Box
Drug Task Force
E911
Finance
Fire Investigation Team
Forensic Investigation Team
Form Library
Gun Safety
Hazardous Devices Team
History
Home
Incarcerated Individuals
Intelligence
Jail

Juvenile
K-9
Kitchen
Medical
Mounted
Marine Patrol
New Warrants
News
Patrol
Personnel Complaint
Pistol Permit
Pistol Permit Instructor Portal
Pistol Safety Course Calendar
Pistol Safety Courses
Prisoner Transports
Project Life Saver
Property Check Request
Records
RUOK? Elder Care
School Resource Officers

Sheriff's Welcome
Sex Offender Search
Snowmobile Laws
Snowmobile Patrol
Stop DWI
SWAT
Tech Safety
Tech Services
Ten Featured Wanted
Victim Impact Panel
Visits
Warrant Division
Warrant List
Warrant Tips
Welfare Fraud
WET





* Required Fields

Plea e enter your information below  Then click 'Next' to continue or 'Cancel' to e it

## Citizenship

**\* Country of Birth**

| -- Choose One -- ⌄ |
| --- |

**\* Country of Citizenship**

| -- Choose One -- ⌄ |
| --- |