# **EXHIBIT 5**

# Welcome to Erie County, NY
## Erie County Clerk Michael P. Kearns

Home | Newsroom | Auto Bureau | Land Records | Legal Records | Services | Pistol Permits | Business Center | Public Search | Clerk's Wellness

Erie County Clerk Michael P. Kearns » New Pistol Permit Application Process

# New Pistol Permit Application Process

The Pistol Permit New Application Process is a multi-step process that requires attention to detail. Please follow and read each step in the process carefully.

**Pistol Permit Process Overview**

1. You must be at least 21 years of age and a resident of Erie County.
2. You need to fill out the County PPA-4R (Rev 9/22) & the State PPB-3 (Rev 8/22) Applications. **(No Photo Copies)** Please Note: Your State PPB-3 Application MUST be notarized by a Notary Public or Commissioner of Deeds under "Jurat" on the back.
3. You must take a Handgun Safety Course (a DD-214 form is acceptable).
4. You can submit the applications to our office in person or by mail ( click here for details ).
5. You need to be fingerprinted **prior** to submitting your pistol permit application. Fingerprinting should be done no more than 30 days before submission if possible.
   - Book a fingerprint appointment at https://uenroll.identogo.com/workflows/151Z1G
   - or Call 1-877-472-6915
   - Our Service Code for getting printed is 151Z1G
   - Our ORI Number is NY931040Z
6. You will undergo various background checks by NYS, FBI and an interview by local police.
   - Please review the FBI Privacy Statement, Title 28 CFR 50.12 notice, applicant privacy rights, and agency privacy requirements
7. Your references must all be reachable and will also undergo various background checks and an interview.
8. Your application is then submitted to one of the Licensing Judges for consideration.
9. You will be notified by mail of your approval or denial.
10. If approved, you can then purchase and/or co-register a handgun.

**Obtaining an Application Packet**

- You may pick up the application packet in person in the Pistol Permit Office / Clerk's Administration Office.
- You may obtain an application packet by calling our office and requesting one be mailed to you.
- You can download the application packet digitally from our Forms & Resources section.

**Rules For Filling Out An Application Packet**

Filling out the required paperwork correctly can save a lot of time in the application process. Please read all the instructions carefully. The Application consists of 2 forms, The Erie County PPA-4R and the NYS PPB-3.

1. Please read the first page of the Erie County Application. It lists all the steps necessary to complete accurately.
2. The State Application PPB-3 form. **(No Photo Copies)**
3. Please get fingerprinted no more than 30 days before submission of your application.
4. Photos can be taken in the Pistol Permit Office when you turn in your completed application ($10) or can be taken anywhere passport photos are available.
5. Please include all Certificates of Disposition if you have ever been arrested. Failure to disclose any arrests will result in an immediate denial of your pistol permit.

**Rules for Character Reference**

The Erie County Pistol Permit Department works with numerous law enforcement agencies as part of the application process. Each police agency has its own requirements concerning acceptable references. Please note, the applicant must be aware of their city, town or village of RESIDENCE, (NOT mailing address), because their local police department is the agency, which will handle the background checks of the applicant and references. All four references MUST be contacted to process your application if one or more do not respond to repeated attempts by law enforcement it will result in a denial.

Below is a list of acceptable references, for each jurisdiction:

**AMHERST:** At least 2 references must live in Amherst, the other 2 may live anywhere in Erie County.

**EAST AURORA:** At least 2 references must live in East Aurora, the other 2 may live anywhere in Erie County.

The Erie County Pistol Permit Department CANNOT make exceptions to the above requirements; those must be made by an authorized person at the specific police department. Applicants who live in any other towns, villages and cities with either their own police agency or that are served by the Erie County Sheriff's Department, may use anyone in Erie County as a reference.

REGARDLESS OF POLICE AGENCY, NO REFERENCES CAN BE RELATIVES OF THE APPLICANT OR EMPLOYEES OF THE ERIE COUNTY SHERIFF'S DEPARTMENT.

THIS INFORMATION IS SUBJECT TO CHANGE AT ANY TIME, WITHOUT PRIOR NOTICE.

**What to bring when you come in to submit your Application**

1. Certificate of completing safe handling of firearms instruction from an NYS certified instructor dated no longer than five (5) years.
2. PPB-3 completed and notarized with four (4) references signed by all references.
3. PPA-4R completed with the same four (4) references as listed on the PPB-3.
4. A copy of your NYS Drivers License or Non-Drivers ID.
5. A copy of your Social Security Card or W-2 that lists your Social Security Number.
6. Documents required for a Business Protection Permit.
7. Proof of citizenship and/or immigration document(s) IF BORN OUTSIDE OF U.S.
8. Certificate of Dispositions for **ALL** arrests including **SEALED** cases and DWI (except traffic infractions).
9. Check or Money Order for $20 made out to "Erie County Clerk" for the application processing fee.

**Online Services**
- Auto Bureau Reservations
- Employment Opportunities
- E-Recording Land Records
- E-Filing Court Matters
- Renew Local
- Public Search
- Become A Registered User
- Add Funds to Escrow
- Escrow Account Portal

**Other Services**
- Auto Bureau
- Land Records
- Legal Records
- Hunting & Fishing Licenses
- Notary Information
- Passports
- Pistol Permits
- Starting a Business
- Veterans

**Frequently Requested**
- Public Search
- Record Request
- Records Kept by the County Clerk
- FAQ (Frequently Asked Questions)
- Approved Legal Publication List
- Schedule of Fees
- E-Filing Protocols
- Conveyance Form (Notice of Sale)

**Contact**
Phone: (716) 858-8785
Contact Us
Erie County Clerk's Office
92 Franklin Street
Buffalo, New York 14202
Contact Us & Hours
Auto Bureau Location & Hours
FOIL Request

ERIE.GOV | Site Map | Contact Us | Accessibility

Username: *   Password: *   Log in