**COUNTY OF SUFFOLK**



**STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. COHEN**  **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

January 4, 2023

Hon. Gary R. Brown, U.S.D.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Giambalvo v. County of Suffolk*
   CV22-4778 (GRB)(ST) 3716 (JS) (SIL)

Dear Judge Brown:

The Suffolk County Attorney's Office represents the County of Suffolk (sued herein as "Suffolk County, New York"), Michael Komorowski, Eric Bowen, William Scrima, William Walsh and Thomas Carpenter, defendants in this civil rights action pursuant to 42 U.S.C. § 1983.

Counsel for all parties have agreed to an extension of time to January 20, 2023 for County defendants and defendant Negrelli, Acting Superintendent of the N.Y. State Police, to respond to plaintiffs' motion for a preliminary injunction. Respectfully, we request that the Court grant the extension.

We thank the Court for its anticipated consideration of this request.

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney