# EXHIBIT 01

# THE LAWS AND LIBERTIES
# OF MASSACHUSETTS

REPRINTED FROM THE COPY OF THE 1648 EDITION IN

THE HENRY E. HUNTINGTON LIBRARY

*With an Introduction by*

MAX FARRAND

CAMBRIDGE:

HARVARD UNIVERSITY PRESS

1929

COPYRIGHT, 1929
BY HENRY E. HUNTINGTON LIBRARY AND ART GALLERY

PRINTED AT THE
HARVARD UNIVERSITY PRESS, CAMBRIDGE, MASSACHUSETTS, U.S.A.

THE
BOOK OF THE GENERAL
# LAUUES AND LIBERTYES
CONCERNING THE INHABITANTS OF THE MASSACHUSETS
*COLLECTED OUT OF THE RECORDS OF THE GENERAL COURT
FOR THE SEVERAL YEARS WHERIN THEY WERE MADE
AND ESTABLISHED,*

And now revised by the same Court and disposed into an Alphabetical order
and published by the same Authoritie in the General Court
held at *Boston* the fourteenth of the
first month *Anno*
1647.

*Whosoever therefore resisteth the power, resisteth the ordinance of God,
and they that resist receive to themselves damnation.* Romanes 13. 2.



*CAMBRIDGE.*
Printed according to order of the *GENERAL COURT.*
1648.

And are to be solde at the shop of *Hezekiah Usher*
in *Boston.*

THE
BOOK OF THE GENERAL
# LAUUES AND LIBERTYES
CONCERNING THE INHABITANTS OF THE MASSACHUSETS
*COLLECTED OUT OF THE RECORDS OF THE GENERAL COURT
FOR THE SEVERAL YEARS WHERIN THEY WERE MADE
AND ESTABLISHED,*

And now revised by the same Court and disposed into an Alphabetical order
and published by the same Authoritie in the General Court
held at *Boston* the fourteenth of the
first month *Anno*
1647.

*Whosoever therefore resisteth the power, resisteth the ordinance of God,
and they that resist receive to themselves damnation.* Romanes 13. 2.



*CAMBRIDGE.*
Printed according to order of the *GENERAL COURT.*
1648.

And are to be solde at the shop of *Hezekiah Usher*
in *Boston.*

## TO OUR BELOVED BRETHREN AND NEIGHBOURS
the Inhabitants of the Massachusets, the Governour, Assistants
and Deputies assembled in the Generall Court of that
Jurisdiction wish grace and peace in our
Lord Jesus Christ.

SO soon as God had set up Politicall Government among his people Israel hee gave them a body of lawes for judgement both in civil and criminal causes. These were breif and fundamental principles, yet withall so full and comprehensive as out of them clear deductions were to be drawne to all particular cases in future times. For a Common-wealth without lawes is like a Ship without rigging and steeradge. Nor is it sufficient to have principles or fundamentalls, but these are to be drawn out into so many of their deductions as the time and condition of that people may have use of. And it is very unsafe & injurious to the body of the people to put them to learn their duty and libertie from generall rules, nor is it enough to have lawes except they be also just. Therefore among other priviledges which the Lord bestowed upon his peculiar people, these he calls them specially to consider of, that God was neerer to them and their lawes were more righteous then other nations. God was sayd to be amongst them or neer to them because of his Ordnances established by himselfe, and their lawes righteous because himselfe was their Law-giver: yet in the comparison are implyed two things, first that other nations had somthing of Gods presence amongst them. Secondly that there was also somwhat of equitie in their lawes, for it pleased the Father (upon the Covenant of Redemption with his Son) to restore so much of his Image to lost man as whereby all nations are disposed to worship God, and to advance righteousnes: which appears in that of the Apostle Rom. 1. 21. They knew God &c: and in the 2. 14. They did by nature the things conteined in the law of God. But the nations corrupting his Ordinances (both of Religion, and Justice) God withdrew his presence from them proportionably whereby they were given up to abominable lusts Rom. 2. 21. Wheras if they had walked according to that light & law of nature they might have been preserved from such moral evils and might have enjoyed a common blessing in all their natural and civil Ordinances: now, if it might have been so with the nations who were so much strangers to the Covenant of Grace, what advantage have they who have interest in this Covenant, and may injoye the special presence of God in the puritie and native simplicitie of all his Ordinances by which he is so neer to his owne people. This hath been no small priviledge, and advantage to us in New-England that our Churches, and civil State have been planted, and growne up (like two twinnes) together like that of Israel in the Wildernes by which wee were put in minde (and had opportunitie put into our hands) not only to gather our Churches, and set up the Ordinances of Christ Jesus in them according to the Apostolick patterne by such light as the Lord graciously afforded us: but also withall to frame our civil Politie, and lawes according to the rules of his most holy word whereby each do help and strengthen other (the Churches the civil Authoritie, and the civil Authoritie the Churches) and so both prosper the better without such æmulation, and contention for priviledges or priority as have proved the misery (if not ruine) of both in some other places.

For this end about nine years since wee used the help of some of the Elders of our Churches to compose a modell of the Iudiciall lawes of Moses with such other cases as might be referred to them, with intent to make use of them in composing our lawes, but not to have them published as the lawes of this Jurisdiction: nor were they voted in Court. For that book intitled The Liberties &c: published about seven years since (which conteines also many lawes and orders both for civil & criminal causes, and is commonly (though without ground) reported to be our Fundamentalls that wee owne as established by Authoritie of this Court, and that after three years experience & generall approbation: and accordingly we have inserted them into this volume under the severall heads to which they belong yet not as fundamentalls, for divers of them have since been repealed, or altered, and more may justly be (at least) amended heerafter as further experience shall discover defects or inconveniences for Nihil simul natum et perfectum.

The

*The same must say of this present Volume, we have not published it as a perfect body of laws sufficient to carry on the Government established for future times, nor could it be expected that we should promise such a thing. For if it be no disparagement to the wisedome of that High Court of Parliament in England that in four hundred years they could not so compile their lawes, and regulate proceedings in Courts of justice &c: but that they had still new work to do of the same kinde almost every Parliament: there can be no just cause to blame a poor Colonie (being unfurnished of Lawyers and State[s]men) that in eighteen years hath produced no more, nor better rules for a good, and setled Government then this Hook holds forth: nor have you (our Brethren and Neighbours) any cause, whether you look back upon our Native Country, or take your observation by other States, & Common wealths in Europe) to complaine of such as you have imployed in this service; for the time which hath been spent in making lawes, and repealing and altering them so often, nor of the charge which the Country hath been put to for those occasions, the Civilian gives you a satisfactorie reason of such continuall alterations additions &c: Crescit in Orbe dolus.*

*These Lawes which were made successively in divers former years, we have reduced under severall heads in an alphabetical method, that so they might the more readilye be found; that the divers lawes concerning one matter being placed together the scope and intent of the whole and of every of them might the more easily be apprehended: we must confesse we have not been so exact in placing every law under its most proper title as we might, and would have been: the reason was our hasty indeavour to satisfie your longing expectation, and frequent complaints for want of such a volume to be published in print: wherin (upon every occasion) you might readily see the rule which you ought to walke by. And in this (we hope) you will finde satisfaction, by the help of the references under the severall heads, and the Table which we have added in the end. For such lawes and orders as are not of generall concernment we have not put them into this booke, but they remain still in force, and are to be seen in the books of the Records of the Court, but all generall laws not heer inserted nor mentioned to be still of force are to be accounted repealed.*

