# EXHIBIT 05

# STATUTES

## OF

# THE REALM.

PRINTED BY COMMAND

OF HIS MAJESTY

## KING GEORGE THE THIRD.

IN PURSUANCE OF AN ADDRESS OF

THE HOUSE OF COMMONS

OF GREAT BRITAIN.

From Original Records and Authentic Manuscripts.

VOLUME THE FIFTH.

MDCCCXIX

## CHAPTER III.

An Act for ordering the Forces in the several Counties of this Kingdom

*Rot. Parl. 14 C. II. p. 1. nu. 3.*

*Recital that the Government of the Militia, &c. is in the King, and that Parliament cannot pretend to the same.*

FORASMUCH as within all His Majesties Realmes and Dominions the sole and supreame Power Government Command and Disposition of the Militia and of all Forces by Sea and Land and of all Forts and places of Strength is and by the Laws of England ever was the undoubted Right of His Majesty and His Royall Predecessors Kings and Queenes of England and that both or either of the Houses of Parliament cannot nor ought to p͡rtend to the same nor can nor lawfully may raise or levy any War offensive or defensive against His Majesty His Heires or lawfull Successors and yet the contrary thereof hath of late yeares beene practised almost to the ruine and destruction of this Kingdome and during the late usurped Governments many evil and rebellious principles have beene instilled into the minds of the people of this Kingdome which may breake forth unless prevented to the disturbance of the peace and quiet thereof Bee it therefore declared and enacted by the Kings most Excellent Majesty by and with the Advice and Consent of the Lords Spiritual and Temporal and Commons in Parliament

*The King may issue Commissions of Lieutenancy.*

assembled and by the Authority of the same That the Kings most Excellent Majestie His Heires and Successors shall and may from time to time as occasion shall require issue forth severall Commissions of Lieutenancy to such persons as His Majesty His Heires and Successors shall thinke fit to be His Majesties Leiutenants for the severall & respective Counties Cities and places of England & Dominion of Wales and Town of Berwick upon

*Power of Lieutenants to arm Troops;*

Tweed which Leiutenants shall have full power and authority to call togeather all such persons at such times and to arm and array them in such manner as is hereafter expressed and declared and to form them into Companies Troops and Regiments and in case of Insurrection Rebellion or Invasion them to lead conduct and imploy or cause to be [lead¹] conducted and imployed as well within the said severall Counties Cities and places for which they shall be commissionated respectively as alsoe into any other the Counties and places aforesaid for suppressing of all such Insurrections and Rebellions and repelling of Invasions as may happen to bee according

*to appoint and give Commissions to Officers;*

as they shall from time to time receive directions from His Majesty His Heires and Successors and that the said respective Leiutenants shall have full power and authority from time to time [to constitute appointe and give Commissions to such persons as they shall thinke fitt to be Colonels Majors Captaines and other Commission

*and to present Names of Deputy Lieutenants.*

Officers of the said persons so to be armed arrayed and²] weaponed and to p͡sent to His Majestie His Heires and Successors the names of such person and persons as they shall thinke fitt to be Deputy Leiutenants and upon

*The King may displace such Officers.*

His Majesties approbac͡on of them shall give them Deputac͡ons accordingly Alwaies understood that His Majesty His Heires and Successors have power and authority to direct and order otherwise and accordingly att His and theire pleasure may appoint and commissionate or displace such Officers Any thing in this Act to the contrary notwithstanding

*Lieutenants and Deputy Lieutenants may train, &c. Troops.*

And that the said Leiutenants respectively and in theire absence out of the Precincts and Limits of theire respective Leiutenancies or otherwise by theire directions the said Deputy Leiutenant͡s during theire said respective Deputations or any two or more of them shall have power from time to time to train exercise and put in readines and alsoe to lead and conduct the persons so to be armed arrayed and weaponed by the directions and to the intents and purposes as is hereafter expressed and declared

II.

*Lieutenants, &c. may charge Persons with Horsemen, Foot Soldiers, &c.*

AND for the providing Horse and Armes and Furniture thereunto belonging for the arming and weaponing the persons aforesaid and alsoe for the defraying and paying the necessary charges thereunto belonging in manner as hereafter followeth Be it further Enacted That the said respective Leiutenants within the severall Counties Cities and places for which they are nominated respectively and theire Deputies or the maior part of such Leiutenants and Deputy Leiutenant͡s then present or in the absence of the Leiutenant or Leiutenants the maior part of the Deputy Leiutenants then p͡sent which maior part shall bee three att the least have hereby full Power and Authority to charge any person with Horse Horsman and Armes or with Foot Souldier and Armes in the same County Shire City Burrough or Towne Corporate where his her or theire Estates lie having respect unto and not exceeding

*What Estate shall render Persons liable to be charged.*

the limitations and proportions hereafter mentioned (that is to say) No person shall be charged with finding a Horse Horseman and Armes unless such person or persons have a Revenue of Five hundred pounds by the yeare in possession or have an Estate of Six thousand pounds in goods or money besides the furniture of his or theire houses and so proportionably for a greater Estate in lands in possession or goods as the respective Lieutenants and theire Deputies as aforesaid in theire discretions shall see cause and thinke reasonable And they are not to charge any person with finding a Foot Souldier and Armes that hath not a yearely Revenue of Fifty pounds in possession or a personal Estate of Six hundred pounds in goods or moneys (other then the stocke upon the ground) and after the aforesaid rate proportionably for a greater or lesser Revenue or Estate Nor shall they charge any person with the finding both of Horse and Foot in the same County.

