# EXHIBIT 11

Case 2:22-cv-04778-GRB-ST   Document 34-12   Filed 01/20/23   Page 2 of 2 PageID #: 428

" IN COMMITTEE OF SAFETY,
" New-York, March 27th, 1776.

" WHEREAS the Continental Congress, on the 14th inst. did 'recommend to the several Assemblies, Conventions and Councils or Committees of Safety of the United Colonies, immediately to cause all persons to be disarmed within their respective Colonies, who are notoriously disaffected to the cause of America, or who have not associated and refuse to associate to defend by arms these United Colonies against the hostile attempts of the British fleets and armies, and to apply the arms taken from such persons in each respective Colony, in the first place, to the arming the Continental troops raised in said Colony; in the next, to the arming such troops as are raised by the Colony for its own defence, and the residue to be applied to the arming the associators. That the arms when taken, be appraised by indifferent persons, and such as are applied to the arming Continental troops be paid for by Congress, and the residue by the respective Assemblies, Conventions, or Councils or Committees of Safety:' AND WHEREAS the necessity of having the Continental troops and other inhabitants of these Colonies who are disposed and willing to defend the rights of their country immediately armed, renders it highly expedient that the said resolution should be carried into immediate execution. Therefore,

" *Resolved*, That it be recommended to the committees of the several cities, counties, manors, townships, precincts and districts in this Colony, forthwith to cause to be disarmed, all persons within their respective districts who are known to be disaffected to the cause of America, and also all such persons as shall refuse to sign the following association, to wit:

"'We, the subscribers, inhabitants of           in the county of           and Colony of New-York, do voluntarily and solemnly engage and associate, under all the ties held sacred amongst mankind, at the risk of our lives and fortunes, to defend by arms the United American Colonies against the hostile attempts of the British fleets and armies, until the present unhappy controversy between the two countries shall be settled.'

" And that it be recommended to the said committees to use all possible prudence and moderation in carrying said resolve into execution; and that in such districts where the committees find it absolutely necessary to call in an armed force, they are hereby empowered to order any part of the minute men or common militia of their districts to their assistance, that they and the field officers of the forces shall judge necessary.

" And that the arms so taken be appraised by indifferent persons, appointed by said committees, and that an account be made of their number, the persons they belong to, and their appraised value, and that each one be marked with the initial letters of the person's name from whom they were taken; and that the arms, together with the account of them, be delivered to the chairman of the committee of the district in which they were so taken, or to such person or persons as shall be appointed by the said committee for that purpose, he or they giving a receipt for the same; which accounts from the several districts are to be forthwith transmitted to the chairman of, and to be laid before, the county committee, who are hereby directed to transmit an account of the number of arms so taken, and how many of them are fit for immediate service, to the Committee of Safety, or Provincial Congress of this Colony, that they may be enabled to make further order therein; and in those counties where there are skillful artificers for the purpose that the said committees do cause the said arms to be fitted up with bayonets, steel rammers and other necessary repairs, without delay, at the public expense; and where there are no such artificers, the committees are to send said arms to the Committee of Safety, or Provincial Congress, as soon as collected."

*Ordered*, That a copy of these resolutions be transmitted to the chairman of the committee of each county in the

98

Colony, who is hereby directed to furnish the chairmen of the committees of the several towns, precincts and districts in the county, with copies thereof, without delay.

---

### DIE JOVIS, 9 HO. A. M.
### March 28th, 1776.

The Committee met pursuant to adjournment.

PRESENT—William Paulding, Esqr. *Chairman pro tempore.*
Colo. McDougall, Mr. Prince—*For New-York.*
Mr. Cuyper—*Orange.*
Mr. Adrian Bancker—*Richmond.*
Mr. Paulding—*Westchester.*
Colo. Wm. Williams—*Cumberland.*
Mr. Tredwell—*Suffolk.*
Colo. Morris Graham—*Dutches.*
Mr. Leffertse—*Kings.*

*Ordered*, That the barrack master be, and he is hereby authorized, to supply all the troops which are already or shall hereafter arrive, as also those that may be ordered to Kings county, with the necessary barrack furniture and utensils, as far as those which he has already provided and in store will enable him to supply them with.

*Ordered*, That the barrack master assist Colo. Brewer in providing proper stores for storing provisions and other necessaries for the use of the Continental troops in this city, and that the barrack master be authorized to demand the keys of such stores as he thinks best calculated to answer the purpose; and further, that he be authorized to enter and take possession of all such stores and deliver them to the care of Colo. Brewer, or his order.

A letter from General Thompsson was read and filed, and is in the words following, to wit:

" GENTLEMEN:—Please to give Mr. Hugh Huges, commissary of military stores, an order for 10,000 flints, and two tons of lead, on the person who is entrusted by you with those articles, and you will much oblige

" Yr. very hble. servant,
" WM. THOMPSON, *Brigr. Genl.*
"*New-York, March 26,* 1776.
" To the Honble. Committee of Safety."

*Ordered*, That Mr. Richard Norwood, Commissary, deliver to Mr. Hugh Hughes 10,000 flints, and two tons of lead, and that Mr. Norwood take Mr. Hughes' receipt for the same, on Continental account, as being ordered by the Continental general for Continental troops.

John Van Ness, Esqr. colonel of the first minute regiment of Dutchess county, being deceased, whereby the command of that regiment has devolved on Cornelius Humphrey, Esqr. lieutenant-colonel of that regiment; and Mr. Humphrey being now here in actual service with the said regiment, or a part thereof, and recommended as well qualified to be colonel of the said regiment;

*Ordered*, That Cornelius Humphrey be appointed colonel of the said regiment of minute men in the place of John Van Ness, Esqr. deceased, and that a commission issue to him accordingly.

Mr. Thomas Lefoy, who served as a lieutenant in Capt. Wynkoop's company in the last campaign, being unprovided for, and the first lieutenancy of Capt. Ambrose Horton's company being yet vacant,

*Ordered*, That a warrant issue to the said Thomas Lefoy, to be first lieutenant in Captain Horton's company, and the same was issued accordingly.

### 4 ho. P. M. March 28th, 1776.

The Committee met pursuant to adjournment.

PRESENT—Mr. Wm. Paulding, *Chairman.*
Mr. Cuyper—*Orange.*
Mr. Moore—*Tryon.*
Mr. Everson, Colo. Morris Graham—*For Dutchess.*

Reproduction by Permmission of Buffalo & Erie County Public Library Buffalo, NY