# EXHIBIT 22

# THE BROOKLYN DAILY EAGLE.

VOL. 41.—NO. 298. BROOKLYN, TUESDAY, OCTOBER 26, 1880. THREE CENTS.

AUCTION SALES.

J. COLE, AUCTIONEER. AT THE COMMERCIAL EXCHANGE, No. 202 FULTON STREET, Opposite the City Hall.

PAWNBROKER'S SALE.

BY MARTIN B. BOICE, AUCTIONEER.

WM. COLE, AUCTIONEER.

BY JOS. HEGEMAN & CO.

GRATES AND FENDERS.

THE LARGEST MANUFACTURERS OF GRATES AND FENDERS.

CONEY ISLAND.

BRIGHTON BEACH.

PROSPECT PARK AND CONEY ISLAND RAILROAD.

BROOKLYN, BATH AND CONEY ISLAND RAILROAD.

ROCKAWAY.

ROCKAWAY BEACH.

TRAVEL, TRANSPORTATION, &c.

Steamships.

CUNARD LINE.

ANCHOR LINE.

INMAN LINE ROYAL MAIL STEAMERS.

NATIONAL LINE OF STEAMSHIPS.

WHITE STAR LINE.

GUION LINE UNITED STATES MAIL STEAMERS.

STATE LINE.

IMPERIAL GERMAN MAIL. NORTH GERMAN LLOYD STEAMSHIP LINE.

Steamboats.

TO ALBANY.

REDUCTION OF FARE.

FOR NORWALK AND DANBURY.

PROVIDENCE LINE.

TRAVEL, TRANSPORTATION, &c. Railroads.

BROOKLYN ANNEX.

LONG ISLAND RAILROAD.

CENTRAL RAILROAD OF NEW JERSEY.

NEW YORK AND LONG BRANCH DIVISION.

NEW YORK AND PHILADELPHIA NEW LINE.

PENNSYLVANIA RAILROAD GREAT TRUNK LINE AND UNITED STATES MAIL ROUTE.

TO PHILADELPHIA via PENNSYLVANIA RAILROAD.

CLAIRVOYANT.

COPARTNERSHIP NOTICES.

DENTISTRY.

DR. L. J. HOYT.

GET THE EAGLE EVERY DAY IN THE WEEK.

DRY GOODS, &c.

HILL, MOYNAN & CO.

HILL MOYNAN & COMPANY. 787 AND 789 BROADWAY, NORTHWEST CORNER TENTH STREET, N. Y.

DRESS GOODS DEPARTMENT.

TRIMMING DEPARTMENT.

LADIES' CLOAK DEPARTMENT.

CLOTH DEPARTMENT.

JAMES McCREERY & CO., BROADWAY COR. ELEVENTH STREET, NEW YORK.

INSURANCE.

PHENIX INSURANCE COMPANY OF BROOKLYN.

CONTINENTAL INSURANCE CO.

LIFE INSURANCE.

KNICKERBOCKER LIFE INSURANCE COMPANY.

FINANCIAL.

THE BROOKLYN TRUST COMPANY.

CORPORATION NOTICES.

PISTOLS—CARRYING OF.

ORDINANCE IN RELATION TO HOSPITALS.

DEPARTMENT CITY WORKS, BROOKLYN.

FURNITURE, &c.

FURNITURE CARPETS, &c.

WEEKLY AND MONTHLY PAYMENTS.

DRY GOODS, &c.

EDWARD RIDLEY & SONS.

RIDLEY AND SONS. GRAND AND ALLEN STREETS, NEW YORK.

BOOK SALE. 10,000 VOLUMES. 15 CENTS.

EDWARD RIDLEY & SONS.

RIDLEY AND SONS. KID GLOVES.

CARPETING, &c.

JOSEPH O'BRIEN & CO.

GEORGE H. TITUS

STEWART & CO.

CARPETS.

INSURANCE POLICIES.

AMUSEMENTS.

HAVERLY'S THEATRE, BROOKLYN.

BROOKLYN ACADEMY OF MUSIC.

MESMERISM AND PSYCHOLOGY.

FANCY GOODS.

STOCK IMPORTERS.

PAPER LAMP SHADES.

DRESS SHIRTS.

POLITICAL.

REGULAR REPUBLICAN NOMINATION.

REGULAR DEMOCRATIC NOMINATION.

DEMOCRATIC NOMINEE FOR CITY AUDITOR.

SPECIAL CONTRACTS.

OFFICE OF THE BOARD OF ELECTIONS.

CAMPAIGN GOODS.

ANTI-MALARIA.

BAKER'S ANTI-MALARIA.

PAINTS, OILS, &c.

COAL AND WOOD.

DAVID MELLON.

AMUSEMENTS.

BROOKLYN PARK THEATRE.

BROOKLYN ACADEMY OF MUSIC.

BROOKLYN NEW MUSEUM.

AMERICAN INSTITUTE EXHIBITION.

FAIRS.

SIXTH ANNUAL FAIR.

INSTRUCTION.

MUSICAL INSTRUCTION.

DANCING.

PIANOS, MUSIC, &c.

