# EXHIBIT 25

# CHARTER

AND

# ORDINANCES

OF THE

# CITY OF SYRACUSE, N. Y.

As Revised in 1885, and as Amended from 1885 to 1893
inclusive,

together with

SPECIAL LEGISLATIVE ENACTMENTS AFFECTING
THE CITY OF SYRACUSE.

---

SUPPLEMENT FOR 1894.

---

SYRACUSE, N. Y.:
E. M. GROVER, PRINTER AND BINDER.
1894.

Generated on 2021-07-02 15:04 GMT / https://hdl.handle.net/2027/uiuo.ark:/13960/t7rn8d459
Public Domain / http://www.hathitrust.org/access_use#pd

Digitized by INTERNET ARCHIVE

Original from UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

# POLICE PENSION FUND.

### LAW TO PROVIDE FOR A POLICE PENSION FUND FOR THE SYRACUSE POLICE FORCE, BEING CHAPTER 509 OF THE LAWS OF 1892.

Police pension fund, how constituted.

SECTION 1. The right to provide and maintain a fund to be known as the police pension fund, is hereby authorized and granted to the police force of the city of Syracuse, to be managed as hereinafter provided, and shall consist of:

Of relief fund.

First. The fund known as the police relief fund and all interests belonging thereto, now in the hands of the treasurer of the city of Syracuse, and of

Forfeitures.

Second. All forfeitures of fines imposed by the board of police commissioners, from time to time, upon or against any member or members of the police force; and of

Rewards, gifts, etc.

Third. All rewards, fees, gifts, testimonials and emoluments that may be presented, paid or given to any member of the police on account of police services, except such as shall be allowed by the board of police commissioners to be retained by said board; and of

Lost, etc., money and property.

Fourth. All lost, abandoned, unclaimed or stolen money remaining in the possession of the clerk of the police board, for the space of one year, and for which there shall be no lawful claimants, and all moneys arising from the sale, by the said property clerk, of unclaimed, abandoned, lost, or stolen property; and of

Digitized by INTERNET ARCHIVE

Original from UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

Fifth. All moneys, pay, compensation or salary or any part thereof, deducted or withheld from any member or members of the police force for or on account of absence, for any cause, lost or sick time, sickness or other disability, physical or mental; and of <span style="float:right">Deductions from pay.</span>

Sixth All moneys received or derived from the granting or issuing of permits to carry pistols in said city, and the chief of police is hereby authorized to issue permits for such purpose, in proper cases, upon receiving from the applicant for such permit the sum of two dollars and fifty cents, but no permit shall continue in force for more than one year; and of <span style="float:right">Receipts from pistol permits.</span>

Seventh. Such sum per month to be paid by each member of the police force as shall be agreed upon by the members; and of <span style="float:right">Contributions.</span>

Eighth. All fees received by the chief of police, captains or roundsmen for perfecting and accepting bail bonds. <span style="float:right">Bail fees.</span>

§ 2. The police commissioners of said city are hereby made a board of trustees of said pension fund, and they shall, from time to time, appoint one of their number as treasurer of said fund, but before entering upon his duties he shall execute and deliver to the said board of trustees a bond in the penal sum of ten thousand dollars to be approved by the mayor of said city and conditioned for the faithful discharge of his duties, and that he shall pay over and account for all moneys and property which shall come into his hands as such treasurer. <span style="float:right">Trustees and treasurer of fund.</span>