

January 26, 2023

**VIA ECF**

Hon. Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Giambalvo v Suffolk County* 22 Civ. 04778 (GRB)(ST)

Dear Judge Brown,

I represent the plaintiffs in the above-referenced matter.

As the Court is aware, Plaintiffs were granted 5 additional pages for their Memorandum in Reply to Suffolk County and New York State's opposition papers.

I am respectfully requesting an additional 2 pages, for a total of 17 pages to submit my Reply, which is due on Monday, January 30, 2023. This is Plaintiffs' first such request.

I have reached out to counsel regarding this request. Counsel for the State has consented, and I have not yet heard back from Suffolk County.

Very truly yours,

*Amy L. Bellantoni*
Amy L. Bellantoni

cc: All Counsel (via ECF)

2 Overhill Road, Suite 400
Scarsdale, New York 10583

info@bellantoni-law.com
www.bellantoni-law.com

(914) 367-0090 (t)
(888) 763-9761 (f)