UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ZACHARY GIAMBALVO, JOHN MOUGIOS,
SHANE MASHKOW, KEVIN MCLAUGHLIN,
MICHAEL MCGREGOR, FRANK MELLONI,
and RENAISSANCE FIREARMS INSTRUCTION,
INC., and all similarly situated individuals,

                                   Plaintiffs,                      22 Civ. 04778 (GRB)(ST)

  -against-

                                                                       **NOTICE OF MOTION**
SUFFOLK COUNTY, New York,                                   **FOR STAY AND INJUNCTION**
Police Commissioner RODNEY HARRISON,                  **PENDING APPEAL**
in his Official Capacity, MICHAEL                                       **FRAP 8(a)(1)**
KOMOROWSKI, Individually, ERIC BOWEN,
Individually, WILLIAM SCRIMA, Individually,
WILLIAM WALSH, Individually, THOMAS
CARPENTER, Individually, JOHN DOES
1-5, Individually and JANE DOES 1-5,
Individually, Acting Superintendent of the
New York State Police STEVEN NIGRELLI,
in his official capacity,
                                    Defendants.
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that the plaintiffs, ZACHARY GIAMBALVO, JOHN MOUGIOS, SHANE MASHKOW, KEVIN MCLAUGHLIN, MICHAEL MCGREGOR, FRANK MELLONI, and RENAISSANCE FIREARMS INSTRUCTION, INC., will move this Court at the United States District courthouse located at 100 Federal Plaza, Central Islip, New York on the 9th day of March, 2023, as required by FRAP 8(a)(1) for an Order staying this Court's February 14, 2023 Memorandum and Order and granting Plaintiffs' requested injunctive relief pending the appeal of such Order, which denied Plaintiffs' motion for a Preliminary Injunction, and each and every part thereof that was and is contrary to and/or prejudiced the plaintiffs' rights, claims, and interests.

1

Pursuant to Local Rule 6.1(b), any opposing affidavits and answering memoranda shall be served within fourteen days after service of the moving papers, or on March 3, 2023; reply papers shall be served within seven days after service of the answering papers, or on March 10, 2023.

Dated: February 16, 2023
      Scarsdale, New York

                                       THE BELLANTONI LAW FIRM, PLLC
                                       *Attorneys for Plaintiffs*

                                       _____/s/_____
                                       Amy L. Bellantoni (AB3061)
                                       2 Overhill Road, Suite 400
                                       Scarsdale, New York 10583
                                       (914) 367-0090 (t)
                                       (888) 763-9761 (f)
                                       abell@bellantoni-law.com