

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SUFFOLK REGIONAL OFFICE

April 11, 2023

Hon. Gary R. Brown
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

    Re:    Giambalvo v. Suffolk County, et al.
            Docket No.: 2:22-cv-04778 (Brown, J.) (Tiscione, M.J.)

Dear Judge Brown,

    This is to advise the Court that the parties have entered into the attached Stipulation of Dismissal, agreeing to dismiss the action and all claims asserted against Defendant Superintendent Nigrelli. Accordingly, this office will not be moving forward with its anticipated motion to dismiss on behalf of Superintendent Nigrelli.

    Thank you for your consideration.

                                      Respectfully,

                                      *Patricia M. Hingerton*

                                      Patricia M. Hingerton
                                      Assistant Attorney General

cc: All counsel via ECF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ZACHARY GIAMBALVO, JOHN MOUGIOS,
SHANE MASHKOW, KEVIN MCLAUGHLIN,
MICHAEL MCGREGOR, FRANK MELLONI,
and RENAISSANCE FIREARMS INSTRUCTION,
INC., and all similarly situated individuals,

                Plaintiffs,

- against -

SUFFOLK COUNTY, New York, Police Commissioner
RODNEY HARRISON, in his Official Capacity, MICHAEL
KOMOROWSKI, Individually, ERIC BOWEN, Individually,
WILLIAM SCRIMA, Individually, WILLIAM WALSH,
Individually, THOMAS CARPENTER, Individually, JOHN
DOES 1-5, Individually and JANE DOES 1-5, Individually,
Acting Superintendent of the New York State Police
STEVEN NIGRELLI, in his Official Capacity,

                Defendants.
-----------------------------------------------------------------X

**Stipulation of Dismissal Pursuant to FRCP 41(a) as To Defendant Nigrelli**

**Case No.: 2:22-cv-04778**

**(Brown, J.)(Tiscione, M.J.)**

      IT IS HEREBY STIPULATED AND AGREED, by and among the parties to this action through their undersigned counsel, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action and all claims asserted therein against Defendant Steven Nigrelli are hereby dismissed with prejudice, with each party bearing that party's own attorney's fees and costs.

Dated: Hauppauge, New York
       April 10, 2023

THE BELLANTONI LAW FIRM, PLLC
Attorneys for Plaintiffs

By: *Amy L. Bellantoni*
     Amy L. Bellantoni
     2 Overhill Road, Suite 400
     Scarsdale, New York 10583
     abell@bellantoni-law.com
     (917) 367-0090

1

Dated: Hauppauge, New York
April /0, 2023

LETITIA JAMES
Attorney General for the State of New York
Attorney for Superintendent Nigrelli

By: /s/ Patricia M. Hingerton
Patricia M. Hingerton
Assistant Attorney General
300 Motor Parkway, Suite 230
Hauppauge, New York 11788
Patricia.Hingerton@ag.ny.gov
(631) 231-2424

Dated: Hauppauge, New York
April /0, 2023

DENNIS M. COHEN
Suffolk County Attorney
Attorney for County Defendants

By: /s/ Arlene S. Zwilling
Arlene S. Zwilling
Assistant County Attorney
100 Veterans Memorial Highway
Hauppauge, New York 11788
(631) 853-4055
Arlene.Zwilling@suffolkcountyny.gov

2