

**BELLANTONI**
L A W   F I R M

April 28, 2026

**VIA ECF**

Hon. Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Giambalvo v Suffolk County* 22 Civ. 04778 (GRB)(ST)

Dear Judge Brown,

      I represent the plaintiffs in the above-referenced matter.

      In light of the Second Circuit's Decision reversing portions of the Court's December 14, 2023 Memorandum and Order concerning the plaintiffs' Article III standing and vacating the decision in part [DE 49], I respectfully request that this matter be referred to the assigned magistrate judge for further proceedings and discovery.

      Thank you for the Court's consideration.

Very truly yours,

*Amy L. Bellantoni*
Amy L. Bellantoni