*You have called us from amongst the rest of our Brethren and given us power to make laws: we must now call upon you to see them executed: remembering that old & true proverb, The execution of the law is the life of the law. If one sort of you viz: non-Freemen should object that you had no hand in calling us to this worke, and therfore think yourselvs not bound to obedience &c. We answer that a subsequent, or implicit consent is of like force in this case, as an expresse precedent power: for in putting your persons and estates into the protection and way of subsistance held forth and exercised within this Jurisdiction, you doe tacitly submit to this Government and to all the wholesome lawes therof, and so is the common repute in all nations and that upon this Maxim. Qui sentit commodum sentire debet et onus.*

*If any of you meet with some law that seemes not to tend to your particular benefit, you must consider that lawes are made with respect to the whole people, and not to each particular person: and obedience is them must be yeilded with respect to the common welfare, not to thy private advantage, and as thou yeildest obedience to the law for common good, but to thy disadvantage: so another must observe some other law for thy good, though to his own damage; thus must we be content to bear anothers burden and so fulfill the Law of Christ.*

*That distinction which is put between the Lawes of God and the lawes of men, becomes a snare to many as it is misapplyed in the ordering of their obedience to civil Authoritie; for when the Authoritie is of God and that in way of an Ordinance Rom. 13. 1. and when the administration of it is according to deductions, and rules gathered from the word of God, and the clear light of nature in civil nations, surely there is no humane law that tendeth to commo[n] good (according to those principles) but the same is mediately a law of God, and that in way of an Ordinance which all are to submit unto and that for conscience sake. Rom. 13. 5.*

By order of the Generall Court.
INCREASE NOWEL
SECR.

---

## THE BOOK OF THE GENERAL LAUUES AND LIBERTYES CONCERNING &c:

FORASMUCH as the free fruition of such Liberties, Immunities, priviledges as humanitie, civilitie & christianity call for as due to everie man in his place, & proportion, without impeachmt & infringement hath ever been, & ever will be the tranquility & stability of Churches & Comon-wealths; & the deniall or deprivall therof the disturbance, if not ruine of both:

It is therefore ordered by this Court, & Authority therof, That no mans life shall be taken away; no mans honour or good name shall be stayned; no mans person shal be arrested, restrained, banished, dismembred nor any wayes punished; no man shall be deprived of his wife or children; no mans goods or estate shal be taken away from him; nor any wayes indamaged under colour of Law or countenance of Authoritie unles it be by the vertue or equity of some expresse law of the Country warranting the same established by a General Court & sufficiently published; or in case of the defect of a law in any particular case by the word of God. And in capital cases, or in cases concerning dismembring or banishmt according to that word to be judged by the General Court [1641]

### Abilitie.

*Lawlesse-cases & condemned persons may dispose of their estates*

All persons of the age of twenty one years, and of right understanding & memorie whether excomunicate, condemned or other, shall have full power and libertie to make their Wills & Testaments & other lawfull Alienations of their lands and estates. [1641] see children.

### Actions.

*where all actions shal be tryed*

All Actions of debt, accounts, slaunder, and Actions of the case concerning debts and accounts shal henceforth be tryed where the Plantiffe pleaseth; so it be in the jurisdiction of that Court where the Plantiffe, or Defendant dwelleth: unles by consent under both their hands it appeare they would have the case tryed in any other Court. All other Actions shal be tryed within that jurisdiction where the cause of the Action doth arise. [1642]

2 It is ordered by this Court & Authoritie therof, That every person impleading another in any court of Assistants, or County court shal pay the sum of ten shillings before his case be entred, unles the court see cause to admit any to sue in forma pauperis. [1642]

*Fees to 10 s.*

3 It is ordered by the Authority aforesaid, That where the debt or damage recovered shall amount to ten pounds in every such case to pay five shillings more, and where it shall amount to twenty pounds or upward there to pay ten shillings more then the first ten shillings, which sayd additions shall be put to the Iudgement and Execution to be levied by the Marshall and accounted for to the Treasurer. [1647]

*more 5 s. more 10 s.*

4 In all actions brought to any court the Plantiffe shall have liberty to withdraw his action or to be non-suted before the Jurie have given in their verdict; in which case he shall alwayes pay full cost and charges to the Defendant, and may afterward renew his sute at another Court. [1641] see Causes. see Records.

*Libertie to withdraw or be nonsuted.*

### Age.

It is ordered by this Court & the Authoritie therof, that the age for passing away of lands, or such kinde of hereditaments, or for giving of votes, verdicts or sentences in any civil courts or causes, shall be twenty one years: but in case of chusing of Guardions, fourteen years. [1641 1647]

*Full age and Age of discretion.*

### Ana-Baptists.

Forasmuch as experience hath plentifully & often proved that since the first arising of the Ana-baptists about a hundred years past they have been the Incendiaries of Common-wealths & the Infestors of persons in main matters of Religio, & the Troublers of Churches in most places where they have been, & that they who have held the baptizing of Infants ulawful, have usually held other errors or heresies together therwith (though as hereticks) use to doe they have concealed the same untill they espied a fit advantage and opportunity to vent them by way of question or scruple) and wheras divers of this

A 3

fourth day of the first month and the last fourth day of the eight month from year to year [1633 1634 1636 1638]

### Ferries.

*For setling all common ferries in a right course both for the Passengers and Owners, it is ordered by this Court and authoritie thereof;*

**Priviledge of Ferries.**
That whosoever hath a Ferry graunted upon any passage shall have the sole libertie for transporting passengers from the place where such Ferrie is graunted, to any other ferrie-place where ferrie-boats use to land, and any ferrie-boat that shall land passengers at any other Ferrie may not take passengers from thence if the ferrie-boat of the place be ready. Provided this order shall not prejudice the libertie of any that do use to passe in their own or neighbours cannooes or boats to their ordinary labour or busines.

**Men may passe in own or neighbours boat.**
**Double pay in the night. How Ferrymen may recover their pay. Magistr: and Dep: passage free:**
Also Ferrimen are allowed to take double pay at such common Ferries after day light is done, and those that make not present pay, being required, shall give their names in writing or a pawn to the Ferriman, or else he may complain if not before a Magistrate to get satisfaction. And it is ordered that all the Magistrates and such as are, or from time to time shall be chosen to serve as Deputies for the General Court, with their necessary attendants *viz:* a man and a horse at all times, during the time of their being Magistrates or Deputies (not their whole families) shall be passage-free over all Ferries.

**Payd by the Countrie for them & others 6.li. per ad:**
Provided where Ferries are appropriated to any, or rented out & so be out of the Countries hands their passage shall be paid by the Countrie. And the Ferrimen of Charls-River are allowed for the passage of the Magistrates, Deputies, Grand and petty Juriemen, prisoners; Keepers and Marshals, by agreement with them six pounds *per annum.* to be paid by the Treasurer.