III.

*Persons chargeable to find a Horseman, &c. not chargeable for the same Estate for a Foot Soldier.*

PROVIDED That no person chargeable by this Act to finde [a³] Horse and Horseman with Armes or to be contributory towards finding an Horse and Horseman with Armes shall for the same Estate be chargeable towards finding a Foot Souldier with Armes or contributory thereunto And it shall be lawfull to and for the respective

*Lieutenants, &c. may join Persons chargeable.*

Leiutenants and Deputies or any three or more of them as aforesaid to impose the finding and providing of Horse Horseman and Armes as aforesaid by joyning two or three or more persons togeather in the charge as to theire judgement shall appeare most conducible to the service of this Kingdome

PROVIDED That no person that hath not One hundred pounds per annū in possession in Lands Tenements or Hereditaments Leasehold or Copihold or Twelve hundred pounds personal Estate shall be compellable to contribute in finding any Horse and Horseman with Armes And the said respective Leiutenants and Deputies or any three or more of them shall have power to heare Complaints and examine Witnesses upon Oath (which Oath they have hereby power to administer) and [to'] give redresse according to the merits of the cause in matters relating to the execution of this Act

<div style="float:right">IV.<br>Persons not having £100 per Annum real, or £1,200 of personal Estate, not liable to find Horsemen. Lieutenants, &c. may hear Complaints.</div>

BE it further Enacted That the said Leiutenants and Deputies or any three or more of them in theire several Counties and places respectively shall require and direct all persons so charged as aforesaid with Horse Horsemen and Armes to allow Two shillings by the day to the Troopers that serve with theire Horse and Armes for the maintenance of the Man and Horse and Twelve pence a day for the Foot Souldiers (if they serve not in theire owne persons) for so many dayes as they shall be absent from theire Dwellings and Callings by occasion of Muster or Exercise.

<div style="float:right">V.<br>Lieutenants, &c. may direct Persons charged to make Allowance to Troopers, &c. on Exercise.</div>

AND for furnishing Ammunition and other Necessaries the said respective Leiutenants and Deputies or any three or more of them shall have power to lay fitting Rates upon the respective Counties and Places not exceeding in the whole in any one yeare the proportion of a fourth part of One Moneths Assessment in each County after the Rate of Seaventy thousand pounds by the Moneth now or late charged by an Act intituled An Act for the raising of Seventy thousand pounds for the further Supply of His Majesty which Moneys are to be assessed collected and paid by such psons and according to such Directions as shall be given from time to time by the said respective Leiutenants & Deputies or any three or more of them under the like penalties and by the like wayes & meanes as are prescribed in the said Act for the Seventy thousand pounds by the Moneth And in case of Invasions Insurrections or Rebellions whereby occasion shall be to draw out such Souldiers into actuall Service the persons so charged as aforesaid shall provide each theire Souldier respectively with pay in hand not exceeding one moneths pay as shall be in that behalfe directed by the said respective Leiutenants and in theire absence as aforesaid or otherwise by theire directions by theire Deputies or any two or more of them for repayment of which said Moneys and for satisfaccōn of the Officers for theire pay during such time not exceeding one moneth as aforesaid as they shall be with theire Souldiers in such said actuall service It is hereby declared That provision shall be made for the same by His Majesty His Heires and Successors out of His or Theire Publique Treasury or Revenue Nevertheles it is hereby further Provided and Enacted That in case a moneths pay shall be provided and advanced as aforesaid that no person who shall have advanced his proportion thereof shall be charged with any other like moneths payment untill he or they shall have beene reimbursed the said Moneths pay & so from time to time the Moneths pay by him or them last before provided and advanced as aforesaid

<div style="float:right">VI.<br>Lieutenants may lay Rates for Ammunition.<br>12 Car.II. c.29.<br>How and by whom such Monies assessed and paid.<br>In case of Invasion, such Persons to provide Soldiers with pay in hand.<br>Provision for Repayment thereof, &c.<br>Proviso where Month's Pay advanced.</div>

AND be it Enacted that the said Leiutenants and theire Deputies or the Cheife Officers upon the place in the respective Counties and places as aforesaid may charge Carts Wagons Wayns and Horses for the carrying of Powder Match Bullet and other Materials allowing six pence a Mile outward only to every such Cart Wagon and Wayn with five Horses or six Oxen and so proporcōnably And for every Horse imployed out of Wagon or Cart for the uses aforesaid one penny so taken upon the Martching of any Regiment Company or Troope upon occasion of Invasion Insurrection or Rebellion And that the said Leiutenants or Deputies or the Cheife Officers upon the place shall and may imprison Mutineers and such Souldiers as doe not theire Duties as Souldiers at the day of theire Musters and Training and shall and may inflict for punishment for every such Offence any pecuniary Mulct not exceeding five shillings or the penalty of Imprisonment without Bail or Mainprise not exceeding twenty dayes

<div style="float:right">VII.<br>Lieutenants may charge Carts, &c. for Carriage of Powder, &c. and make an Allowance;<br>may imprison Mutineers;<br>and may fine or imprison Soldiers not doing their Duty.</div>