SPECIAL NOTICES.

LEGAL NOTICES.

KINGS COUNTY, COUNTY COURT.

# DEMOCRATS.

## Meetings in Brooklyn Last Night.

### The Constitutional Union Association, Kings County War Veterans—Addresses by Demas Barnes, General McMahon and Others—Defining the Issues.

The Constitutional Union Association held a meeting last evening in the Olympic Theatre, which was filled with an attentive audience. Mr. Thomas E. Pearsall presided and introduced as speakers Mr. M. L. Towns and Colonel Daniel J. O'Leary.

MR. TOWNS' ADDRESS.

Mr. Towns said that the cloud which a fortnight ago lowered on the horizon had been dispelled by the rays of Democratic truth and the heavens were all propitious. Those of least courage, who a few days ago wore long faces and gloomy countenances, fearing the worst, though determined to do their best, were now enthusiastic and full of hope. They remembered that it was not until the third day that Hancock at Gettysburg achieved victory and rescued the nation (loud applause), and this remembrance fostered the faith and hope that the glad news would resound through the country on the third day of November next that Hancock had led the ranks of the Democracy through the ballot box to civil liberty, and scattered the enemies of free institutions and a united nation. [Applause.] Then would they be assured of constitutional liberty and the perpetuation of those glorious institutions which their fathers established in blood. At the beginning of this campaign the Republicans came before the people with

THE OLD SECTIONAL CRY

about the South and the rebel claims and the danger which would be incurred by placing the Government in the hands of Toombs and Jeff. Davis and the rebel brigadiers. On that basis the campaign in Vermont and Maine was conducted, but when the vote of the free people of the Pine Tree State was recorded the bloody shirt was furled, and those who had waved it were indicted by the people for indecent exposure and compelled to hide their heads in shame. Blaine was routed and betook himself to Philadelphia. There he assumed the doleful Quaker garb, and reflecting, as a sadder and a wiser man, upon the error of his party, proclaimed a new issue. Then the country was astonished to hear that the Republican party, which had fostered monopolies, moneyed institutions and big corporations, had suddenly awakened to the fact that the workingman, whom they had hitherto despised, was a factor in society and needed protection, and that they were his only friends. They began with war claims and sectional issues and by stirring up bad blood betwixt North and South, and by parading Garfield from Ohio to Fifth avenue, and by enlisting the respectability of the country on their side—meaning capitalists and those who run large corporations; but finding this would not do, they put on a philanthropic face and gave a sympathetic leer, and announced themselves as the friends of the workingman. [Laughter.] This was nothing but

A GARB OF HYPOCRISY.

[Applause.] Had not all the corporations and large capitalists of the country been protected by the Republican party from the very first, not only by national but by State legislation? Under the Republican party had not wages declined? Who was accountable for the panic of 1873, when the wages of the working man were reduced to the lowest possible basis? Amid all the prosperity of the country the workingman had reaped no benefit. His hours of labor were no shorter, his wages no greater, his children and himself no better fed or clad, and his tenement dwelling unimproved and uncheapened. Protection was granted to the capitalist exclusively, none to the laborer; so that while everything which the manufacturer brought into the market was to be protected, the only thing which the workingman had in the market—his labor—was to have no protection. [Applause.] There was to be no tariff on immigration, but even the Chinese barbarians were to be brought hither in ship loads, to work for thirty cents a day and drive the American citizen to the wall. [Applause.] Mr. Towns referred to the celebrated Chinese letter of Mr. Garfield, and challenged anyone to offer any reasonable argument against its genuineness. Mr. Towns thought it very appropriate that the Republican party, which arrogated to itself the claim of having given prosperity to the country and overlooked the operations of Divine Providence, should have for its advocate a man like Bob Ingersoll, who believed in no God. The speaker concluded by expressing his firm conviction that the Democratic party would give the next President to the United States. Mr. Towns raised his audience to a high pitch of enthusiasm which never cooled to its close.

After a few words by Colonel Daniel J. O'Leary, the meeting dispersed.

### Sixth Ward Hancock and English Club—Addresses by S. B. Halliday, Demas Barnes and James D. Bell.

The Sixth Ward Hancock and English Campaign Club held a meeting last evening at its headquarters on Court street opposite Butler. There was a large attendance, and previous to the meeting there was a profuse display of fireworks. The platform was neatly decorated, and portraits of the candidates were conspicuously displayed. The president and vice president of the club were prevented from attending by a meeting of the Central Campaign Club which required their presence, and in their absence Mr. R. J. Lalor, presided. After a few preliminary remarks, Mr. Lalor introduced as the first speaker of the evening

MR. S. B. HALLIDAY,

who discussed the issues of the campaign and assured his hearers that the interests of the nation would be sacredly secure in the hands of General Hancock, the man whose executive ability and steadfastness to the right has never once faltered. The election of Hancock would mean unity of the heart and hand, friendliness between the sections, and universal amity between workingmen throughout the length and breadth of the land. Mr. Halliday concluded by saying:

The services of General Hancock are on record in the annals of his country, and when future generations ponder the story of his life it will arouse within them a desire to emulate so bright an example, while the profound wisdom of his acts and utterances on the Constitutional principles of civil liberty will make him rank as one of the most patriotic and intelligent of statesmen. Mr. Halliday referred to the record of Mr. English, the candidate for Vice President on the Democratic side, and then concluded as follows: The duty we have to perform is now before us. It is clear. With earnestness, with enthusiasm, and with all the energy that lies within us, we must now work and watch for the election of our candidates. All the machinery that a desperate and corrupt party can invent will be brought into play in this contest, but if the Democracy stand shoulder to shoulder they will march in triumph over this army of office holders and corruption. [Loud applause.]