*And whereas men doe passe over the common Ferries in great danger oftentimes, and the Ferrimen excuse themselves by the importunitie of passengers and want of law to inable them to keep due order touching passengers, its therfore heerby farther ordered;*

**Secur: passen:**
That no person shall presse or enter into any ferrie-boat contrary to the will of the Ferriman or of the most of the passengers first entred upon payn of ten shillings for every such attempt: and that everie Ferriman that shall permit and allow any person to come into his boat against the will of any of the Magistrates or Deputies or any of the Elders shipped in such boat or the greater part of the passengers in the said boat, shall forfeit for everie person so admitted or received against such their will so declared the

**Ferriman's power.**
sum of twentie shillings. And it shall be in the power of any of the Ferrimen to keep out or put out of his boat any person that shall presse, enter into, or stay in any such ferrie-boat contrary to this Order. And it is farther ordered that all persons shall be re-

**men shall pass as they come exc: publick persons &c:**
ceived into such ferrie-boats according to their comming, first or last, only all Publick persons or such as goe upon publick or urgent occasions, as Phisitians, Chirurgeons and Midwives and such other as are called to woemens labours, such shall be transported with the first. [1641 1644 1646 1647] *See Colledge.*

### Fines.

*Wheras divers persons indebted to the Countrie for publick Rates, & others for Fines who for avoiding payment sometime sell their houses and lands, and send away their goods to other Plantations, it is therfore ordered by the authoritie of this Court,*

**where no eft: in hold person attached.**
That the Treasurer shall graunt *Warrant* to the Marshall to attach the bodyes of such persons, & keep them til they make satisfaction; and all such persons as are to pay any fines if they have not lands or goods to be distreined shall have their bodyes attach-

**The court may dislch: from prison.**
ed to make satisfaction. Provided that any Court of Assistants or County Court may discharge any such person from imprisonment if they shall finde them indeed unable to make satisfaction. [1638]

### Fyre.

**In what cases he is kindling fire shal pay all damages**
It is ordered by this Court and the Authoritie thereof, that whosoever shall kindle any fyres in woods or grounds lying in common or inclosed, so as the same shall run into such corn grounds or inclosures; before the tenth of the first month or after the last of the second month, or on the last day of the week, or on the Lords day shall pay all damages and

---

and half so much for a Fine, or if not able to pay then to be corporally punished by *Warrant* from one Magistrate or the next County Court as the offence shall deserve, not exceeding twenty stripes for one offence. Provided that any man may kindle fyre in his own ground at any time, so as no damage come therby either to the County or

**and be fined to corporally punished**
any particular person. And whosoever shall wittingly and willingly burn or destroy

**Wilfull burning timber, &c: double damage**
any frame, timber hewed, sawn or ryven, heaps of wood, charcoal, corn, hay, straw, hemp or flax he shall pay double damages.

### Fish. Fisher-men.

UPON the petition of the Inhabitants of Marble-head *this Court doth heerby declare that howsoever it hath been an allowed custom for forreign fishermen to make

**Forr: Fishermens custome for timber &c:**
use of such Harbours and Grounds in this Countrie as have not been inhabited by English men, and to take timber and wood at their pleasure for all their occasions, yet in these parts which are now possessed and the lands disposed in proprietie unto severall towns and persons and that by his Majestyes graunt under the Great Seal of England,*

**not allowed.**
It is not now lawfull for any person either Fisherman or other, either Forreiner or of this Countrie to enter upon the lands so appropriated to any town or person, or to take any wood or timber in any such place without the licence of such town or Proprietor; and if any person shall trespasse heerin the Town or Proprietor so injured may take their remedie by Action at law, or may preserve their goods or other interrest by opposing lawfull force against such unjust violence. Provided that it shall be lawfull

**Lib: for our own fishermē**
for such Fishermen as shall be imployed by any Inhabitants in this Jurisdiction in the severall seasons of the year to make use of any of our Harbours and such lands as are neer adjoyning, for the drying of their fish or other needfull occasions, as also to have such

**upon due satisfaction.**
timber or fire-wood as they shall have necessary use of for their fishing seasons where it may be spared, so as they make due satisfaction for the same to such Town or Proprietor. [1646]

### Forgerie.

IT is ordered by this Court and Authoritie therof, That if any person shall forge any Deed or conveyance, Testament, Bond, Bill, Releaf, Acquittance, Letter of Attourny or any writing to pervert equitie and justice, he shall stand in the *Pillory* three severall Lecture dayes and render double damages to the partie wronged and also be disabled to give any evidence or verdict to any Court or Magistrate. [1646]

### Fornication.

IT is ordered by this Court and Authoritie therof, That if any man shall commit Fornication with any single woman, they shall be punished either by enjoyning to Marriage, or Fine, or corporall punishment, or all or any of these as the Judges in the courts of Assistants shall appoint most agreeable to the word of God. And this Order to continue till the Court take further order. [1642]

### Freemen, Non-Freemen.

WHERAS there are within this Jurisdiction many members of Churches who to exempt themselves from all publick service in the Common-wealth will not come in, to be made Freemen, is it therfore ordered by this Court and the Authoritie thereof,

**Who are compelable to publ: services**
That all such members of Churches in the severall towns within this Jurisdiction shall not be exempted from such publick service as they are from time to time chosen to by the Freemen of the severall towns; as Constables, Jurors, Select-men and Surveyors of high-wayes. And if any such person shall refuse to serve in, or take upon him any such Office being legally chosen therunto, he shall pay for every such refusall such Fine as the town shall impose, not exceeding twenty shillings as Freemen are lyable to in such cases. [1647]

### Fugitives, Strangers.

IT is ordered by this Court and Authoritie therof, That if any people of other nations professing the true Christian Religion shall flee to us from the tyrannie or oppression of their persecutors, or from Famine, Wars, or the like necessarie compulsarie

*Harboured.* compulsarie cause, they shall be entertained and succoured amongst us according to that power and prudence God shall give us. [1641]

## Gaming.

UPON complaint of great diforder by the use of the game called Shuffle-board, *in houses of common entertainment, wherby much pretious time is spent unfruitfully and much waste of wine and beer occasioned, it is therfore ordered and enacted by the Authoritie of this Court;*

*Shuffleboard penalties.*

That no person shall henceforth use the said game of Shuffle-board in any such house, nor in any other house used as common for such purpose, upon payn for every Keeper of such house to forfeit for every such offence twenty shillings: and for every person playing at the said game in any such house, to forfeit for everie such offence five shillings: Nor shall any person at any time play or game for any monie, or mony-worth upon penalty of forfeiting treble the value therof: one half to the partie informing, the other half to the Treasurie. And any Magistrate may hear and determin any offence against this Law. [1646 1647]

*No gaming for money an pen: of treble value.*

## Generall Court.

*Who have power to Reprive.*

IT is ordered, and by this Court declared that the Governour and Deputie Governour joyntly consenting, or any three Assistants concurring in consent shall have power out of Court to reprive a condemned malefactor till the next Court of Assistants, or Generall Court. And that the General Court only shall have power to pardon a condemned malefactor.

*to pardon.*

Also it is declared that the General Court hath libertie and Authoritie to send forth any member of this Common-wealth, of what qualitie and condition or office whatsoever into forrein parts, about any publick Message or negociation: notwithstanding any office or relation whatsoever. Provided the partie so sent be acquainted with the affairs he goeth about, and be willing to undertake the service.