AND be it further Enacted if any person or persons so to be assessed or charged by the said Leiutenants and Deputies or any three or more of them respectively shall refuse or neglect by a reasonable time to be appointed to provide and furnish such sufficient Horse and Horseman Horses and Horsemen Armes and other Furniture or to pay such sum or sums of Money towards the providing and furnishing as aforesaid That then it shall and may be lawfull to and for the respective Leiutenants & Deputies or any three or more of them for every such Offence from time to time to inflict a penalty upon such persons not exceeding twenty pounds And alsoe by Warrant under theire or any three or more of theire hands and Seales to levy such sūm or sūms of money or the value of such Horse or Horses Armes and Furniture and such penalty inflicted by Distresse and sale of the goods of the person or persons so neglecting or refusing rendring the overplus to the party soe distrained all necessary charge in levying thereof being first deducted And it is declared that the same be imployed to the same uses in default whereof the same was imposed

<div style="float:right">VIII.<br>Persons charged by Lieutenants, refusing to provide Horsemen, &c. or to pay, &c.<br>Lieutenants may inflict a Penalty, and levy such by Distress.</div>

AND be it further Enacted That if any person or persons so to be armed arrayed and weaponed shall detaine or imbezil his Horse Armes or Furniture wherewith he ought to serve or is intrusted that it shall and may be lawfull to and for the said respective Leiutenants and in theire absence as aforesaid or otherwise by theire directions to and for theire Deputies or any two or more of them to imprison such person and persons till he or they have made satisfaction for the Horse Armes or other furniture so by him detained or imbezelled And alsoe that if any person so to be armed horsed or weaponed as aforesaid shall not appeare and serve compleatly furnished with Horse and Armes and other Furniture wherewith he is intrusted at the beat of Drum sound of Trumpet or other Summons that then and soe often it shall and may be lawfull to and for the said respective Leiutenants and in theire absence as aforesaid or

<div style="float:right">IX.<br>Persons armed embezzling, &c. Horse, Arms, &c. Lieutenants may imprison.<br>Persons not appearing to serve,</div>

---

* interlined on the Roll.

| | |
|---|---|
| Lieutenants, &c. may imprison, or inflict a Penalty. | otherwise by theire directions to and for theire Deputies or any two or more of them if the default be in the person or persons so intrusted to imprison such person or persons for the space of five dayes without Baile or Mainprize or to inflict the penalty if a Horseman not exceeding twenty shillings and if a Foot man not exceeding ten shillings to be paid |
| Persons assessed not delivering in Horse, &c. Lieutenant, &c. may inflict a Penalty, to be levied by Distress. | downe without delay or forbearance And if any person or persons so assessed or charged as aforesaid shall refuse or neglect to send in or deliver his Horse Armes or other Furniture upon such summons or other notice as aforesaid That then and so often it shall be lawfull to and for the said respective Leiutenants & theire Deputies or any three or more of them to inflict a penalty not exceeding five pounds to be levied by Distresse and sale of the Goods of such person or persons so refusing as aforesaid rendring the overplus to the party distrained necessary Charges for levying being first deducted |
| X. Power to Lieutenants, &c. to examine upon Oath. | AND for the better Discovery of the ability of the persons so to bee assessed and charged and (¹) all Misdemeanors tending to the hinderance of the service aforesaid the said respective Leiutenants and theire Deputies or any three or more of them are hereby enabled to examine upon Oath such person or persons as they shall judge necessary or convenient or shall be produced by the party charged or accused other then the persons themselves [soe²] to bee assessed and accused |
| XI. Lieutenants to appoint Treasurers, Clerks, &c. who are to account every Six Months. Accounts to be certified to the Privy Council. | AND for the better and more speedy execution of the p̃misses bee it further enacted That the said respective Leiutenants shall bee and are hereby required to appoint one or more Treasurer or Treasurers Clerke or Clerkes for receiving & paying such moneyes as shall be levied by vertue hereof of all which Receipts and Disbursements thereof the said Treasurer Clerke and Clerkes are every six Monethes to give theire Accompts in writing and upon Oath to the said Leiutenants and theire Deputies or any three or more of them which Oath they have hereby power to administer And the said Accompt soe to be taken shall be forthwith certified to the Lords of His Majesties most Honorable Privy Councell and a Duplicate thereof shall be certified to the Justices of [the ³] Peace att the next Generall Quarter Sessions |
| XII. Deputy Lieutenants to obey Lieutenants. | AND be it further enacted That the Deputy Leiutenants shall observe and obey such Orders and Directions as they shall from time to time receive from the respective Leiutenants for the putting in execution the Powers given by this Act. |
| XIII. Lieutenants or Deputy Lieutenants may by Warrant employ Persons to search and seize Arms. Hours at which Search may be made. If Search resisted, Force may be used. Proviso for Peers. Arms seized may be restored. | AND for the better securing the Peace of the Kingdome be it further enacted and ordained and the respective Leiutenants or any twoe or more of theire Deputies are hereby enabled & authorized from time to time by Warrant under theire Hands and Seales to employ such Person or Persons as they shall thinke fitt (of which a Commissioned Officer and the Constable or his Deputy or the Tythingman or in the absence of the Constable and his Deputy and Tythingman some other Person bearing Office within the Parish where the Search shall be shall be two) to search for and seize all Armes in the custody or possession of any person or persons whom the said Leiutenants or any two or more of theire Deputies shall judge dangerous to the Peace of the Kingdome and to secure such Armes for the service aforesaid and thereof from time to time to give Accounts to the said respective Leiutenants and in theire absence as aforesaid or otherwise by theire directions to theire Deputies or any two or more of them. [Provided that no such Search be made in any house or houses between Sun setting and Sun rising other then in Cities and theire Suburbs and Townes Corporate Market Townes and houses within the bills of Mortality where it shall and may be lawfull to search in the night time by Warrant as aforesaid if the Warrant shall so direct and in case of resistance to enter by force And that no dwelling house of any Peere of this Realme be searched by vertue of this Act but by immediate Warrant from His Majesty under His Sign Manual or in the presence of the Leiutenant or one of the Deputy Leiutenants of the same County or Riding And that in all places and houses whatsoever where search is to be made as aforesaid it shall and may be lawfull in case of resistance to enter by force And that the Armes so seised may bee restored to the Owners againe if the said Leiutenants or in theire absence as aforesaid theire Deputies or any two or more of them shall so thinke fitt. ⁴] |
| XIV. Constables, &c. to be aiding Lieutenants, &c. in execution of Act. Persons who have executed Commissions of Lieutenancy indemnified. | AND be it Enacted that all high Constables petty Constables and other Officers and Ministers within the said Counties Cities Parishes and places aforesaid be and are hereby required to be aiding and assisting to the said respective Leiutenants and theire Deputies or any of them in execution of the premisses. And that all and every person and persons who shall act or do any thing in execution thereof shall be hereby saved harmeles and indemnified And alsoe that all and every person and persons who have heretofore acted or done any thing in execution of any Commission or Commissions of Leiutenancy issued by the Kings Majesty that now is or by colour of them or any of them [or touching or concerning the same or any of them ³] or relating thereunto since the seaventh day of May One thousand six hundred sixty and one until the twentieth day of May One thousand six hundred sixty and two shall be and are hereby saved harmeles and indemnified in that behalfe |
| XV. Lieutenants to send Notice of Charge to Persons charged in Counties, &c. where they do not reside, or their Tenants, &c. | AND be it further enacted and ordained That where any person or persons shall be charged by vertue of this Act [to find ¹] a Horse & Horseman Horses and Horsemen and Armes or Foot souldier and Armes in such County City or place where he or they do not reside or inhabit That then and in such cases the respective Leiutenants and Deputies or any three or more of them shall send Notice of every such charge if such person have any land in his owne occupacon to such person as he doth imploy as his servant in managing the same And in case all his Lands or other Estate be demised and to farme let then to one or two of the most sufficient Tenant or Tenants who shall have the same in theire occupation who are hereby required forthwith with all |