Mr. Lalor introduced as the next speaker

MR. DEMAS BARNES,

who received a cordial greeting. Mr. Barnes, after the applause had subsided, spoke as follows: I am not unmindful of the compliment which has been paid me by your association, in asking me, on several occasions, to address a meeting; but circumstances have prevented my doing so, and at this time, when the president comes to me and asks if he may announce me to my neighbors and friends, I said "No, not to-night." But, gentlemen, with the courtesy for which he is distinguished, the chairman has seen fit to introduce me. [Applause.] Now, I am always happy to meet my neighbors and friends, and particularly upon occasions of this kind, but I must say to you that I did not come here to-night to say one single word. I shall not trespass upon your patience by undertaking to make a speech. The issues before us are momentous. They have been pronounced momentous a great many times, several times during my life; but I have seen the country go on under the rule of good administrations, and under the rule of administrations which, at the commencement, seemed almost intolerable, and I have seen that the wisdom, the intelligence, the affluence of the American people, was able to overcome all this difficulty. So at this time it has appeared to me that whichever party shall succeed, this great American country and great American people are safe from any particular calamity. The issues are such that the intelligent observer, in my judgment, will look upon them with somewhat divided sentiments as to the result of their application. From my own standpoint it seems that one of the greatest questions which the American people could consider at this time has been ignored, and if I could address the people of Brooklyn at length I would like to dwell upon it. So far as I can observe, the issue at the present time amounts to, very largely, a scramble for office, and in that I have no sympathy and only one word of comment. In 1876, the Democratic party assembled in St. Louis, and upheld noble, patriotic, practical sentiments with reference to the control of the affairs of this nation. The party had seen that in all contests for the presidency, great principles were ignored, and they declared that it was necessary to reform the civil service of the Government, to put the management of a post office upon the same basis as we had our military and naval service conducted. The Republican party, a few weeks later, reannounced the same principles in stronger terms. The Republican candidate was made President, and the country has materially prospered under

THE ADMINISTRATION OF HAYES

at the head of our political affairs. The party that elected Mr. Hayes said to him: "If you have anything to do when you take your position in the White House at Washington it is to restrict greed for office, and turn the Administration into the channels occupied at the commencement of our Government." Now we see the Republicans inaugurate the President, and the party deserts him when he commences to enforce his principles, so that not a voice was raised nor a vote given at the Chicago Convention to recontinue him in office. In looking over the records of our country we find that for the first forty years of its administration but 76 removals had been made in all the Government offices. We find now that there are 106,000 Federal officeholders, and every one of them is expected to vacate his place if the other party obtains power, and there are ten candidates for each of these places. That, fellow citizens, is the controlling element. We, on the outside, say: "If we were delegated to do the work we would do it better, and I believe we would. These one hundred thousand officeholders have a good thing, and they don't propose to let go of it. If you take a look at your local officers here and inquire, "Where is our United States District Attorney?" the answer will be that he is on the stump either in New York or in Ohio. Go to New York and ask: "Where is the United States District Attorney?" The answer likewise will be that he is on the stump pleading to be kept in his place. Go up to Albany and inquire for Mr. Silas B. Dutcher, and you will find that he, likewise, is on the stand saying: "We must be kept in power, because we must not be put out of our places." Now you ask if they are doing wrong? I say, "No, sir. There has not been a party in power, under our Government, but what has, in a measure, disgraced the power in its hands. What there is wrong about it is the system—the system. The Republican party came into power pledged to reform this system of the service. That promise has been broken and the people have been deceived. Every gentleman by whose presence I am honored to-night knows the record of the service of the last Administration. The distinguished Senator from New York, representing 5,000,000 of people, who was upon a public platform the other evening, undertook to give us figures regarding the prosperity of the country. He undertook to show us that the South was in rebellion; he undertook to show that the South was paying but one per cent. of the taxes of the country and his figures are beyond dispute. Those figures go to prove the misrule of the party in power which had so abused the spirit and crushed the interest of the Southern people that they were unable to contribute their quota of the taxation of the country. Mr. Conkling went further and said that the great danger was that the Democratic party would obtain control of the Supreme Court of the United States, and that, if such were the case, the chief fountain of

JUSTICE WOULD BE DEBAUCHED.