*None free & forrein Ambassad, that accepts the service.*

*Major part in Gen: Court disolves or adjourn.*

Nor shall any General Court be dissolved or adjourned without the consent of the major part therof. [1641] *See Counsell, Courts.*

## Governour.

*A casting vote in the Governor and Presid: in Courts &c.*

IT is ordered, and by this Court declared that the Governour shall have a casting vote whensoever an equivote shall fall out in the Court of Assistants, or general Assemblie: so shall the President or Moderatour have in all civil Courts or Assemblies [1641] *See Gen: Court.*

## Heresie.

ALTHOUGH no humane power be Lord over the Faith & Consciences of men, and therfore may not constrein them to beleive or professe against their Consciences: yet because such as bring in damnable heresies, tending to the subversion of the Christian Faith, and destruction of the soules of men, ought duly to be restreined from such notorious impiety, it is therfore ordered and decreed by this Court;

That if any Christian within this Jurisdiction shall go about to subvert and destroy the christian Faith and Religion, by broaching or mainteining any damnable heresie; as denying the immortalitie of the Soul, or the resurrection of the body, or any sin to be repented of in the Regenerate, or any evil done by the outward man to be accounted sin: or denying that Christ gave himself a Ransom for our sins, or shall affirm that wee are not justified by his Death and Righteousnes, but by the perfection of our own works; or shall deny the moralitie of the fourth commandment, or shall indeavour to seduce others to any the heresies aforementioned, everie such person continuing obstinate therin after due means of conviction shall be sentenced to Banishment. [1646]

*Banishment.*

## Hydes & Skins.

*Raw hides.*

WHERAS some persons more seeking their own private advantage then the good of the publick doe transport raw hydes & pelts, it is ordered and by this Court enacted, That henceforth no person shall deliver aboard any ship or other vessel, directly or indirectly any raw hyde, skin, pelt or leather unwrought with intent to have the same

same transported out of this Jurisdiction upon pain to forfeit the same or the value therof. And that no Master of any ship or vessel shall receive any raw hyde, skin, pelt, or leather unwrought directly or indirectly, aboard his ship or vessel to be so transported upon the like penalty. Provided that any person stranger or other may transport any hydes or skins brought hither from beyond the seas by way of Merchandize, or the skins of Beaver, Moos, Bear and Otter. [1646]

*Forfeit.*

## Hygh-wayes.

TO the end there may be convenient high-wayes for Travellers, it is ordered by the Authoritie of this Court;

That all common high-wayes shall be such as may be most easie, and safe for travellers: to which purpose everie town (where any such high-way is made, or to be made) shall appoint two or three men of the next town, whose Inhabitants have most occasion therof, chosen & appointed by their said town, who shal from time to time lay out all common high-wayes where they may be most convenient; notwithstanding any mans proprietie, (so as it occasion not the pulling down of any mans house, or laying open any garden or orchard): who in common grounds or where the soyle is wet, myrie, or verie rockie shall lay out such high-wayes the wyder, viz: six, eight, ten or more rods.

*By whom layd out.*

*Places exempted.*

Provided that if any man be therby damaged in his improved ground the town shall make him reasonable satisfaction by estimation of those of the two towns that layd out the same. And if such persons deputed cannot agree in either case it shall be referred to the County Court of that Shire; or to the Court of Assistants who shall have power to hear and determin the Case. And if any person finde himselfe justly grieved with any act or thing done by the persons deputed aforesaid: he may appeal to the County Court aforesaid, or to the Court of Assistants, but if he be found to complain without cause he shall surely pay all charges of the parties and Court during that Action and also be fined to the Countrie as the Court shall adjudge. [1639]

*Recompence to Proprietor.*

*Appeal.*

2 It is ordered and declared that the selected Towns-men of everie town have power to lay out (by themselves or others) particular and private wayes concerning their own town only: so as no damage be done to any man without due recompence to be given by the judgement of the said Towns-men, and one or two chosen by the said Towns-men and one or two chosen by the partie: and if any man shall finde himselfe justly greived he may appeal to the next County Court of that Shire who shall doe justice therin on both hands as in other cases of appeals. [1642]

*Private wayes in towns.*

3 UPON information that divers high-wayes are much annoyed and incumbred by gates and rayls erected upon them, it is ordered and enacted by the Authoritie of this Court;

That upon any information or complaint made either to the court of Assistants, or any County Court or to any Magistrate of any such gates or rayls erected, or to be erected upon any common high-way, the same Court or Magistrate shall appoint a Committee of discreet and indifferent men to view such incumbrance, and to order the reformation therof. And if the parties whom it shall concern shall not submit to such orders, they shall require them to appear at the next Court for that Shire: and also shall certifie the incumbrance found and order by them made, under their hands unto the said Court, or appear in person to prosecute the cause; where it shall be heard and determined for the ease and conveniencie of Travellers, with due respect to the Proprietors cost and damage, but no person shal stand charged with the repair of common high-wayes through his own ground. [1647]

*One Magistr. power to order redress.*

## Idlenes.

IT is ordered by this Court and Authoritie therof, that no person, Housholder or other shall spend his time idlely or unprofitably under pain of such punishment as the Court of Assistants or County Court shall think meet to inflict. And for this

D 3

this end it is ordered that the Constable of everie place shall use speciall care and diligence to take knowledge of offenders in this kinde, especially of common coasters, unprofitable fowlers and tobacco takers, and present the same unto the two next Assistants, who shall have power to hear and determin the cause, or transfer it to the next Court. [1633]

*Constables care and duties*
*The power of two Assistants*

### Jesuits.

THIS Court taking into consideration the great wars, combustions and divisions which are this day in Europe: and that the same are observed to be raysed and fomented chiefly by the secret underminings, and sollicitations of those of the Jesuiticall Order, men brought up and devoted to the religion and court of Rome; which hath occasioned divers States to expell them their territories; for prevention whereof among our selves, It is ordered and enacted by Authoritie of this Court,

That no Jesuit, or spirituall or ecclesiasticall person [as they are termed] ordained by the authoritie of the Pope, or Sea of Rome shall henceforth at any time repair to, or come within this Jurisdiction: And if any person shal give just cause of suspicion that he is one of such Societie or Order he shall be brought before some of the Magistrates, and if he cannot free himselfe of such suspicion he shall be committed to prison, or bound over to the next Court of Assistants, to be tryed and proceeded with by Banishment or otherwise as the Court shall see cause: and if any person so banished shall be taken the second time within this Jurisdiction upon lawfull tryall and conviction he shall be put to death. Provided this Law shall not extend to any such Jesuit, spirituall or ecclesiasticall person as shall be cast upon our shoars, by ship-wrack or other accident, so as he continue no longer then till he may have opportunitie of passage for his departure; nor to any such as shall come in company with any Messenger hither upŏ publick occasions, or any Merchant or Master of any ship, belonging to any place not in enmitie with the State of England, or our selves, so as they depart again with the same Messenger, Master or Merchant, and behave themselves in-offensively during their aboad heer. [1647]

*One Magister*
*Banishment*

### Impost.

IT is ordered by Authoritie of this Court that Worronoco upon Conedticot lying within this Jurisdiction shall be, and be reputed as a part of the town of Springfield and lyable to all charges there, as other parts of the same town, until upon erecting some other Plantation neer unto it it shall be thought fit by this Court to annex it to such new Plantation.