¹ of O.　　² interlined on the Roll.　　³ O. omits.　　⁴ annexed to the Original Act in a separate Schedule.

convenient speed to convey the same to theire Master or Landlord respectively And within such time as shall bee appointed in that behalfe bring an Accompt of theire Master or Landlords answer to the respective Leiutenants and Deputies or any three or more of them and upon neglect or refusall of the Landlord to provide such Horse and Horseman Horses & Horsemen and Armes or Foot Souldier and Armes as is duly charged upon him [according to the Rates mentioned in this Act for the yearely Rent reserved upon every demise or other grant and not otherwise¹] within the time limited for that purpose that then the said Tenant or Tenants shall provide and do as the Landlord in that behalfe ought to have done And if the said Tenant or Tenants shall refuse or neglect to provide such Horse and Horseman Horses and Horsemen and Armes or Foot Souldier and Armes as are charged upon his or theire Landlords within the time limitted that then and upon every such default it shall and may be lawfull to and for the said respective Leiutenants and in theire absence as aforesaid or otherwise by theire directions to and for theire Deputies or any two or more of them by Warrant under theire hands and Seales to levy all such penalties as are appointed by this Act by distresse and sale of the offenders goods rendring the overplus to the party distrained   *Tenants or Servants receiving such Notice to convey the same to Landlord, &c. and bring answer to Lieutenants; if Landlords neglect to provide, Tenants to do so; if Tenants refuse, Lieutenants, &c. may levy Penalties.*

AND it is hereby ordained and enacted that it shall and may be lawfull to and for the said Tenant or Tenants to defalke out of such Rent as shall be next due to his or theire Landlord all such Money as the said Tenant or Tenants shall necessarily lay out or expend in providing such Horse and Horseman Horses and Horsemen and Armes or Foot Souldier and Armes as are charged upon his or theire Landlord or shall pay or be leavyed upon him or them by distresse for any default in manner as aforesaid Any condition reservation Covenant or Contract for the payment of his or theire Rent to the contrary in any wise notwithstanding And for soe doeing the said Tenant or Tenants shall be indempnified by Authority of this Act unlesse the Landlord or Landlords shall make it appeare within two Monethes after such levying such penalties before the respective Leiutenants and in theire absence as aforesaid or otherwise by theire directions before theire Deputies or any two or more of them that the default and penalty was occasioned by the wilfull neglect of the said Tenant or Tenants.   *XVI. Tenants may deduct Rate paid by them and charged on Landlord out of Rent. Tenants indemnified.*