Now, in 1866, the Republican party, in very large majority in both Houses of Congress, having a President who was not a partisan—Andrew Jackson, of Tennessee—[applause]—in order, I say, to cajole the President, they undertook to reduce the number of men on the bench of the Supreme Court. They enacted a law that the number should be reduced from nine to seven, and that it should not be again increased, knowing that Judge Wayne, of Ohio, would be among the first to depart. Judge Wayne soon afterward died. The question of paying the obligations of contractors of all States in constitutional currency was then before the country. The Supreme Court as then constituted, had decided that the obligations made prior to the war, should be paid in the constitutional money of the country. The great Pennsylvania Railroad, and a corporation in New Jersey, then one of the most prominent in the country, were then represented by Mr. Bradley, of New Jersey, and Judge Strong, of Pennsylvania. This Republican Congress, which had promised so much, and of which Senator Conkling had such great fear, changed the law so that Messrs. Bradley and Strong were placed upon the Supreme Court Bench. They overruled the judgment of their associates; and the two corporations of which I speak were relieved of the payment of $5,000,000, and the tide gates for a depreciation of the currency were also let loose. Trace any of the workings of this party and we find ourselves going back to the same place. When I find this enthusiasm, those fireworks, these manifestations of delight, they remind me of an anecdote I heard some time ago, regarding the trial by jury, of a negro accused of stealing a pig, and, in this connection, it will be well to bear in mind the declaration made by Republicans to the effect that the success of the Democracy would be the ruin of the country. Sam, who was charged with stealing the pig, employed Mr. Johnson to defend him, and the jurors, like Sam, were colored. The first witness swore that he saw Sam steal the pig. Turning to his client, Mr. Johnson said, "Sam, this won't do. How do you account for this?" "Never mind," said Sam, "go on with the trial." The next witness swore that he saw Sam kill the pig. "Why," said Mr. Johnson, hastily turning toward his client, "you are almost certain to be convicted." "Never mind," repeated Sam, "go on with the trial." The jury retired and in a few minutes brought in a verdict of not guilty. When Sam left the court room he explained to Mr. Johnson the cause of the verdict in his favor, doing so in these words, "The jury had some of the bacon." This question of bacon runs through the country altogether too much, and if we have anything to do in purifying the sentiment of our politics, it is particularly upon that one point. If I were going to make a speech I think I should want to elaborate on this question. The issues are so many, with reference to the tariff, to our finances, to the Southern matter, and with regard to the destroyed commerce of the country, that it would take longer time than I can devote to-night, but there is one question on which I will slightly touch. If you cross the ocean, to whom do you pay your freight and passage money? You pay it to foreigners. Is this the kind of prosperity that a party in power for twenty years could have given us, with plain, practical sense? We are certainly great in many respects, but we are cramped by the legislation from Washington. In many things, gentlemen, if I were able to regulate affairs, there would be a change. We would not only be prosperous in the present degree, but in a degree far greater. We have the artisan school and the political capital, but we have not brains at Washington sufficiently good to grapple with the question as to whether it befits us to send our material abroad in foreign ships. England loads her ships and sails them wherever she chooses, but the American is excluded from foreign markets by what I call false legislation at Washington, and by a party that has been in power for twenty years. These are vital questions. They are interesting because they are practical. Mr. Chairman, I am much obliged for this opportunity of saying a word. I will not detain the audience longer, for I see that you have other speakers, but will bid you good evening. [Loud applause.]

The third speaker was

MR. JAMES D. BELL,

of this city. He said a great deal had been heard this campaign about the protection that Republicans intended to give to labor. There had been six years of Democratic domination in the House of Representatives. In 1874 numerous tariff projects were introduced into Congress, all of which were quietly ignored by the Democrats, who proposed to let the tariff question settle itself. It had the power to alter the tariff and it did not do it. Did that look as if the Democrats were to make any great change if in power in the time to come? The Democrats, it was fair to presume, would not change the tariff. As a matter of fact, the tariff was not an issue in this campaign, but was only raised as a cry against the Democrats, to offset the general enthusiasm for General Hancock. Rev. Mr. Beecher pronounced himself a free trader, and yet announced his intention to vote for General Garfield. If the tariff were at issue would it be likely that Mr. Beecher would make any such assertion? The speaker thought not. Erastus Corning was a protectionist, but he had no fear that the Democratic party would, by carrying its policy, be opposed to the best interests of the people of the whole country. Leaving the tariff question, Mr. Bell referred to the so called solid South, and closed his address by a review of the records of the candidates, and an appeal to work hard until election day in favor of the maintenance of Democratic principles and good government. [Applause.]

It was announced that the Moran Brothers had subscribed $10 toward club expenses, and then the meeting adjourned.

### Kings County War Veterans—Addresses by Colonel Coler and General McMahon.

The Kings County Hancock War Veterans' Association held a meeting last night at the Democratic General Committee Rooms, corner of Court and Remsen streets, with Vice President John Lynch in the chair. There was a slim attendance, owing to a misunderstanding as to the place of meeting.