It is also ordered that the Trading-house at Worronoco and all other Trading-houses erected or to be erected, maintained or used within this Jurisdiction, for trading with the Indians only or chiefly shall be contributarie to all publick and common charges, both in Town and Countrie, and everie person as shall inhabit or trade in any such Trading-house or neer the same shall pay unto the publick Treasurie (by the hands of such as shall be assigned to receive the same) for everie skin of Beaver, Otter, Bear or Moose two pence. And if such person so assigned shall have cause to suspect that any such Trader hath not given a true account of all such skins so traded, he shall inform one of the next Magistrates thereof, who shall send for such Trader and require him to deliver account upon his oath, which if he shall refuse to doe, he may commit him to prison or take Bond with Suretie for his appearance at the next Court of Assistants to answer his contempt, and be proceeded with according to justice.

And it is farther ordered that all such skins so received, by way of trading, in, or neer any such Trading-house for which the said Impost of two pence a skin shall not be satisfied within one week after demaund thereof shall be forfeited to the publick Treasurie, or the value thereof; to be levied by Warrant from any one Magistrate upon any skins or other goods in such Trading-house. [1647]

*Worronoco*
*Trading-houses*
*Two pence a skin*
*Forfeit*

---

2 *For the better support of the Government of this Common-wealth and the maintainance of Fortificatious for the protecting and safe-guarding of our Coasts and Harbours, for our selves and others that come to trade with us, it is ordered by this Court and the Authoritie thereof,*

That every person, Merchant, Seaman, or other that shall bring wines into any our Harbours, in any ships or vessels whatsoever (except they come directly from England as their first Port) before they land any of the said wines, more or lesse, shall first make entrie of as many Buts, Pipes, or other vessels, as they or any of them shall put on shore, by a note under their hands, delivered unto the Officer at his house (who is to receive the Customs) upon pain of forfeiture and confiscation of all such wines as are landed before such entrie made, wheresoever found, the one halfe to the Countrie, the other halfe to the Officer: and the Merchants or Owners of such wines of any kinde, as soon as he lands them, shall deliver and pay unto the said Officer, what is due for Custom of them according to this Order, in wine according to the proportion of the goodnes of the parcel that is brought in, as the Officer and Owner can agree, to the contentment and satisfaction of the said Officer, or else the Owner and Officer to nominate a third man who shall put a finall price between them, in point of valuation of the wines for Customs: but if they cannot agree, upon notice from the Officer unto the Treasurer for the time being, he shall determin the price thereof, and being so ordered the Officer and Merchant shall accept thereof.

And it is farther ordered that he that is the cheife Officer to receive such Customes shall have under him a Deputie or Deputies who shall be as Searchers or waytors in severall places to take up such wines, by the chief Officers appointment, and to take notice of what is landed in any place that the Countrey be not defrauded, who shall have such due recompence as the chief Officer in his discretion shall agree with them for, either by the Butt or Pipe or by the year. All wines to pay customs according to these rates following viz: for every Butt or pipe of Fyall wines or any other wines of those Western Islands five shillings. For everie Pipe of Madaria wines six shillings eight pence. For everie Butt or Pipe of Sherris sack, Malego or Canarie wines ten shillings. For Muscadels, Malmsies and other wines from the Streights ten shillings. For Bastards, Tents & Alligants ten shillings: and proportionably for greater or lesser vessels of each kinde. For everie Hogshead of French wines two shillings six pence, and proportionably for greater or lesser vessels.

*And for better recovering of any such Customs of wines or forfeitures, for not entering according to this Order and for refusing of payment of such Customs to the satisfaction of the Officer, it is farther ordered,*

That the said Officer hath heerby power and is required to goe into all Houses or Cellars where he knoweth or suspecteth any wine to be, and from time to time shall seiz upon such wines as are not entred according to this Order: and also seiz upon, and take possession of so much wines as to make payment of what Custom is due according to entries made, and is refused or neglected to be paid in due manner according to this Order. And all Constables and other Officers are heerby required to assist and ayd the Officer in the discharge of his duty, and helping to break open such Houses or Cellars, if the Owners of such wines shal refuse to open their doors or deliver their keys in a peaceable way. And any Smith, Carter, Owner of boat, Porter or other that shall be required by the Officer to put to their hand to help and assist in taking, loading & transporting such wines for the use of the Countrey, and shall refuse or neglect such service for due hire shall forfeit to the common Treasurie ten shillings for everie such default, to be levied by the Constable by warrant from any one Magistrate. And all debts due unto the Countrie for custom of wines, where wines are not to be found, they are to be recovered by way of Action, according to a course of law as in other cases, and this Order to be in force to recover Customs from all those that have landed wine in this Jurisdiction already and not payd Custom.

*Entrie of wine*
*on payn of forfeiture*
*Custom when payd*
*Customers Deputie*
*Rates of wine*
*Customers power*
*Constӕ & to ayd the Customer*
*on penalty of 10 s.*
*Custom recovered by Actiõ*

## Impreſſes.

**Only by Gen Court upõ due recompence.**

**Preſſ free, for delayes.**

**from barren wars.**

**Limitation.**

**for cattle and goods. Limitation twofold.**

**Recompence**

It is ordered, and by this Court declared, that no man ſhall be compelled to any publick work, or ſervice, unleſſe the Preſſe be grounded upon ſome act of the Generall Court; and have reaſonable allowance therfore; nor ſhall any man be compelled in perſon to any office, work, wars, or other publick ſervice that is neceſſarily and ſufficiently exempted, by any natural or perſonal impediment ; as by want of years, greatneſſe of age, defect of minde, failing of ſenſes, or impotencye of lims . Nor ſhall any man be compelled to go out of this Juriſdiction upon any offenſive wars, which this Common-wealth, or any of our freinds or confœderates ſhall voluntarily undertake; but only upõ ſuch vindictive and defenſive wars, in our own behalf, or the behalf of our freinds and confœderates; as ſhall be enterpryzed by the counſell, and conſent of a Generall Court, or by Authoritie derived from the ſame . Nor ſhall any mans cattle or goods of what kinde ſoever be preſſed, or taken for any publick uſe or ſervice; unleſs it be by *Warrant* grounded upon ſome act of the General Court : nor without ſuch reaſonable prizes and hire as the ordinarie rates of the Countrie doe afford . And if his cattle or goods ſhall periſh, or ſuffer damage in ſuch ſervice, the Owner ſhall be ſufficiently recompenced. [1641]

## Impriſonment.

**Who be bayleable.**

It is ordered, and by this Court declared; that no mans perſon ſhall be reſtreined or impriſoned by any authoritie whatſoever before the Law hath ſentenced him therto: if he can put in ſufficient ſecuritie, *Bayle* or *Mainprize* for his appearance, and good behaviour in the mean time: unleſs it be in crimes Capital, and contempt in open Court, and in ſuch caſes where ſome expreſſe Act of Court doth allow it. [1641]

## Indians.

**Licence to buy their land**

**none muſt injure their goods**

**nor ſell guns or ammunition on pain of 10 li.**

**Who ware vi eſtrein frõ fiſh profaning the Sabboth**

**No arms ſold to Indian or foreivver bt out licence.**

**no forf, for a gun ſo lo, for 1 li. powder 5 li. for ſhot &c 40 li.**

**preſervation of their corn.**

It is ordered by Authoritie of this Court; that no perſon whatſoever ſhall henceforth buy land of any Indian, without licence firſt had & obtained of the General Court: and if any ſhall offend heerin, ſuch land ſo bought ſhall be forfeited to the Countrie .