PROVIDED also that no person being a Peer of this Realme shall be capable of acting or serving as Leiutenant or Deputy Leiutenant by vertue of this Act unless he or they shall first before six [of the²] Lords of His Majesties Privy Council for the time being or such other persons as shall be authorized by His Majesty to administer the same take the Oaths of Allegiance and Supremacy and alsoe this Oath following I. A. B doe declare and beleive that it is not lawfull upon any pretence whatsoever to take Armes against the King And that I doe abhor that traiterous Position that Armes may be taken by His Authority against His Person or against those that are Commissioned by Him in pursuance of such military Commissions So helpe me God Which Oathes they have hereby power to administer   *XVII. Peers not to act as Lieutenants or Deputy Lieutenants without taking Oaths, &c. which Six Lords of the Council may administer.*

AND that no person being under under the degree of a Peer of this Realm shall be capable of acting as Leiutenant Deputy Leiutenant Officer or Souldier by vertue of this Act unlesse he or they shall first take the Oathes of Allegiance and Supremacy and this Oath following I A. B. doe declare and beleive that it is not lawfull upon any pretence whatsoever to take Armes against the King And that I doe abhor that traiterous Position that Armes may be taken by His Authority against His Person or against those that are commissioned by Him in pursuance of such military Commissions. So help me God. Which Oathes any one Justice of Peace of the respective Counties and places aforesaid is enabled to administer to such respective Leiutenant as is not a Peer of this Realm and the said Leiutenant or any one Justice of Peace of the respective Counties and places aforesaid is enabled to administer to the respective Deputy Leiutenants not being Peers and the said respective Leiutenants and in theire absence as aforesaid or otherwise by theire directions when they are not absent theire Deputies or any two of them shall and are hereby enabled to administer the said Oaths to the said Officers and Souldiers.   *XVIII. The like Provision as to Persons under Degree of a Peer. Justice of Peace may administer such Oaths; and Lieutenants, &c. to Officers and Soldiers.*

AND to the end there may be some convenient time to put in Execution the Powers of this Act and preparing an Establishment according to the same be it hereby enacted That the Trained Bands and Forces now actually raised and in being shall so continue in each respective City and County of England and Wales untill the five and twentieth [day³] of March One thousand six hundred sixty and three and no longer unlesse an Establishment according to this Act be no sooner had Any thing in this present Act to the contrary in any wise notwithstanding.   *XIX. Trained Bands, &c. now raised to continue till 25th March 1663.*

AND it is hereby declared and enacted That the ordinary times for training exerciseing and mustering the Forces to be raised by vertue of this Act shall be these following (that is to say) the General Muster and Exercise of Regiments not above once a Yeare the training and exerciseing of single Companies not above foure times a Yeare unlesse speciall Directions be given by His Majestie or His Privy Council And that such single Companies and Troopes shall not att any one time be continued in Exercise above the space of two dayes And that att a Generall Muster and Exercise of Regiments no Officer or Souldier shall be constrained to stay for above foure dayes togeather from theire respective habitacõns And that att every such Muster and Exercise every Musqueteer shall bring with him halfe a pound of Powder [at the charge of such person or persons as provide the said Foote Souldier and Armes and every Horseman is to bring with him a quarter of a pound of Powder att the charge of such person or persons as provide the said Horse Horseman and Armes¹] And the Armes offensive and defensive with the Furniture for Horse are to be as followeth The defensive Arms a Back Breast and Pott and the Breast and Pott to be Pistoll prooffe The offensive Armes a Sword and a Case of Pistolls the Barrells whereof are not   *XX. Times for Training, Exercise, &c. Single Companies how long to be continued in Exercise. Ammunition to be brought to Muster. Arms offensive and defensive described.*

---

¹ annexed to the Original Act in a separate Schedule.      ² interlined on the Roll.      ³ O. omits.

to be under fourteen Inches in length The furniture for the Horse to be a great Sadle or Padd with Burrs and Strapps to affix the Houlsters unto a Bitt and Bridle with a Pectorell & Crupper For the Foot a Musqueteer is to have a Musquett the Barrell whereof is not to be under three Foot in length and the Gage of the Bore to be for twelve Bulletts to the pound A Coller of Bandeleers with a Sword Provided that all Muster Masters shall for the p̃sent admit and allow of any Musquetts already made which will beare a Bullett of fourteen to the pound But no Musquetts which henceforth shall be made are to be allowed of but such as are of the gage for twelve Bulletts to the pound A Pike man is to be armed with a Pike made of Ash not under sixteene foote in length (the Head and Foote included) with a Back Breast Head peice and Sword Provided that all Muster Masters shall for the present admitt and allow of any Pikes already made that are not under fifteen foot in length but no Pikes which shall be hereafter made are to be allowed of that are under sixteene foot in length

**XXI.** *Proviso respecting Militia of the Island of Purbeck.*

PROVIDED also and be it enacted by the Authority aforesaid That the Militia of the Island of Purbeck shall remaine separate from the County of Dorsett as heretofore hath beene used And that His Majesties Leiutenant of the said Island and his Deputies or any three or more of them for the time being shall have power for the levying arraying mustering and conducting of such number of Foot for the defence of the said Island in such manner and by such wayes and meanes as heretofore hath beene used And alsoe to use and execute within the said Island all and every the Powers which by the true Intent of this Act any of His Majesties Leiutenants or his or theire Deputies or any of them might in any respective County use or execute

**XXII.** *In case of apparent Danger, the King may raise the Sum of £70,000 in one Year, and so for Three Years, to be levied by Lieutenants, &c.*