Colonel Coler, formerly of Illinois, was the first speaker. He was a soldier, he said, in the Mexican War, and in the late unpleasantness, when he lived in Illinois. He related a number of interesting reminiscences of Lincoln and Douglas, with whom he was well acquainted. Douglas he characterized as a noble, loyal Democrat. The speaker said that when he was at the head of the Central Committee in Illinois Douglas was sent for to come to that State. Douglas consulted with Lincoln, who advised him to go, and this was the last time Lincoln and Douglas ever met. The speaker cited this to show that the leading man in the Democratic party in that day was loyal to the Union and in favor of the suppressing of the rebellion. A large part of the regiments that went out from Illinois were Democrats. The majority of the Republicans who were boasting to-day that their party put down the rebellion, never fought themselves. This late Chinese letter showed the nature of the animal we were fighting. The speaker did not see Garfield write it, but it was like him and it was like the party. [Applause.] The speaker had no doubt that Mr. Garfield wrote the letter.

GENERAL MARTIN T. MCMAHON

was next introduced. He said that the time was short and little ought to be said while much ought to be done. The only issue to be considered was the perpetuity of the republic. The canvass of the Republican party had been often changed during the past few months. The first of their claims was that the Republican party put down the rebellion. If every Republican voter of that day went to war, as they all did not, where did the other 1,400,000 come from? Next came the terrible accusation against General Hancock, charging him with the murder of Mrs. Surratt, but when they learned the facts they abandoned that position. Again, they fell back on the proposition that the country was prosperous, and therefore needed no change—taking to themselves all the glory and the prosperity of the nation. They conspired to cheat Almighty God out of the credit of making the grass grow and the crops to ripen. Lastly they carried the day in Indiana. The speaker was in Indiana at the election. The Democrats were lulled to sleep by the victory in Maine, and the Republicans won the day on a false issue—the tariff. The tariff question was not an issue in the canvass. By mutual consent, this question had been thrown out as a party question. The understanding in Congress at the last and the previous Congress was that the tariff was not to be an issue in the canvass. When the election in Indiana had been decided the Democratic party awoke to a sense of its position and set right the much mooted question. Tariff for revenue only meant protective tariff. A great part of the tariff was unjust—for instance the tariff on wood pulp. In such matters the Democratic party sought to have the tariff modified, so as to make it in the interest of the people rather than of the favored few.

GARFIELD'S CHINESE LETTER.

Like a Divine interposition in the campaign came the famous Chinese letter of Garfield. This dispelled the illusion with which the Republican party was covering itself—that of a protector of American labor. It had been denied, and in every single denial that had been issued there was a quibble, and in some instances a direct falsehood. Not a single man familiar with Mr. Garfield's handwriting but pronounced the letter genuine. The speaker considered the evidence for and against the letter and thought, without doubt, that Garfield had written it. If Garfield was an unimpeached witness, the speaker would accept his denial as final. But, unfortunately, such was not the case. He had been proven by a committee composed of his own political friends, to be a perjurer. This was not the verdict of a partisan committee. Secondly, came the fact that no one had a greater interest in denying that letter than Mr. Garfield. He had over and over expressed similar sentiments to his intimate friends. This letter came directly after the last assertion of the Republican party that it was in the interest of the workingmen in America. The Chinese of California, were imported, not as human beings, but as chattels, who did no good to the country. When this country was flooded with semi slave (coolie) labor, and the American mechanic was bound to work for what his employer chose to give him, why then perhaps Mr. Garfield would be in favor of the abrogation of the Burlingame treaty. The Republicans won their victory in Indiana by bulldozing employes. The speaker next considered the question, "Whether the Government should continue as a Republican factor or in the interests of the few?" and showed that the tendency of the Republican party, a party of false pretenses, was toward the centralizing of power in the few, or in one man. The election of Garfield meant the election of Grant, and the rule of the Republican party would finally become the rule of an individual.

COLONEL HORATIO C. KING

made a few remarks on the issues of the campaign This country, he said, ought not to forget that it was cheated out of its President and its rights four years ago, and General Garfield was one of the chief instigators in the fraud. [Applause.] At the close of his remarks the meeting adjourned.

### Great Mass Meeting of the Fourteenth Ward Democracy—Hon. Thomas F. Grady Touches Up Garfield's Chinese Record.

Fully four thousand men attended the mass meeting of the Democracy of the Fourteenth Ward last night, in Woods' Athletic Hall on Second street, corner of North Ninth. The discharge of fireworks, the booming of a large gun and the inspiriting strains of a band of music at intervals during the evening added to the general enthusiasm. At 8 o'clock Mr. John L. Shea, President of the ward association, called the great gathering to order and closed a stirring address by introducing Counselor James W. Ridgway, who was warmly received. Mr. Ridgway dwelt at length on Garfield's alleged Chinese letter, and quoted from the Congressional Record to prove that the sentiments it contained were in accord with Garfield's actions while in the Lower House.