Nor ſhall any man within this Juriſdiction directly or indirectly amend, repair, or cauſe to be amended or repaired any gun, ſmall or great, belonging to any Indian, nor ſhall indeavour the ſame . Nor ſhall ſell or give to any Indian, directly or indirectly anyſuch gun, or any gun-powder, ſhot or lead, or ſhot-mould, or any militarie weapons or armour: upon payn of ten pounds fine, at the leaſt for everie ſuch offence: porall puniſhment (where a Fine cannot be had) at their diſcretion .

It is alſo ordered by the Authoritie aforeſaid that everie town ſhall have power to reſtrein all Indians from profaning the Lords day. [1633 1637 1641]

2 *Wheras it appeareth to this Court that notwithſtanding the former Lawes, made againſt ſelling of guns, powder and Ammunition to the Indians, they are yet ſupplyed by indirect means, it is therfore ordered by this Court and Authoritie therof ;*

That if any perſon after publication heerof, ſhall ſell, give or barter any gun or guns, powder, bullets, ſhot or lead to any Indian whatſoever, or unto any perſon inhabiting out of this Juriſdiction without licence of this Court, or the court of Aſſiſtants, or ſome two Magiſtrates, he ſhall forfeit for everie gun ſo ſold, given or bartered ten pounds: and for everie pound of powder five pounds: and for everie pound of bullets, ſhot or lead fourty ſhillings: and ſo proportionably for any greater or leſſer quantitie. [1642]

3 It is ordered by this Court and Authoritie therof, that in all places, the Engliſh and ſuch others as co-inhabit within our Juriſdiction ſhall keep their cattle frõ deſtroying the Indians corn, in any ground where they have right to plant; and if any of their corn be deſtroyed for want of fencing, or heards, the town ſhall make ſatisfaction, and ſhall have power among themſelves to lay the charge where the occaſion of the damage did ariſe . Provided that the Indians ſhall make proof that the cattle of ſuch a town, farm, or perſon did the damage . And for encouragement of

**Help in Fencing.**

of the Indians toward the fencing in of their corn fields, ſuch towns,farms or perſons, whoſe cattle may annoy them that way, ſhall direct, aſſiſt and help them in felling of trees, ryving, and ſharpening of rayls, & holing of poſts : allowing one Engliſh-man to three or more Indians . And ſhall alſo draw the fencing into place for them, and allow one man a day or two toward the ſetting up the ſame, and either lend or ſell them tools to finiſh it . Provided that ſuch Indians, to whom the Countrie, or any town hath given, or ſhall give ground to plant upon, or that ſhall purchaſe ground of the Engliſh ſhall fence ſuch their corn fields or ground at their own charge as the Engliſh doe or ſhould doe ; and if any Indians refuſe to fence their corn ground (being tendred help as aforeſaid) in the preſence and hearing of any Magiſtrate or ſelected Townſmen being met together they ſhall keep off all cattle or loſe one half of their damages.

**Indians hurting cattle ſatisfaction.**

And it is alſo ordered that if any harm be done at any time by the Indians unto the Engliſh in their cattle; the Governour or Deputie Governour with two of the Aſſiſtants or any three Magiſtrates or any County Court may order ſatisfaction according to law and juſtice . [1640 1648]

4 *Conſidering that one end in planting theſe parts was to propagate the true Religion unto the Indians : and that divers of them are become ſubjects to the Engliſh and have ingaged themſelves to be willing and ready to underſtand the Law of God, it is therfore ordered and decreed,*

That ſuch neceſſary and wholſom Laws, which are in force, and may be made from time to time, to reduce them to civilitie of life ſhall be once in the year (if the times be ſafe) made known to them, by ſuch fit perſons as the General Court ſhall nominate, having the help of ſome able Interpreter with them .

*Conſidering alſo that interpretation of tongues is appointed of God for propagating the Truth: and may therfore have a bleſſed ſucceſſe in the hearts of others in due ſeaſon, it is therfore faither ordered and decreed ,*

**Meanes for their inſtruction in Religion**

That two Miniſters ſhall be choſen by the Elders of their Churches everie year at the Court of Election, and ſo be ſent with the conſent of their Churches (with whomſoever will freely offer themſelves to accompany them in that ſervice) to make known the heavenly counſell of God among the Indians in moſt familiar manner, by the help of ſome able Interpreter ; as may be moſt available to bring them unto the knowledge of the truth, and their converſation to the Rules of Jeſus Chriſt . And for that end that ſomthing be allowed them by the General Court, to give away freely unto thoſe Indians whom they ſhall perceive moſt willing & ready to be inſtructed by them.

**Againſt their falſ worſhip**

And it is farther ordered and decreed by this Court; that no Indian ſhall at any time *powaw*, or performe outward worſhip to their falſe gods: or to the devil in any part of our Juriſdiction ; whether they be ſuch as ſhall dwell heer, or ſhall come hither : and if any ſhall tranſgreſſe this Law, the *Powawer* ſhall pay five pounds; the Procurer five pounds; and every other countenancing by his preſence or otherwiſe being of age of diſcretion twenty ſhillings . [1646]

## Inditements .

IF any perſon ſhall be indicted of any capital crime (who is not then in *durance*) & ſhall refuſe to render his perſon to ſome Magiſtrate within one month after three Proclaimations publickly made in the town where he uſually abides, there being a month betwixt Proclaimation and Proclaimation, his lands and goods ſhall be ſeized to the uſe of the common Treaſurie, till he make his lawfull appearance . And ſuch withdrawing of himſelfe ſhall ſtand in ſtead of one wittneſs to prove his crime, unleſs he can make it appear to the Court that he was neceſſarily hindred. [1646]

## In-keepers, Tippling, Drunkenes.

FORASMUCH as there is a neceſſary uſe of houſes of common entertainment in every Common-wealth, and of ſuch as retail wine, beer and victuals; yet becauſe there are ſo many abuſes of that lawfull libertie, both by perſons entertaining and perſons entertained, there is alſo need of ſtrict Laws and Rules to regulate ſuch an employment: It is therfore ordered by this Court and Authoritie therof ;