13 Car. II. Stat. 2. c. 3.

PROVIDED neverthelesse and be it Enacted by the Authority aforesaid That in case of apparent danger to the present Government it shall [and may be lawfull for His Majesty att any time or times that the same shall soe happen during the space of three yeares from the five and twentieth day of June in the Yeare One thousand six hundred sixty and twoe to raise such sum or sums of money for the defraying of the whole or such part of the Militia aforesaid as His Majesty shall find himselfe obliged to imploy in order to the quiet and security of this Nation the said sũm not exceeding Seventy thousand pounds in one whole yeare And the same to be raised by His Majesties Leiutenants or in theire absence as aforesaid by theire Deputies in theire respective Counties according to the rules & directions in an Act in this Parliament for the raising of Eighteen moneths Assessment after the rate of Seaventy thousand pounds per mensem as alsoe to continue the space of three yeares from the aforesaid five and twentieth day of June and no longer Any thing in this Act or any other to the contrary notwithstanding

**XXIII.** *Constables, &c. to be reimbursed Monies paid by them for Arms, &c. by Persons refusing to pay Rate. Persons refusing to reimburse Constables, &c. Distress.*

BE it alsoe enacted That all Constables Tithingmen or other Officer or Officers who since the Foure and twentieth of June One thousand six hundred and sixty have paid or disbursed or before the settlement of the Militia to be established by vertue of this Act shall pay or disburse any moneys for buying of Armes or defraying of Charges of Souldiers sett or to be sett upon theire respective Parishes shall be reimbursed the same by those who have refused to pay theire proportions thereof And in case hee or they shall refuse to pay the same then to be levyed by distresse and sale of Goods rendring the Overplus to the Owner or Owners by Warrant under the Hand and Seale of the Leiutenant or Leiutenants or in his or theire absence or otherwise by theire direction when they are not absent of any two of theire Deputies directed to the respective Constables Tything men or other Officer or Officers aforesaid of theire respective Parishes

**XXIV.** *Persons charged not compellable to serve personally, but may find a Substitute.*

*Substitute required to serve.*

*Persons serving to give in at the next Muster their Names and Places of Abode.*

*Persons listed deserting; being exchanged; quitting Service without Leave.*

*Penalty £20.*

*Distress or Imprisonment.*

PROVIDED alwaies and it is hereby further enacted and declared That no person charged with the finding of Horse or Foote or with contributing thereunto as aforesaid shall be compellable to serve in his or theire proper person but may according to such proportion as they are or shall respectively be charged by this Act find one or more fitt or sufficient man or men qualified according to this Act to be approved by his or theire Captain respectively subject neverthelesse to be altered upon appeal to the Leiutenant or in his absence as aforesaid to his Deputy Leiutenantſ or any two of them as there shall be cause And that every such person or persons so found and provided shall and hereby are required to serve as Souldier and Souldiers in such manner and under such penalties as are before appointed in this Act And that every person or persons who shall serve in his or theire owne persons (who are alsoe to be approved of as aforesaid) or such person or persons as shall be accepted in his or theire stead shall att the next Muster of such Troope or Company in which he or they are to serve give in his or theire Christian and Sirnames and places of abode unto such person as the Leiutenant or in his absence as aforesaid or by his direction when he is not absent any two Deputy Leiutenants shall appoint to the end the same may be listed And that from thenceforth such person so listed shall not be exchanged or desert the said service or be discharged thereof but by the leave and order of the Leiutenant or two Deputy Leiutenants or his Captaine upon reasonable cause (subject neverthelesse upon appeale to be determined as aforesaid) first obtained in writing under his or theire hands and seales under pain that such person departing from the said service without leave as aforesaid shall forfeit the sũm of Twenty pounds to be levyed upon his Goods and Chattells in such manner as is by this Act appointed for the levying of other penalties And for [non¹] payment or want of distresse then every such person to be comitted to the Cõmon Goal of the County for any time not exceeding three monthes without bail or mainprize Any thing in this Act to the contrary (²) notwithstanding

**XXV.** *Proviso for Tinners of Devon and Cornwall.*

PROVIDED alwaies and be it Enacted That nothing in this Act contained shall extend to put any new charge of Armes upon the Tinners in the Counties of Devon and Cornwall other then the Tax mencõned in the former Proviso But that the Lord Warden of the Stanaries for the time being in pursuance of His Majesties Commission in that behalfe and such as he shall commissionate and authorize under him according to the Rules and

---

¹ none O.          ² in any wise O.

Case 2:22-cv-04778-GRB-ST   Document 34-6   Filed 01/20/23   Page 8 of 9 PageID #: 396

Directions before mencõned in this Act shall and may have and use [the like Powers and array assess arme muster and exercise the said Tinners within the said Counties and either of them as hath been heretofore used and according to the ancient Priviledges and Customes of the said Stanaries observing the Rules and Proportions appointed by this Act'] Any thing in this Act to the contrary notwithstanding

PROVIDED alwaies and bee it enacted by the Authority aforesaid That His Majesties Leiutenants that are or shall be commissionated for the Militia of the City of London may and shall continue to list and levy the Trained Bands & Auxiliaries of the said City as to number and quality of the persons in such manner as was used in forming the p̃sent Forces now raised by His Majesties Commission And in regard of the extraordinary duties which the Forces of the said City that now are and formerly were raised in order to His Majesties happy Restauration [haveing'] of late and may againe be put to for the safety of His Majesties Person and for suppressing or preventing of Insurrections that it shall and may be lawfull for his Majesties Leiutenantẽ of the said City by Warrant from His Majestie to impose and levy yearely in the same so much money as they shall find needfull for defraying the Arreares of those first raised for His Majesties happy Restauration and the Arreares and necessary charge of those that now are and shall be raised with the Ammunition and other incident expences of theire Militia in such manner as the p̃sent Assessment is now levied and not exceeding in any one yeare the proportion of One moneths Tax which the said City now payes towards the Tax of Seaventy thousand pounds by the Moneth and shall be accomptable for the same as by this Act is ordained Any thing in this Act to the contrary of this Proviso in any wise notwithstanding