HON. THOMAS F. GRADY

was the next speaker. After some pleasant introductory remarks, he said he had been in Republican strongholds up the State for the past few weeks, and judging from the sentiment prevailing and the enthusiasm manifested by the people, the thirty-five votes would be cast, beyond all cavil, for Hancock and English, if Brooklyn and New York only did their full duty, and he felt assured they would do their full duty. He next warmly commended Nolan for Coroner and P. J. Tully for Assembly, and advised his hearers to give them their hearty support. He knew Tully in the last Legislature to be an earnest, efficient worker. The speaker reminded Republicans that they had only one week for repentance [laughter and applause], and he was present to expose false issues, and present the true ones in their proper light. The Republicans, he said, were afraid of the solid South in June, but they were not a bit afraid of it in October. [Laughter.] He had heard that in one city in Indiana several hundred more votes had been polled than the voting population, as shown on the census returns; and, worst of all, the Republicans paid the men who swelled up the fraudulent vote with counterfeit money. [Laughter and applause.] The people of Indiana would pronounce for Hancock in November. [Applause.] The Empire State was concededly the pivotal State. He would say to Republicans, who were willing to bet on the result in this State with the people's money, that the frauds committed in Indiana cannot be successfully practiced here. The great question now in Republican estimation, next to the Chinese letter [great applause and cries of "Tell us about the letter"] was the tariff. The tariff was a good thing to talk about, but it was a hard thing to explain. It was not a party question, as Congressmen were divided on it according to the districts the numbers represented. The man who represented an agricultural district favored free trade, and the man who represented a manufacturing district advocated protection without regard to party. The business scare, continued the speaker, is another Republican dodge, and he proceeded to expose its fallacy, and passed to a brief review of the labor question. He said: The Republicans now, after stealing your money, propose to tax your votes with it on election day. I hold a circular in my hand which shows how the work is being done. It is from a clerk of the State Legislature—a man who draws a salary of $5,000 a year for one hundred days' work—to an employe of the Custom House who, it appears was somewhat slow in paying up his assessment. The letter is as follows:

HOW OFFICE HOLDERS ARE MADE TO PAY UP.

REPUBLICAN CAMPAIGN COMMITTEE, 1880.

MY DEAR SIR—By the direction of this committee on the 27th August, I mailed you our circular asking for a contribution.

Another circular reminding you of this was sent you subsequently.

As this matter seems to have been in part neglected, and in order that there may be no misunderstanding, let me know by return mail if we shall hear from you. Yours respectfully,

EDWARD M. JOHNSON, Secretary.

You see, said Mr. Grady, they must have either that poor fellow's money or his political scalp. [Laughter.] He next touched upon the Chinese letter. The Republicans say it was the most wicked forgery ever devised. Strange that a man in public life as long as Garfield should be under the necessity of not only denying the genuineness of the letter, but of hunting up proof that it was a forgery. Although the speaker had not only three years in the Assembly, it would not be necessary for him to deny a forged letter to-morrow, no matter how cleverly counterfeited, as he would only have to point to his record. If Garfield's had been bad he would [illegible] even come up in any shape before the Legislature. The Chinese labor question came up in Congress several times while Garfield was a member of the House, and his actions were in full accord with the spirit of the letter. The speaker quoted from the Congressional Record, and remarked that the Republicans would scarcely dare to say that this book was a forgery. [Laughter and applause.] So you see the man who forged the handwriting must have gone down deep into Garfield's heart, for the sentiments expressed were unquestionably his. Garfield's denial should also be considered in the light of his record for veracity, as given by the Tribune, Times and Harper's Weekly.

After the singing of an effective campaign song the meeting came to a close.

## Long Island Political Notes.

Last evening there was a Republican rally at Comac, and an address by Hon. E. A. Carpenter.

This evening the Democrats of Northport will be addressed by the Hon. James Wadsworth and Judge Armstrong.

The Republicans of St. James held an enthusiastic meeting, and it is said the largest ever convened there, on Friday evening. They were addressed by Wilmot D. Smith and District Attorney Petty.

Last Friday evening there was a grand Democratic demonstration at Babylon. Over fifteen hundred people were present, some seven hundred being visitors from Huntington and Port Jefferson.

The Republican County Committee of Suffolk has sent out a circular levying an assessment of three per cent. of the gross yearly receipts of each officeholder. Several postmasters have refused to pay it.

The Hell Gate pilotage question is the pivotal issue in Suffolk County, and both candidates for the Assembly have pledged their influence for the repeal of the law.

Colonel Fleming, of Jamaica, President of the Hancock Club, has gone into the western part of the State to do service on the stump. He is an effective campaign orator.

The Democratic campaign is badly managed in Queens County. Last evening two such eloquent gentlemen as Major Quincy and Mr. Hollahan had an audience of about one hundred people in Jamaica.

On Friday evening the Republicans of Huntington had twelve hundred people at their meeting, and addresses were made by Mr. N. G. Carman, of Babylon, and Mr. Wolbridge, of New York, President of the Independent Republican Association.

Though late in the campaign, the Democrats of Smithtown have organized a campaign club, with the following officers: President, George W. Hallock; Vice President, H. D. Norenus; Treasurer, W. Smith; Secretary, A. E. Hallock.

Stephen B. French, one of the New York Police Commissioners, is now on a tour through Suffolk County, putting the Republicans in line for a grand struggle for victory next Tuesday. Mr. French belongs in Sag Harbor. He was formerly Treasurer of Suffolk County, and was the Republican candidate for Congressman. He is particularly interested in the election of Mr. Carpenter to the Assembly.