That

| | |
|---|---|
| No common Victualer, Cook, Vintner &c. without licence. | That no person or persons shall at any time under any pretence or colour whatsoever undertake to be a common Victualer, Keeper of a Cooks shop, or house for common entertainment, Taverner, or publick seller of wine, ale, beer or strong-water (by re-tale), nor shall any sell wine privately in his house or out of doors by a lesse quantitie, or under a quarter cask : without approbation of the selected Townsmen and Licence of the Shire Court where they dwell: upon pain of forfeiture of five pounds for everie such offence, or imprisonment at pleasure of the Court, where satisfaction cannot be had. |
| On pen: 5 li. | |
| Signe | And every person so licenced for common entertainment shall have some inoffensive Signe obvious for strangers direction, and such as have no such Signe after three months so licenced from time to time shall lose their licence : and others allowed in their stead . And any licenced person that selleth beer shall not sell any above two-pence the ale-quart : upon penaltie of three shillings four pence for everie such offence. And it is permitted to any that will to sell beer out of doors at a pennie the ale-quart and under. |
| No beer above two pence the quart Any may sell out of doors of 1 d. a quart | |
| In-holders forfeit | Neither shall any such licenced person aforesaid suffer any to be drunken, or drink excessively *viz:* above half a pinte of wine for one person at one time; or to continue tippling above the space of half an hour, or at unseasonable times, or after nine of the clock at night in, in or about any of their houses on penaltie of five shillings for everie such offence. |
| Penalty of drnkness to fa. ext: 5 li. & 5. Topli unseasonably. | And everie person found drunken *viz:* so that he be therby bereaved or disabled in the use of his understanding, appearing in his speech or gesture in any the said houses or elsewhere shall forfeit ten shillings . And for excessive drinking three shillings four pence . And for continuing above half an hour tippling two shillings six pence. And for tippling at unseasonable times, or after nine a clock at night five shillings: for everie offence in these particulars being lawfully convict therof . And for want of payment such shall be imprisoned untill they pay: or be set in the *Stocks* one hour or more [in some open place] as the weather will permit not exceeding three hours at one time . |
| Stocks. | |
| Proviso. | Provided notwithstanding such licenced persons may entertain sea-faring men, or land travellers in the night-season , when they come first on shore, or from their journy for their necessarie refreshment, or when they prepare for their voyage or journie the next day early; so there be no disorder among them; and also Strangers, Lodgers or other persons in an orderly way may continue in such houses of common entertainment during meal times, or upon lawfull businesse what time their occasions shall require . |
| The laws further extent | Nor shall any Merchant, Cooper, Owner or Keeper of wines or other persons that have the government of them suffer any person to drink to excesse, or drunkennes, in any their wine-Cellars, Ships, or other vessels or places where wines doe lye; on pain to forfeit for each person so doing ten shillings . |
| Secōd offence double penalt. Third offens; Whipping. | And if any person offend in drunkennes, excessive or long drinking the secōd time they shall pay double Fines . And if they fall into the same offence the third time they shall pay treble Fines . And if the parties be not able to pay the Fines then he that is found drunk shall be punished by whipping to the number of ten stripes: and he that offends in excessive or long drinking shall be put into the stocks for three hours when the weather may not hazzard his life or lims . And if they offend the fourth time they shall be imprisoned untill they put in two sufficient Sureties for their good behaviour . |
| Stocks. | |
| Fourth offens | |
| Victualler convict a third time disabled. | And it is farther ordered that if any person that keepeth, or heerafter shall keep a common house of entertainmen , shall be lawfully convicted the third time for any offence against this Law: he shall (for the space of three years next ensuing the said conviction) be disabled to keep any such house of entertainment, or sell wine,beer or the like ; unles the Court aforesaid shall see cause to continue them. |
| | It is farther ordered that everie In-keeper, or Victuailer shall provide for the entertainment |

| | |
|---|---|
| | of strangers horses *viz:* one or more inclosures for Summer and hay and provender for Winter with convenient stable room and attendance under penaltie of two shillings six pence for everie dayes default , and double damage to the partie therby wronged (except it be by inevitable accident. |
| Provide for horses. | |
| Vintner. | And it is farther ordered by the Authoritie aforesaid, that no Taverner or seller of wine by retale, licenced as aforesaid shall take above nine pounds profit by the Butt or Pipe of wine, (and proportionably for all other vessels) toward his wast in drawing and otherwise: out of which allowance everie such Taverner or Vintner shall pay fifty shillings by the Butt or Pipe and proportionably for all other vessels to the Countrie. For which he shall account with the Auditor general or his Deputie every six months and discharge the same . All which they may doe by selling six pence a quart in retale (which they shall no time exceed) more then it cost by the Butt, beside the benefit of their art and mysterie which they know how to make use of . And everie Taverner or Vintner shall give a true account and notice unto the Auditor or his Deputie of everie vessell of wine he buies from time to time within three dayes; upon pain of forfeiting the same or the value therof . |
| pay 50 fa. Butt to the Countrie. | |
| give account. | |
| Two pence a quart for retail of strong waters. | And all such as retale strong waters shall pay in like manner two pence upon everie quart to the use of the Country, who also shall give notice to the Auditor or his Deputie of everie case and bottle or other quantitie they buy within three dayes upon payn of forfeiture as before . |
| Comō houses cleared in Lecture time. | Also it is ordered that in all places where week day Lectures are kept, all Taverners, Victuailers and Tablers that are within a mile of the Meeting-house, shall from time to time clear their houses of all persons to goe to the Meeting, during the time of the exercise (except upon extraordinary cause, for the necessarie refreshing of strangers ūexpectedly repairing to them) upō pain of five shillings for every such offence over and besides the penalties incurred by this Law for any other disorder. |
| One Magistr: may hear &c. | It is also ordered that all offences against this Law may be heard and determined by any one Magistrate, who shall heerby have power by *Warrant* to send for parties, and witnesses, and to examine the said witnesses upon oath and the parties without oath, concerning any of these offences: and upon due conviction either by view of the said Magistrate, or affirmation of the Constable, and one sufficient witnes with circumstances concurring, or two witnesses, or confession of the partie to levie the said severall fines, by *Warrant* to the Constable for that end, who shall be accountable to the Auditor for the same . |
| Fines levied. | |
| Delinquents testimonie. | And if any person shall voluntarily confesse his offence against this Law in any the particulars therof, his oath shall be taken in evidence and stand good against any other offending at the same time. |
| Constb: search | Lastly, it is ordered by the Authoritie aforesaid that all Constables may, and shall from time to time duly make search throughout the limits of their towns upon Lords dayes, and Lecture dayes, in times of Exercise; and also at all other times, so oft as they shall see cause for all offences and offenders against this Law in the particulars therof . And if upon due information, or complaint of any of their Inhabitants , or other credible persons whether Taverner, Victuailer, Tabler or other ; they shall refuse or neglect to make search as aforesaid , or shall not to their power perform all other things belonging to their place and Office of Constableship : then upon complaint and due proof before any one Magistrate within three months after such refusall or neglect; they shall be fined for everie such offence ten shillings , to be levied by the Marshal as in other cases by *Warrant* from such Magistrate before whom they are convicted, or *Warrant* from the Treasurer upon notice from such Magistrate . [1645 1646 1647] See *Gaming, Licences.* |
| Constables neglect. | |

### Juries , Jurors.

IT is ordered by this Court and Authoritie therof, that the Constable of everie town upon *Proces* from the Recorder of each Court , shall give timely notice to the Freemen of their town, to choof so many able discreet men as the *Proces* shal direct which

Iuries for tryals.
Verdict according to law.
Equitie and law in the same cafe.
Tryall for life &c: by 12 men.
Iuries for inquirie.
may be for tryall alfo.
Pofitive verdict: Non liquet.
Partiall verdict.
Differ. twixt Jury & Bench diuers.
Jurie in their doubts may advife ignorance favr but once a year except.
Furriners libertie.

which men fo chofen he fhall warn to attend the Court whereto they are appointed, and fhall make return of the *Proces* unto the Recorder aforefaid: which men fo chofen fhall be impannelled and fworn truly to try betwixt partie and partie, who fhall finde the matter of fact with the damages and cofts according to their evidence, and the Judges fhall declare the Sentence (or direct the Jurie to finde) according to the law. And if there be any matter of apparent equitie as upon the forfeiture of an Obligation, breach of covenant without damage, or the like, the Bench fhall determin fuch matter of equitie.