XXVI. Power to Lieutenants to list and levy the Trained Bands for London; and to impose Rate for Pay, &c.

PROVIDED alwaies That no Officer or Souldier of the Militia or Trained Bands belonging to any City Borough or Towne Corporate being a County of it selfe or to any other Corporation or Port Town who have used and accustomed to bee mustered only within theire owne p̃cinctẽ shall be compellable to appeare [out'] of the Precinctẽ or Liberties of the same City Borough Towne Corporate or Port Towne att any Muster or Exercise only and every of the said Cities Boroughs Towns Corporate and Port Towns are hereby chargeable to find theire usuall number of Souldiers unlesse the respective Leiutenants find cause to lessen the same Any thing in this Act to the contrary notwithstanding

XXVII. Officers or Soldiers of Trained Bands not compellable to appear at Muster, &c. out of their City or Town.

PROVIDED That this Act or any thinge herein contained shall not extend to avoid any Covenant or Agreement which hath beene or shall be made betweene any Landlord and Tenant concerning the finding Horses or Armes or the bearing or paying of any [Taxes Rates or other charges by any Tenant either by generall or speciall Covenants but that the said Taxes Rates or other Charges shall be borne and paid by all respective Tenants according to the said Covenantẽ and Agreementẽ Any thing in this Act to the contrary thereof in any wise notwithstanding']

XXVIII. Proviso for Agreements between Landlords and Tenants concerning Rates, &c.

PROVIDED That this Act or any thing therein contained shall not extend to make any alteration in the Isle of Wight as to the Militia in that place either to raise Horse or Foote within the said Isleland in any other manner then hath beene formerly and is now used & practised there

XXIX. Proviso for Militia of Isle of Wight.

PROVIDED alsoe and be it enacted That whereas the Militia of the Tower Division in the County of Middlesex comonly knowne by the name of the Tower Hamletts are and alwaies have beene under the cõmand of His Majesties Constable or Leiutenant of the Tower for the Service and Preservation of that His Royall Fort that it shall and may be lawfull for His Majesties Constable or Leiutenant of the Tower for the time being to continue to levy the Trained Bands of the said Division or Hamlets of the Tower in such manner and form as to the number and quality of persons as was observed in forming the present Forces thereof Any thing in this Act to the contrary notwithstanding

XXX. Proviso for Tower Hamlets.

PROVIDED that neither this Act nor any matter or thing therein contained shall be deemed construed or taken to extend to the giveing or declareing of any power for the transporting of any the Subjects of this Realme or any way compelling them to march out of this Kingdome otherwise then by the Lawes of England ought to be done

XXXI. Proviso as to marching the Subject out of the Kingdom.

PROVIDED alwaies and be it enacted by the Authority aforesaid That no Peer of this Realme shall be charged with Horse Horsemen and Armes or Foote Souldiers and Armes otherwise or in any other manner then is herein after expressed (that is to say) that His Majestie His Heires and Successors shall and may from time to time issue out Commissions under the Great Seale of England to so many Peeres (not fewer then twelve) as His Majestie His Heires and Successors shall thinke fitt who or any five or more [of'] them shall have power from time to time to assess all and every or any the Peers of this Realme according to the limitations and proportions in this Act appointed for the finding of Horse Horsemen and Armes or Foot Souldiers and Armes and for other the purposes in this Act mencõned (except the Monthly Taxes which are to be leavied as is before p̃scribed in this Act) and shall have power to put in execucõn all and every the Powers and Authorities of this Act as well for laying Assessments as imposing of Penalties (Imprisonment of the person of any Peere of this Realm only excepted) which Assessment or Charge so made together with such penalties as shall be soe imposed (Imprisonment as aforesaid only excepted) shall be from time to time respectively certified to the respective Leiutenants of each County to the intent that the said Charge may be borne and the penalties (not before excepted) levied according

XXXII. In what manner Peers are to be charged.

Monthly Taxes excepted.

Imprisonment of Peers excepted.

---

¹ annexed to the Original Act in a separate Schedule.    ² have O.    ³ interlined on the Roll.

<small>Peers making Default;</small>

<small>Distress and Proceeding thereon.</small>

to the intent of this Act And that in case there shall be any default in performance of any thing to be done or paid by any Peer by vertue of this Act that then it shall be lawfull for the respective Leiutenants & Deputy Leiutenants or any three of them to cause Distresses to be taken for the same in any of the lands of such Defaulter within theire said Counties or Limits respectively And in case satisfaction shall not be given within the space of one weeke after such Distresse taken then such Distresses to be sold for the performance of the said Service and the charge incident thereunto and the Overplus (if any be) to be restored to the Owner And if a Tenant of any Peere of this Realme shall be distrained for such default as aforesaid the Tenant soe distrained is hereby enabled to deduct the sūm levied out of his next Rent.