## THE ELECTION.

### Orders for the Direction of the Police.

The following important general orders have been issued to the various police captains by Superintendent Campbell. The captains have been notified that the provisions of the orders will be rigidly enforced:

OFFICE OF THE SUPERINTENDENT OF POLICE, CITY OF BROOKLYN, MUNICIPAL BUILDING, BROOKLYN, October 26, 1880.

GENERAL ORDERS, No. 206.—The following orders are hereby promulgated for the information and direction of the Police Department, while on duty at the polls on Tuesday, the 2d day of November, 1880:

I. You will take special precaution for the preservation of the public peace, and order the whole force under your command on duty at thirty minutes before sunrise, excepting those detailed by the Superintendent of Police for that day; you will frequently visit the several polling places in your precinct, and carefully supervise and instruct your officers in the performance of their duties; you will detail the most competent Sergeants to take charge of the telegraphic instruments during the day, and with the ones of the canvass; you will promptly transmit information to the Central Office of all disturbances and arrests that may occur during that day.

II. You will be held responsible for the prompt and safe transmission, before sunrise, of the prescribed number of ballot boxes to each election district in your precinct; and that said boxes are properly labeled and inspected; and that they contain no ballots before the polls are duly opened; and that they are properly placed in one continuous row, with the glass sides facing to the front, according to the provisions of Section 23 of the Election law are fully complied with.

III. A sufficient space must be kept clear of all persons in front of the buildings where the polls are located to enable all citizens to approach the polls without interruption. Citizens will be formed in one line in the order of their arrival, to pass, preparatory to depositing their votes. The police must take orders from the Inspectors and Canvassers of Election, and they must accept of the co-operation and co-operate with the Deputy United States Marshals and U. S. Supervisors of Election for the preservation of the peace and protection of citizens. They shall arrest and convey to the nearest station house all disturbers of the public peace and violators of the Election law.

IV. The police force must remember that they are not the agents of any particular candidate, faction or party, and that manifestation of interest or conduct to the advantage or prejudice of any candidate, faction or party, by any member of the Department, will be followed by immediate dismissal therefrom.

V. Inasmuch as the right to challenge is the inherent right of all voters, therefore all challengers must be protected in the discharge of that duty, wherever and whenever they may desire to exercise it. And you will allow citizens to be present at the canvassing of the votes, but under no circumstances will the citizens be permitted to interfere with the canvassers in the discharge of their duty.

VI. The enforcement of the law prohibiting the sale, or exposure for sale, of any intoxicating liquors of any description, and the closing of all drinking saloons within the prescribed distance from the polls, and of section 26 of the Election law of 1872, is strictly enjoined. The slightest evasion of duty in this regard will be followed by severe penalties.

VII. It is to be hoped that the conduct of the police (on not only this very important occasion, but at all times) will be such as to deserve the confidence and respect of all good citizens. Their attention is directed to sections 13, 14, 24, 25 and 26 of the Election law of 1872. They will report to their respective captains the names of all canvassers who may refuse or neglect to canvass the votes, as provided by law, and in conformity with the orders of the Board of Elections, to wit:

First, electors; second, State judiciary; third, Congress; fourth, Assembly; fifth, county officers; sixth, city officers; seventh, ward officers; eighth, Constitutional amendments.

VIII. You will be held strictly responsible for the faithful execution of the letter and spirit of this order, and a prompt compliance with the provisions of the Election laws, and of the ordinance governing elections.

By order of the Commissioner.

P. CAMPBELL, Superintendent of Police.

To Captain——Precinct.

BROOKLYN, October 26, 1880.

GENERAL ORDERS, No. 207.—You are hereby particularly charged with the carrying out of the following instructions of the Commissioner, and will be held personally responsible for their execution in every particular:

Immediately after each ballot box is sealed at the polling place by the canvassers, the officer who shall carry the box to the station house will securely attach to the said box the poles provided for that purpose, and fill up the blanks plainly in ink, by inserting the words and figures as indicated on the said labels. Upon the delivery of each box to the sergeant in charge at each station, the sergeant will at once write down the name of the officer so delivering it, and the exact time of receiving the same.

The sergeant in charge will also be very particular in noting the condition of the boxes, as to the locking and sealing of the box, and shall enter a description of such condition on the blotter upon the reception of each box.

The sergeant in charge will cause the boxes to be placed in the public place, immediately in front of and in full view from the desk, in charge of an officer, who shall be especially detailed for that duty, until all said boxes are taken away from the station by the commanding sergeants, for the purpose of being conveyed to and delivered to the Superintendent of Police, at Police Headquarters, on the morning of Wednesday, the third day of November, 1880.

At all times during the canvassing of the votes one or more officers shall be present for the purpose of witnessing such canvass at each polling place. By order of the Commissioner.

P. CAMPBELL, Superintendent of Police.

To Captain——Precinct.