2 Nor fhall any tryall paffe upon any for life or banifhment but by a fpecial Jurie fo fummoned for that purpofe, or by the General Court.

3 It is alfo ordered by the Authoritie aforefaid that there fhall be Grand-Juries fummoned everie year unto the feveral Courts, in each Jurifdiction; to inform the Court of any mifdemeanours that they fhall know or hear to be committed by any perfon or perfons whatfoever within this Jurifdiction. And to doe any other fervice of the Common-wealth, that according to law they fhall be injoyned to by the faid Court; and in all cafes wherin evidence is fo obfcure or defective that the Jurie cannot clearly and fafely give a pofitive verdict, libertie to give a *Non liquet* or a fpecial verdict, whether it be Grand, or Petty Jurie, it fpecial verdict the judgement of the Caufe fhall be left unto the Bench. And all Jurors fhall have libertie in matters of fact if they cannot finde the *main iffue* yet to finde and prefent in their verdicts fo much as they can.

4 And if the Bench and Jurors fhall fo differ at any time about their verdict that either of them cannot proceed with peace of confcience, the Cafe fhall be referred to the General Court who fhall take the queftion from both and determin it.

5 And it is farther ordered that whenfoever any Jurie of tryalls, or Jurors are not clear in their judgements or confciences, concerning any Cafe wherin they are not ready to refolve or direct their verdict, they fhall have libertie, in open Court to advife with any man they fhall think fit to refolve or direct them, before they give in their verdict. And no Freeman fhall be compelled to ferve on Juries above one ordinary Court in a year: except Grand-jurie men, who fhall hold two Courts together at the leaft, and fuch others as fhall be fummoned to ferve in cafe of life and death or banifhment. [1634] [1641 1642] *See Secrefe.*

### Iuftice.

IT is ordered, and by this Court declared; that every perfon within this Jurifdiction, whether Inhabitant or other fhall enjoy the fame juftice and law that is general for this Jurifdiction which wee conftitute and execute one towards another, in all cafes proper to our cognifance without partialitie or delay. [1641]

### Lands, Free lands.

IT is ordered, and by this Court declared; that all our Lands and Heritages fhall be free from all *Fines* and *Licences* upon alienations, and from all *Hariots, Wardfhips, Liveries, Primerfeizins*, year, day and waft, *Efcheats* and forfeitures, upon the death of Parents or Anceftors, be they natural, unnatural, cafual or judicial and that for ever. [1641] *See Abilitie, Efcheats, Strangers.*

### Leather.

THIS Court taking into ferious confideration the feveral deceits and abufes which in other places have been and are commonly practifed by the Tanners, Curriers and workers of leather, as alfo the abufes and inconveniencies which accrue to the feverall members of this Common-wealth, by leather not fufficiently tanned and wrought, which it occafioned by the negligence and unskilfulnes of thofe feverall trades-men which before, in, & after it is in the hands of the Tanner may be much bettered or impaired; for prevention whereof, it is ordered by this Court and the Authoritie thereof;

That no perfon ufing or occupying the feat or myfterie of a Butcher, Currier, or Shoe-maker

---

Shoe-maker by himfelfe or any other, fhall ufe or exercife the feat or myfterie of a Tanner on pain of forfeiture of fix fhillings eight pence for everie hyde or skin by him or them fo tanned whileft he or they fhall ufe or occupie any of the myfteries aforefaid.

Nor fhall any Tanner during his ufing the faid trade of tanning, ufe or occupie the feat or myfterie of either Butcher, Currier or Shoo-maker by himfelf or any other upon pain of the like forfeiture.

Nor fhall any Butcher by himfelf or any other perfon gafh or cut any hyde of ox, bull, fteer, or cow in fleaing therof, or otherwife wherby the fame fhall be impaired or hurt, on pain of forfeiture for everie fuch gafh or cut in any hyde or skin twelve pence.

Nor fhall any perfon or perfons henceforth bargain, buy, make any contract, or befpeak any rough hyde of ox, bull, fteer or cow in the hair, but only fuch perfons as have and doe ufe and exercife the art of tanning.

Nor fhall any perfon or perfons ufing, or which fhall ufe the myfterie or facultie of tanning at any time or times heerafter, offer or put to fale any kinde of leather, which fhall be infufficiently or not throughly tanned, or which fhall not then have been after the tanning therof well and throughly dryed, upon pain of forfeiting fo much of his or their faid leather as by any Searcher or Sealer of leather lawfully appointed fhall be found infufficiently tanned, or not throughly dryed as aforefaid.

Nor fhall any perfon or perfons ufing or occupying the myfterie of tanning, fet any their Fats in tan-hills or other places, where the woozes or leather put to tan in the fame fhall or may take any unkinde heats; nor fhall put any leather into any hot or warm woozes whatfoever on pain of twenty pounds for everie fuch offence.

Nor fhall any perfon or perfons ufing or occupying the myfterie or facultie of currying, currie any kinde of leather, except it be well and throughly tanned; nor fhall currie any hyde being not throughly dryed after his wet feafon; in which wet feafon he fhall not ufe any ftale, urin, or any other deceitfull or fubtil mixture, thing, way or means to corrupt or hurt the fame: nor fhall currie any leather meet for utter fole leather with any other then good hard tallow, nor with any leffe of that then the leather will receive: nor fhall currie any kinde of leather meet for upper leather and inner foles, but with good and fufficient ftuffe, being frefh and not falt, and throughly liquored till it will receive no more: nor fhall burn or fcald any hyde or leather in the currying, but fhall work the fame fufficiently in all points and refpects, on pain of forfeiture for everie fuch offence or act done contrary to the true meaning of this Order the full value of everie fuch hyde marred by his evil workmanfhip or handling, which fhall be judged by two, or more fufficient and honeft skilfull perfons, Curriers or others, on their oath given to them for that end by any Affiftant.

And everie town where need is, or fhall be, fhall choofe one or two perfons of the moft honeft and skilfull within their feveral Townfhips, and prefent them unto the County Court, or one Magiftrate who fhall appoint and fwear the faid perfons by their difcretion to make fearch and view within the Precincts of their limits as oft as they fhall think good and need fhall be, who fhall have a Mark or Seal prepared by each town for that purpofe, and the faid Searchers or one of them fhall keep the fame, and therewith fhall feal fuch leather as they fhall finde fufficient in all points and no other.

And if the faid Searchers, or any of them fhall finde any leather folde, or offered to be fold, brought, or offered to be fearched or fealed, which fhall be tanned, wrought, converted or ufed contrary to the true intent and meaning of this Order, it fhall be lawfull for the faid Searchers, or any of them to feiz all fuch leather and to retain the fame in their cuftodie, untill fuch time as it be tryed by fuch Tryers, and

Butcher Currier Shoom: or Tanner
Tanner no Butcher, Currier Shoom
Gafh hyde or skin 12 d
Rough hyds
well tanfed & dryed. Penaltie.
Leather taking Skinds heate. Penaltie 20 li
Curriers duty
Penaltie.
Searchers fworn. their dutie
to feale.
feis defective