## CHAPTER IV.

<small>Rot. Parl. 14 C. II. p. 1. nu. 4.</small>

An Act for the Uniformity of Publique Prayers and Administraçōn of Sacraments & other Rites & Ceremonies and for establishing the Form of making ordaining and consecrating Bishops Preists and Deacons in the Church of England.

<small>Recital that in the First Year of Queen Eliz. there was one uniform Order of Church Service compiled;</small>

<small>and enjoined to be used by 1 Eliz. c. 2.</small>

<small>that many Persons nevertheless refuse to come to their Parish Church;</small>

<small>that by the Neglect of Ministers many Persons have been led into Schism;</small>

<small>that His Majesty, according to His Declaration of 25th Oct. 1660, had granted a Commission to review the Book of Common Prayer, and that the Convocations were assembled for that Purpose;</small>

<small>that they had presented to His Majesty a Book of Common Prayer, which he had allowed and recommended to Parliament that the same should be used in all Churches, &c.;</small>

<small>that an universal Agreement in public Worship conduceth to settling the Peace of the Nation;</small>

WHEREAS in the first yeare of the late Queene Elizabeth there was one uniforme Order of Cōmon Service and Prayer and of the Administration of Sacraments Rites and Ceremonies in the Church of England (agreeable to the Word of God and usage of the Primitive Church) compiled by the Reverend Bishopps and Clergy set forth in one Booke entituled The Booke of Cōmon Prayer and Administration of Sacraments and other Rites and Ceremonies in the Church of England and enjoyned to be used by Act of Parliament holden in the said First yeare of the said late Queene entituled An Act for the Uniformity of Cōmon Prayer and Service in the Church and Administration of the Sacraments very comfortable to all good people desirous to live in Christian conversation and most profitable to the Estate of this Realme upon the which the Mercy Favour and Blessing of Almighty God is in no wise so readily and plentifully poured as by Cōmon Prayers due useing of the Sacraments and often preaching of the Gospell with Devotion of the Hearers And yet this notwithstanding a great number of people in divers parts of this Realm following theire owne sensualitie and liveing without knowledge and due feare of God do willfully and schismatically abstaine and refuse to come to theire Parish Churches and other Publique places where Cōmon Prayer Administraçōn of the Sacraments and preaching of the Word of God is used upon the Sundayes and other dayes ordained & appointed to be kept and observed as Holy dayes And whereas by the great and scandalous neglect of Ministers in using the said Order or Liturgy so set forth and enjoyned as aforesaid great mischeifs & inconveniencies during the times of the late unhappy troubles have arisen and grown and many people have beene led into Factions and Schismes to the great decay and scandall of the Reformed Religion of the Church of England and to the hazard of many souls [For prevention whereof in time to come for setling the Peace of the Church and for allaying the present distempers which the indisposiçōn of the time hath contracted The Kings Majestie according to His Declaration of the Five and twentieth of October One thousand six hundred and sixty granted His Cōmission under the great Seale of England to severall Bishops and other Divines to [re']view the Booke of Cōmon Prayer and to prepare such Alterations and Additions as they thought fitt to offer And afterwards the Convocations of both the Provinces of Canterbury and Yorke being by His Majesty called and assembled and now sitting His Majestie hath beene pleased to authorize and require the Presidents of the said Convocations and other the Bishopps and Clergy of the same to reveiw the said Booke of Cōmon Prayer and the Booke of the Forme and manner of the making and consecrating of Bishops Preists and Deacōns And that after mature consideraçōn they should make such Additions and Alterations in the said Bookes respectively as to them should seeme meet and convenient and should exhibit and present the same to His Majesty in writing for his further allowance or confirmation since which time upon full and mature deliberation they the said Presidents Bishops and Clergy of both Provinces have accordingly reviewed the said Bookes and have made some Alterations which they thinke fitt to be inserted to the same and some additionall Prayers to the said Booke of Cōmon Prayer to be used upon proper and emergent occasions And have exhibited and presented the same unto His Majestie in writing in one Booke entituled The Booke of Cōmon Prayer and Administration of the Sacraments and other Rites and Ceremonies of the Church according to the use of the Church of England togeather with the Psalter or Psalmes of David pointed as they are to be sung or said in Churches and [the'] forme and manner of making ordaining and consecrating of Bishopps Preists and Deacons All which His Majesty haveing duly considered hath fully approved and allowed the same and recōmended to this p̃sent Parliament that the said Bookes of Cōmon Prayer and of the forme of Ordination and Consecration of Bishops Preists and Deacons with the Alterations and Additions which have beene soe made and p̃sented to his Majesty by the said Convocations be the Booke which shall be appointed to be used by all that officiate in all Cathedrall and Collegiate Churches and Chappells and in all Chappells of Colledges and Halls in both the Universities and the Colledges of Eaton and Winchester and in all Parish Churches and Chappells within the Kingdome of England Dominion of Wales and Towne of Berwick upon Tweed and by all that make or consecrate Bishops Preists or Deacons in any of the said places under such Sanctions and Penalties as the Houses of Parliament shall thinke fitt.'] Now in regard that nothing conduceth more to the setling of the Peace of this Nation (which is desired of all good men) nor to the honour of our Religion and the propagation thereof then an universall agreement in the Publique Worshipp of Almighty God and to the intent that every person within this Realme may certainely

---

¹ interlined on the Roll.     ² annexed to the Original Act in a separate Schedule.