## HANCOCK IN CONNECTICUT.

### The Desire For a Change of Administration.

To the Editor of the Brooklyn Eagle:

I have just returned from a hurried professional trip through a portion of Connecticut and made a few notes touching the Presidential campaign, which possibly may interest you: At South Norwalk, which has always gone Republican, I found that the utmost enthusiasm for Hancock prevails. There is a large hat manufactory, employing something like 1,200 hands, and a lock factory employing about 600 in the town. I asked the proprietor of one of the principal hotels—Abram Knapp, who is a veteran of the Republican party—how the election would go. He said: "It is difficult to tell. I've always voted the Republican ticket, as have the majority of our folks, but I know many will vote for Hancock, and I know that thirty-five or forty Republicans in this town will do likewise." "Why," I asked, "have you decided to vote for Hancock?" "Well, said he, "it is about time that a change was made in the Administration of the National Government, and the accounts of those who have been in office wouldn't have been inquired into and balanced. I think there has been more stealing than we have heard of and that we never can get at the true condition of things by a change of officeholders."

After leaving Mr. Knapp, I met a prominent insurance man—an officer of a local insurance company—and he very frankly announced that although he had invariably voted with the Republican party he would vote for Hancock and English, and that his only motive for the change was because he believed that Republicans had stolen the Presidency in 1876.

On the cars between South Norwalk and New Haven, I met a gentleman who in conversing with myself and others declared that although he had been a Republican all his life, he intended to vote for Hancock, asserting that he was acquainted with several Republicans whose votes would go in a similar direction.

IN NEW HAVEN

the national campaign is enlivened by the fact that both Democratic and Republican candidates for Governor are residents of the city. The Democratic candidate, Mr. English, is very popular, and will, it is conceded, carry the city by from 800 to 1,500 majority over his opponent, Mr. Bigelow. At the railroad shops, where a great many of the working men are employed, they are bitterly opposed to the Republicans since the passage by the State Legislature last year of what is known as the "color blind law." This law compels all railroad engineers, firemen, brakemen, conductors, &c., to go before a board of medical examiners and obtain certificates that they are not color blind. It now appears that a large number of these men, some of whom have large families, failed to obtain these certificates, and were consequently thrown out of employment. At all events the railroad employes are much incensed over the matter, and as far as I could learn nine-tenths of them will vote for Hancock and English, because by so doing they think or hope to "get square" with the men who tried, as one of them said, "to go to work and take the bread out of our mouths."

In Hartford, the men with whom I conversed, seemed to think that the State would go for Hancock, but can't say how the State would go. It seemed to be the unanimous opinion, however, that Garfield was ruined by his record. The Republicans have to some extent succeeded in scaring many manufacturers with the free trade bugaboo. The bloody shirt and rebel war claims are seldom touched upon by the Republican orators, who dwell almost incessantly on the tariff question. In this connection I may say that I never heard of anything said or done by Democrats to combat the false statements and groundless alarm of the advocates against the party of the people on this question by unprincipled and audacious politicians.

# PISTOLS—CARRYING OF.

## ORDINANCE TO REGULATE THE CARRYING OF PISTOLS.

The Common Council of the City of Brooklyn do ordain as follows:

SECTION 1. Every person, except those authorized by law to make arrests, and persons to whom permits shall have been issued, as hereinafter provided, who shall have in his possession, within the City of Brooklyn a pistol of any description, concealed on his person, shall be punished, on conviction, by a fine not exceeding ten dollars, or, in default of payment of such fine, by imprisonment not exceeding ten days.

SEC. 2. Any person twenty one years of age and over, except as provided in Section 1 of this ordinance, who has occasion to carry a pistol for his protection, may apply to the officer in command of the station house of the precinct where he resides, and such officer, if satisfied that the applicant is a proper and law abiding person, shall give said person a recommendation to the Superintendent of Police, or, in the absence of the superintendent, to the inspector in command at the central office, who may issue a permit, if approved by the Commissioner of Police and Excise, to the said person, allowing him to carry a pistol of any description.

SEC. 3. Any non-resident, who does business in the City of Brooklyn, and has occasion to carry a pistol while in said city, must make application for permission to do so to the officer in command of the station house of the precinct in which he does business, in the same manner as is required by residents of said city, and shall be subject to the same conditions and restrictions.

SEC. 4. The Commissioner of Police and Excise is hereby authorized and empowered, for reasons appearing to be satisfactory to him, to annul or revoke any permit given under this ordinance. All persons to whom such permission shall be given are hereby declared to be individually responsible for their own acts or the consequences that may arise from the use of pistols carried under the permission to be obtained, as provided in this ordinance.

SEC. 5. If, at the time of the arrest of any person, a pistol of any description shall be found concealed on the person so arrested, without the necessary permit to carry the same, the officer making the arrest shall state such fact to the police magistrate before whom the prisoner is brought, and shall make a separate complaint (in addition to the complaint under which the arrest is made) against such prisoner for violation of this ordinance.

Adopted in Common Council, October 4, 1880.

Ten days had elapsed on the 19th day of October, without the same being approved or disapproved by the Mayor.

D. McNAMARA, City Clerk.

CITY CLERK'S OFFICE, Brooklyn, October 25, 1880.

I do hereby certify that the foregoing is a true copy of the original ordinance on file in this office, and of the whole of said original.

*oc25 10t* *D. McNAMARA, City Clerk.*